A CERTIFIED TRUE COPY
MAY 17 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

07 CV 3972

MAY 21 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1603

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE OXYCONTIN ANTITRUST LITIGATION

*Purdue Pharma L.P., et al. v. KV Pharmaceutical Co., et al.*, D. Delaware, C.A. No. 1:07-32

*Purdue Pharma L.P., et al. v. KV Pharmaceutical Co.*, D. Delaware, C.A. No. 1:07-77

### CONDITIONAL TRANSFER ORDER (CTO-3)

On April 22, 2004, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F. Supp.2d 1388 (J.P.M.L. 2004). Since that time, 14 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Sidney H. Stein.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Stein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of April 22, 2004, and, with the consent of that court, assigned to the Honorable Sidney H. Stein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 17 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK