```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In Re                                          :    04 md 1603 (SHS)

OXYCONTIN ANTITRUST LITIGATION.                :

  This document relates to:                    :    ORDER
    07 Civ. 3972 (SHS)
    07 Civ. 3973 (SHS)                         :
    07 Civ. 4810 (SHS)
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

　　　　　IT IS HEREBY ORDERED that there will be a pretrial conference in the above

actions on July 12, 2007, at 3:00 p.m.

Dated: New York, New York
　　　　June 13, 2007

　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Sidney H. Stein, U.S.D.J.

MICROFILM  JUN 14 2007