UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Purdue Pharma LP, et al. Plaintiff,

07 CIVIL 03972 (SHS)

-against-

KV Pharmaceutical Co., et al. Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Chad A. Landmon__

[x] *Attorney*

  [x] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __CL 4807__

  [ ] I am a Pro Hac Vice attorney

  [ ] I am a Government Agency attorney

[ ] *Law Firm/Government Agency Association*

  From: _____

  To: _____

  [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x] *Address:* __90 State House Square, Hartford, CT 06103__

[ ] *Telephone Number:* _____

[ ] *Fax Number:* _____

[ ] *E-Mail Address:* _____

Dated: __June 26, 2007__    __/s/ Chad A. Landmon__