AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

Purdue Pharma L.P., et al.
        Plaintiffs

v.

KV Pharmaceutical Co., et al.,
        Defendants

**APPEARANCE**

Case Number: 07-cv-03972 (SHS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant / Counter Claimant: Actavis Totowa LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/27/2007 | *[signature]* |
| Date | Signature |
| | Chad A. Landmon    CL4807 |
| | Print Name    Bar Number |
| | Axinn, Veltrop & Harkrider, LLP |
| | 90 State House Square |
| | Address |
| | Hartford, CT 06103 |
| | City    State    Zip Code |
| | (860) 275-8100    (860) 275-8101 |
| | Phone Number    Fax Number |