AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern | DISTRICT OF | New York

Purdue Pharma L.P., et al.
                     Plaintiffs

v.

KV Pharmaceutical Co., et al.,
                     Defendants

**APPEARANCE**

Case Number:  07-cv-03972 (SHS)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendant / Counter Claimant:  Actavis Totowa LLC

    I certify that I am admitted to practice in this court.

| 6/27/2007 | | |
|---|---|---|
| Date | Signature | |
| | Mark D. Alexander | MA0453 |
| | Print Name | Bar Number |
| | Axinn, Veltrop & Harkrider, LLP | |
| | 90 State House Square | |
| | Address | |
| | Hartford, CT 06103 | |
| City | State | Zip Code |
| | (860) 275-8100 | (860) 275-8101 |
| | Phone Number | Fax Number |