IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*In re Oxycontin Antitrust Litigation*

04 md 1603 (SHS)

This document relates to:
07 Civ 3972 (SHS)
07 Civ 3973 (SHS)

| | |
|---|---|
| PURDUE PHARMA, L.P., THE P.F. LABORATORIES, INC. AND PURDUE PHARMACEUTICALS L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>KV PHARMACEUTICAL COMPANY,<br><br>Defendant. | C.A. No. 07-CV-4810 (SHS)<br><br>**JURY TRIAL DEMANDED**<br><br>**ECF Case**<br><br>~~This document relates to~~<br><br>~~04 MD 1603 (SHS)~~ |
| KV PHARMACEUTICAL COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>PURDUE PHARMA, L.P., THE PURDUE FREDERICK COMPANY, THE P.F. LABORATORIES, INC., THE PURDUE PHARMA COMPANY, PURDUE PHARMACEUTICALS, L.P., AND EUROCELTIQUE S.A.,<br><br>Counterclaim-Defendants. | **ORDER FOR ADMISSION**<br>***PRO HAC VICE* ON WRITTEN MOTION** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/07

1078774 v1

-1-

Upon the motion of Seth J. Atlas of Morgan & Finnegan, L.L.P. and said sponsor attorney's declaration in support:

**IT IS HEREBY ORDERED** that

>   Andrea L. Wayda
>   MORGAN & FINNEGAN, LLP
>   3 World Financial Center
>   New York, New York 10281-2101
>   212-415-8700
>   212-415-8701 (fax)

is permitted to appear *pro hac vice* as co-counsel for KV Pharmaceutical Company in the above captioned case in the United States District Court for the Southern District of New York.

Dated: 7/9/07

_____
U.S. District Court Judge