UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :    04 md. 1603 (SHS)
                                                    :
In re:                                              :
OXYCONTIN ANTITRUST LITIGATION                      :    This document relates to:
                                                    :    06 Civ. 13095 (SHS)
-----------------------------------------------------------------x    07 Civ. 03972 (SHS)
                                                         07 Civ. 03973 (SHS)
                                                         07 Civ. 04810 (SHS)

SIDNEY H. STEIN, U.S. District Judge.

A conference having been held on July 12, 2007 with counsel for all parties

present,

IT IS HEREBY ORDERED that:

1.      All proceedings related to defendants' antitrust counterclaims are stayed

until further order of the Court, consistent with the stay entered on March 30, 2006 in

MDL Order No.2;

2.      All proceedings related to plaintiffs' claims of infringement and

defendants' claims that plaintiffs' patents-in-suit are invalid are stayed until further order

of the Court;

3.      Subject to the parties agreeing to the terms of a protective order, plaintiffs

shall produce to defendants by August 10, 2007 copies of the trial and discovery record in

Endo and the discovery record and preliminary injunction hearing record in Boehringer.

The materials to be produced shall include, inter alia, all documents related to the drafting

and prosecution of the patents-in-suit and all deposition transcripts of those individuals

involved in the drafting and prosecution of the patents-in-suit. Plaintiffs will produce

these materials to defendant Mallinckrodt Inc. in the action Purdue Pharma LP et al v.

Mallinkcrodt Inc., 06 Civ. 13095 (SHS) on an "outside counsel only" basis until a

protective order is entered by the Court;

    4.     There will be a status conference on August 23, 2007 at 10:00 a.m. in

order to establish a briefing schedule on the issue of inequitable conduct; and

    5.     The last day for completion of fact discovery on the issue of inequitable

conduct is September 14, 2007.


Dated: New York, New York
       July 27, 2007

                       SO ORDERED:

                       Sidney H. Stein, U.S.D.J.