UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :   04 md. 1603 (SHS)
In re:                                                      :
OXYCONTIN ANTITRUST LITIGATION        :   This document relates to:
                                                            :   06 Civ. 13095 (SHS)
------------------------------------------------------------x   07 Civ. 03972 (SHS)
                                                                07 Civ. 03973 (SHS)
                                                                07 Civ. 04810 (SHS)

SIDNEY H. STEIN, U.S. District Judge.

With respect to the entry of a protective order in this litigation, the Court has reviewed two letters from Purdue Pharma dated July 27 and August 3, 2007; a letter from Actavis Totowa LLC dated July 30, 2007; and a letter from KV Pharmaceutical Company dated July 31, 2007. The Court finds that KV's objections to Purdue's proposed protective order – which was signed by Purdue and Mallinckrodt on July 26, 2007 and agreed to by Actavis in its July 30, 2007 letter – lack merit. Therefore, the Court intends to sign the protective order agreed upon by Purdue, Mallinckrodt, and Actavis as the Protective Order governing the actions listed above and binding all parties to those litigations. KV will name any "Qualified Persons" as described in the Protective Order ¶¶ 7(e), 8(e) via letter application, with notice to all parties, by August 10, 2007.

Dated: New York, New York
       August 7, 2007

SO ORDERED:

Sidney H. Stein, U.S.D.J.

1