# Morgan & Finnegan, L.L.P.

3 WORLD FINANCIAL CENTER
NEW YORK, NY 10281-2101
TEL: 212-415-8700
FAX: 212-415-8701
www.morganfinnegan.com

WRITER'S DIRECT DIAL NUMBER
(212) 415-8545
awayda@morganfinnegan.com

August 10, 2007

[RECEIVED AUG 10 2007 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.]

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 8/15/07]

VIA FACSIMILE

The Honorable Sidney H. Stein
United States District Court
For The Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Purdue Pharma L.P., The P.F. Laboratories, Inc., And Purdue Pharmaceuticals L.P. v. KV Pharmaceutical Company*
MDL Action No. 1:04-MD-01603-SHS. This document relates to:
Civil Action Nos. 07-CV-3972, 07-CV-3973, And 07-CV-4810 (SHS)

Dear Judge Stein:

Pursuant to your Order of August 7, 2007, Defendant KV Pharmaceutical Company identifies the following Qualified Persons pursuant to the Stipulated Protective Order entered on August 5, 2007:

Paragraph 7(e):   Gregory S. Bentley, Esq.
                  Carl G. Hintmann, Esq.

Paragraph 8(e):   Gregory S. Bentley, Esq.
                  Carl G. Hintmann, Esq.

8/15/07
So ordered
/s/ Sidney H. Stein
U.S.D.J.

CALIFORNIA 44 MONTGOMERY STREET, SUITE 2550, SAN FRANCISCO, CA 94104-4712   TEL 415-318-8800   FAX 415-676-5816
WASHINGTON D.C. 1775 EYE STREET, NW, SUITE 400, WASHINGTON, DC 20006-2401   TEL 202-857-7887   FAX 202-857-7929

1086606 v1

**Morgan & Finnegan, L.L.P.**

The Honorable Sidney H. Stein
August 10, 2007
Page 2

KV Pharmaceutical Company reserves the right to designate additional Qualified Persons pursuant to these paragraphs. Notice has been provided to both Plaintiffs and Actavis Inc. and Mallinckrodt Inc. by PDF e-mail transmission.

Respectfully submitted,

Andrea L. Wayda

cc: Robert J. Goldman, Esq. *(via e-mail)*
Richard A. Inz, Esq. *(via e-mail)*
Pablo D. Hendler, Esq. *(via e-mail)*
John J. Normile Jr., Esq. *(via e-mail)*
Hugh L. Moore, Esq. *(via e-mail)*
Chad A. Landmon, Esq. *(via e-mail)*
Denise V. Zamore, Esq. *(via e-mail)*
John F. Sweeney, Esq. *(via e-mail)*

1086600 v1