SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Purdue Pharma, L.P., et al  Plaintiff,

— against —

KV Pharmaceutical Co., Defendant.
et al

7 cv 03972 (SHS)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Chad A. Landmon, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Jonathan A. Harris |
| Firm Name: | Axinn, Veltrop & Harkrider LLP |
| Address: | 90 State House Square |
| City/State/Zip: | Hartford, CT 06103 |
| Phone Number: | (860) 275-8100 |
| Fax Number: | (860) 275-8101 |

Jonathan A. Harris is a member in good standing of the Bar of the States of Illinois and Connecticut.

There are no pending disciplinary proceeding against Jonathan A. Harris in any State or Federal court.

Dated: 8/20/2007
City, State: Hartford, CT 06103

Respectfully submitted,

*Chad A. L.* (signature)

Sponsor's
SDNY Bar
Firm Name: Chad A. Landmon (CL4807)
Address: Axinn, Veltrop & Harkrider LLP
City/State/Zip: 90 State House Square
Phone Number: 860-275-8100
Fax Number: 860-275-8101

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURDUE PHARMA L.P., et al.<br>    Plaintiffs<br><br>v.<br><br>KV Pharmaceutical Co., et al.<br>    Defendants | )<br>)<br>)  07-cv-03972-SHS<br>)<br>)<br>)<br>)  Affidavit of Chad A. Landmon<br>)  in Support of Motion to Admit<br>)  Counsel Pro Hac Vice |

State of Connecticut  )
                       ) SS: Hartford
County of Hartford  )

Chad A. Landmon, being duly sworn, hereby deposes and says as follows:

1. I am counsel at Axinn, Veltrop & Harkrider LLP, counsel for Defendant/ Counterclaimant Actavis Totowa LLC in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit **Jonathan A. Harris** as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of Connecticut, and was admitted to practice law in 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Jonathan A. Harris since October 2006.

4. Mr. Harris is counsel at Axinn, Veltrop & Harkrider LLP, in Hartford, Connecticut.

5. I have found Mr. Harris to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Jonathan A. Harris, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Jonathan A. Harris, pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Jonathan A. Harris, pro hac vice, to represent Defendant/Counterclaimant Actavis Totowa LLC in the above captioned matter, be granted.

Subscribed and sworn to before me on
this 20th day of August 2007.

Respectfully submitted

_Tracy S. Melody_
Tracy S. Melody
Notary Public
TRACY S. MELODY
A NOTARY PUBLIC OF CONNECTICUT 2012
MY COMMISSION EXPIRES SEPTEMBER 30, 2007

_Chad A. Landmon_
Chad A. Landmon (CL4807)

CTDOCS:20313.1

SDNY (Rev. 10 2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Purdue Pharma L.P., et al.          Plaintiff,

                                                            7    cv  03972    (SHS)

              - against -
KV Pharmaceutical Co., et al.       Defendant.        **ORDER FOR ADMISSION**
                                                       **PRO HAC VICE**
                                                       **ON WRITTEN MOTION**

Upon the motion of Chad A. Landmon,   attorney for  Actavis Totowa LLC

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

|   |   |
|---|---|
| Applicant's Name: | Jonathan A. Harris |
| Firm Name: | Axinn, Veltrop & Harkrider LLP |
| Address: | 90 State House Square |
| City/State/Zip: | Hartford, CT 06103 |
| Telephone/Fax: | (860) 275-8100 |
| Email Address: | jah@avhlaw.com |

is admitted to practice pro hac vice as counsel for  Actavis Totowa LLC  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                           _____
                                           United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10 2006

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Jonathan A. Harris

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 1, 2002 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, July 30, 2007.

*Juleann Hornyak*

Clerk



# State of Connecticut
## Supreme Court

I, **Michéle T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify that, in the Superior Court at **Hartford** on the **eighth** day of **October** **1998**

**Jonathan A. Harris**

of

**Hartford, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this **third** day of **August** , 20**07**

*Michéle T. Angers*
Michéle T. Angers
Chief Clerk

