

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel



### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

Purdue Pharma, L.P., et al    Plaintiff,

- against -

KV Pharmaceutical Co.,    Defendant.
et al

__7__ cv __03972__ (SHS)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

AUG 2 3 2007

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Chad A. Landmon, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:    Stacie L. Ropka
Firm Name:           Axinn, Veltrop & Harkrider LLP
Address:             90 State House Square
City/State/Zip:      Hartford, CT 06103
Phone Number:        (860) 275-8100
Fax Number:          (860) 275-8101

Stacie L. Ropka is a member in good standing of the Bar of the States of New Jersey.

There are no pending disciplinary proceeding against Stacie L. Ropka in any State or Federal court.

Dated:         8/20/2007
City, State:   Hartford, CT 06103

Respectfully submitted,

_/s/ Chad A. L._

Sponsor's
SDNY Bar
Firm Name:
Address:         Chad A. Landmon (CL4807)
                 Axinn, Veltrop & Harkrider LLP
City/State/Zip:  90 State House Square
Phone Number:    860-275-8100
Fax Number:      860-275-8101

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURDUE PHARMA L.P., et al.<br>    Plaintiffs<br><br>v.<br><br>KV Pharmaceutical Co., et al.<br>    Defendants | )<br>)<br>)  07-cv-03972-SHS<br>)<br>)<br>)<br>)  Affidavit of Chad A. Landmon<br>)  in Support of Motion to Admit<br>)  Counsel Pro Hac Vice |

State of Connecticut  )
                      ) SS: Hartford
County of Hartford  )

Chad A. Landmon, being duly sworn, hereby deposes and says as follows:

1. I am counsel at Axinn, Veltrop & Harkrider LLP, counsel for Defendant/ Counterclaimant Actavis Totowa LLC in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit **Stacie L. Ropka** as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of Connecticut, and was admitted to practice law in 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Stacie L Ropka since May 2007.

4. Ms. Ropka is counsel at Axinn, Veltrop & Harkrider LLP, in Hartford, Connecticut.

5. I have found Ms. Ropka to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Stacie L. Ropka, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Stacie L. Ropka, pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Stacie L. Ropka, pro hac vice, to represent Defendant/Counterclaimant Actavis Totowa LLC in the above captioned matter, be granted.

Subscribed and sworn to before me on
this 20th day of August 2007.

Respectfully submitted

_Tracy S. Melody_
Tracy S. Melody
Notary Public
TRACY S. MELODY
A NOTARY PUBLIC OF CONNECTICUT 2012
MY COMMISSION EXPIRES SEPTEMBER 30, 2007

_Chad A. Landmon_
Chad A. Landmon (CL4807)

CTDOCS:20313.3

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **STACIE L ROPKA** (No. **031742005**) was constituted and appointed an Attorney at Law of New Jersey on **December 09, 2005** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **2ND** day of **August**, 20 **07**

Clerk of the Supreme Court

-453a-

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Purdue Pharma L.P., et al.          Plaintiff,

                                                              7   cv  03972   (SHS)

            - against -
KV Pharmaceutical Co., et al.       Defendant.       **ORDER FOR ADMISSION**
                                                                      **PRO HAC VICE**
                                                                      **ON WRITTEN MOTION**

Upon the motion of Chad A. Landmon,   attorney for Actavis Totowa LLC

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Stacie L. Ropka |
| Firm Name: | Axinn, Veltrop & Harkrider LLP |
| Address: | 90 State House Square |
| City/State/Zip: | Hartford, CT 06103 |
| Telephone/Fax: | (860) 275-8100 |
| Email Address: | slr@avhlaw.com |

is admitted to practice pro hac vice as counsel for   Actavis Totowa LLC   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                    _____
                                                    United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 20, 2007 the foregoing Motions to Admit Counsel Pro Hac Vice for Jonathan A. Harris, Denise V. Zamore and Stacie L. Ropka were filed via First Class Mail with the Admissions Clerk of the Court, and copies of the Motions with attachments were e-mailed and mailed via First Class Mail to counsel for all parties as listed below.

*/s/ Chad A. Landmon*
_____
Chad A. Landmon

John F. Sweeney
Andrea L. Wayda
Morgan & Finnegan, LLP
Three World Financial Center
New York, NY 10281-2101
*jfsweeney@morganfinnegan.com*
*alwayda@morganfinnegan.com*

Chad Michael Shandler
Jameson A.L. Tweedie
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
*shandler@rlf.com*
*tweedie@rlf.com*

Andrew Auchincloss Lundgren
Karen Elizabeth Keller
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801
*alundgren@ycst.com*
*kkeller@ycst.com*

Steven Craig Sunshine
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
*steve.sunshine@skadden.com*

Sean M. Tepe
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
*sean.tepe@skadden.com*

Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell, L.L.P.
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*rsmith@mnat.com*

Richard A. Inz
Pablo D. Hendler
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
*richard.inz@ropesgray.com*
*pablo.hendler@ropesgray.com*

CTDOCS:20997.1