received 8/22/07

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Purdue Pharma, L.P., et al  Plaintiff,

- against -

KV Pharmaceutical Co., Defendant.
et al

7 cv 03972 (SHS)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Chad A. Landmon, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Denise V. Zamore
Firm Name: Axinn, Veltrop & Harkrider LLP
Address: 90 State House Square
City/State/Zip: Hartford, CT 06103
Phone Number: (860) 275-8100
Fax Number: (860) 275-8101

Denise V. Zamore is a member in good standing of the Bar of the States of New York and Florida.

There are no pending disciplinary proceeding against Denise V. Zamore in any State or Federal court.

Dated: 8/20/2007
City, State: Hartford, CT 06103

Respectfully submitted,

Sponsor's
SDNY Bar
Firm Name:
Address: Chad A. Landmon (CL4807)
Axinn, Veltrop & Harkrider LLP
City/State/Zip: 90 State House Square
Phone Number: 860-275-8100
Fax Number: 860-275-8101

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURDUE PHARMA L.P., et al.<br>    Plaintiffs<br><br>v.<br><br>KV Pharmaceutical Co., et al.<br>    Defendants | )<br>)<br>)  07-cv-03972-SHS<br>)<br>)<br>)<br>)  Affidavit of Chad A. Landmon<br>)  in Support of Motion to Admit<br>)  Counsel Pro Hac Vice |

State of Connecticut  )
                         ) SS: Hartford
County of Hartford  )

Chad A. Landmon, being duly sworn, hereby deposes and says as follows:

1. I am counsel at Axinn, Veltrop & Harkrider LLP, counsel for Defendant/ Counterclaimant Actavis Totowa LLC in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit **Denise V. Zamore** as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of Connecticut, and was admitted to practice law in 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Denise V. Zamore since January 2007.

4. Ms. Zamore is counsel at Axinn, Veltrop & Harkrider LLP, in Hartford, Connecticut.

5. I have found Ms. Zamore to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Denise V. Zamore, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Denise V. Zamore, pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Denise V. Zamore, pro hac vice, to represent Defendant/Counterclaimant Actavis Totowa LLC in the above captioned matter, be granted.

Subscribed and sworn to before me on
this 20th day of August 2007.

_____
Tracy S. Melody
Notary Public
TRACY S. MELODY
A NOTARY PUBLIC OF CONNECTICUT 2012
MY COMMISSION EXPIRES SEPTEMBER 30, 2007

Respectfully submitted

_____
Chad A. Landmon (CL4807)

CTDOCS:20313.2



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **Denise V. Zamore** was duly licensed and admitted to practice as an **Attorney and Counselor at Law** in all the courts of the State, according to the laws of the State and the court rules and orders, on the **26th** day of **January 2000** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **July 30, 2007**

*James Edward Pelzer*
Clerk

# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**DENISE V. ZAMORE**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **October 4, 2004,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this July 30, 2007.*

Clerk of the Supreme Court of Florida

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Purdue Pharma L.P., et al.        Plaintiff,

7 cv 03972 (SHS)

- against -

KV Pharmaceutical Co., et al.     Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Chad A. Landmon, attorney for Actavis Totowa LLC

and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Denise V. Zamore |
| Firm Name: | Axinn, Veltrop & Harkrider LLP |
| Address: | 90 State House Square |
| City/State/Zip: | Hartford, CT 06103 |
| Telephone/Fax: | (860) 275-8100 |
| Email Address: | dvz@avhlaw.com |

is admitted to practice pro hac vice as counsel for Actavis Totowa LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006