SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Purdue Pharma L.P., et al. | Plaintiff, | 04 md 1603 (SHS) This document relates to: |
| - against - | | 7 cv 03972 (SHS) |
| KV Pharmaceutical Co., et al. | Defendant. | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of  Chad A. Landmon,   attorney for  Actavis Totowa LLC

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Stacie L. Ropka |
| Firm Name: | Axinn, Veltrop & Harkrider LLP |
| Address: | 90 State House Square |
| City/State/Zip: | Hartford, CT 06103 |
| Telephone/Fax: | (860) 275-8100 |
| Email Address: | slr@avhlaw.com |

is admitted to practice pro hac vice as counsel for  Actavis Totowa LLC  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/31/07
City, State: N.Y., N.Y.

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $      SDNY RECEIPT#
SDNY Form Web 10/2006