SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Purdue Pharma L.P., et al.         Plaintiff,

- against -

KV Pharmaceutical Co., et al.      Defendant.

04 md 1603 (SHS)
This document relates to:

7 cv 03972 (SHS)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Chad A. Landmon, attorney for Actavis Totowa LLC
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Jonathan A. Harris
Firm Name: Axinn, Veltrop & Harkrider LLP
Address: 90 State House Square
City/State/Zip: Hartford, CT 06103
Telephone/Fax: (860) 275-8100
Email Address: jah@avhlaw.com

is admitted to practice pro hac vice as counsel for Actavis Totowa LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/31/07
City, State: N.Y., N.Y.

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $       SDNY RECEIPT#
SDNY Form Web 10/2006