1.5001

FINAL CLINICAL SUMMARY

DOSING-RANGE STUDY OF MS CONTIN 30 MG TABLETS
IN PATIENTS WITH CHRONIC PAIN

PROTOCOL NO. 84-0101

Howard Homesley, M.D.
Chief, Dept. of Gynecological Oncology
Bowman Gray School of Medicine
Winston-Salem, NC   27103

**Trial Exhibit**
Purdue et al. v. Endo et al.
Nos. 00 Civ. 8029 (SHS),
01 Civ. 2109 (SHS), 01 Civ. 8177 (SHS)

**DX  3284**

Prepared By:  _[signature]_  John J. Savarese, M.D., Ph.D.
Associate Medical Director          3/1/85
                                     Date

Reviewed By:  _[signature]_  Paul D. Goldenheim, M.D.
Medical Director                     3/8/85
                                     Date

Approved By:  _[signature]_  Principal Investigator          3/4/85
                                     Date

February 25, 1985

**Deposition Exhibit**
Purdue et al. v. Endo et al.
Nos. 00 Civ. 8029 (SHS),
01 Civ. 2109 (SHS), 01 Civ. 8177 (SHS)

**DX  292**

2/26/03

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

1.5081

P     382605

# CONFIDENTIAL

Protocol No. 84-0101
Final Clinical Summary

### TABLE OF CONTENTS

|  |  |  | Page |
|---|---|---|---|
| ABSTRACT |  |  | i |
| I | INTRODUCTION |  | 1 |
| II | OBJECTIVE |  | 1 |
| III | MATERIALS AND METHODS |  |  |
|  | A. | Subjects | 2 |
|  | B. | Medications |  |
|  |  | 1. Test | 2 |
|  |  | 2. Reference | 2 |
|  | C. | Trial Phase |  |
|  |  | 1. Design and Duration | 2 |
|  |  | 2. Procedure | 3 |
|  |  |   a. Titration Phase | 3 |
|  |  |   b. Dosing-Range Phase | 4 |
|  |  |   c. Maintenance Phase | 4 |
|  |  | 3. Evaluations |  |
|  |  |   a. For Efficacy | 4 |
|  |  |   b. For Safety | 5 |
| IV | RESULTS |  |  |
|  | A. | Background | 5 |
|  | B. | Efficacy Evaluation | 5 |
|  | C. | Safety Evaluations | 6 |
|  | D. | Sensitivity of Experimental Procedure | 6 |
| V | SUMMARY AND CONCLUSIONS |  | 7 |
| VI | REFERENCES |  | 8 |

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

*1.5035*

P    382606

# CONFIDENTIAL

-i-

FINAL CLINICAL SUMMARY

DOSING-RANGE STUDY OF MS CONTIN 30 MG TABLETS
IN PATIENTS WITH CHRONIC PAIN

PROTOCOL NO. 84-0101

Howard Homesley, M.D.
Chief, Dept. of Gynecological Oncology
Bowman Gray School of Medicine
Winston-Salem, NC   27103

## ABSTRACT

Twenty-four (24) of thirty (30) cancer patients completed this dosing-range study
with dropouts not attributable to MS Contin.  The study was designed to reflect a
real clinical situation in which an analgesic is titrated to a level achieving
adequate analgesia with acceptable side effcts.  Patients had previously been
prescribed a narcotic analgesic and, overall, these encompassed many of the
commonly used narcotics.  Regardless of the particular opioid previously used,
each patient was successfully converted to MS Contin q 12 h or q 8 h.  It was
found that these patients could go from an immediate-release morphine sulfate
preparation doses q 4 hours to a MS Contin regimen doses q 12 h or q 8 h with the
majority of patients maintained on a q 12 h regimen if adequate total daily amount
of morphine sulfate as MS Contin would be given.

The clinical impression of the Investigator was that MS Contin was at least better
regarding analgesia compared with their previous analgesic.  The Investigator also
felt that half the patients manifested at least fewer side effects compared with
their pre-study narcotic.  These findings based on a realistic therapeutic study
design support the safety and efficacy of MS Contin 30 mg Tablet for the prolonged
relief of severe pain when dosed q 12 h with proper dosage adjustment to this
twice daily regimen.

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

1.5036

P      382607

CONFIDENTIAL

FINAL CLINICAL SUMMARY

DOSING-RANGE STUDY OF MS CONTIN 30 MG TABLETS
IN PATIENTS WITH CHRONIC PAIN

PROTOCOL NO. 84-0101

I    INTRODUCTION

It is generally accepted that routinely scheduled analgesic dosing is the
preferred treatment of chronic pain in patients with cancer.[1-4]  However,
despite the wide array of narcotic analgesics previously available for
general use no one product approached that of the ideal analgesic.  Ideally,
an analgesic preparation, used for the treatment of chronic pain, should meet
the following criteria:

A.    Be orally effective

B.    Permit a dosing regimen that is convenient to the patient

C.    Prevent breakthrough pain

D.    Produce prolonged effective drug levels

E.    Be devoid of accumulation properties

Methadone might be considered as a drug that approaches that of the ideal
narcotic analgesic for chronic pain management.  Unfortunately, methadone,
because of its long half-life (24-57 hours) and accumulation potential is not
without its difficulties.[5]

MST Continus Tablets, a controlled-release morphine sulfate tablet widely
used in Europe, was proven to be an ideal narcotic analgesic for the
treatment of chronic severe pain.  In European studies MST Continus Tablets
have been shown to be orally effective, convenient to use (i.e., can be dosed
every 12 hours), prevents breakthrough pain (i.e., analgesia can last
12 hours), produces steady morphine plasma concentrations, and does not
accumulate with continued dosing.[6-11]  The American formulation called
MS Contin 30 mg Tablet is equivalent to MST Continus 30 mg Tablet and is now
available as a prescription medication.

II    OBJECTIVE

The purpose of this study was to confirm the European experience, namely,
that MS Contin 30 mg Tablets as with its equivalent MST Continus 30 mg
Tablets, are safe and effective for prolonged relief of severe pain when
given as a q 12 hour regimen.  The study evaluated MS Contin in a realistic

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

1.5687

P    382608

# CONFIDENTIAL

-2-

Protocol No. 84-0101
Final Clinical Summary

setting in which the drug was titrated to achieve adequate analgesia with minimal side effects. Via a dosing-range protocol designed to have statistical sensitivity, a spectrum of maintenance doses of MS Contin 30 mg Tablets was determined for cancer patients requiring narcotic analgesia.

III  MATERIALS AND METHODS

A.  Subjects

Participants in this study were cancer patients of either sex above the age of 18 years who were deemed candidates for narcotic analgesics for control of their pain. Eligibility criteria were structured so as not to exclude the wide range of cancer pain syndromes existent in this patient population. However, patients had to exhibit the characteristics of being compliant, rational, reasonably responsive, and capable of subjective evaluation. Such patients had to express a willingness to follow protocol requirements as evidenced by written informed consent. Excluded were patients who had manifested hypersensitivity to morphine products. Those who had major organ dysfunction which might adversely affect safety or obscure efficacy were excluded from the study. Reclusive living circumstances was also an exclusion criterion for safety reasons.

B.  Medications

1.  Test

MS Contin 30 mg Tablets, Lot No. CB11-35. [MSC]

2.  Reference

Morphine Sulfate 15 mg Tablets, Roxane, Lot No. 830634 [IRMS]
Morphine Sulfate 15 mg Tablets, Lily, Lot No. 8DA96A [IRMS]
Morphine Sulfate 30 mg Tablets, Lily, Lot No. 8CU32A [IRMS]

C.  Trial Phase

1.  Design

This was a controlled, crossover (sequential), open-label, dosing-range study lasting from 10 days to four weeks at the discretion of the Investigator.

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

1.5038

P    382609

CONFIDENTIAL

-3-

Protocol No. 84-0101
Final Clinical Summary

2.    Procedure

The study concept is diagrammed as follows:



NOTE:    It was expected that a number of patients stabilized on
MSC (2x) mg q 8 h would not be adequately controlled when
switched to MSC (2x) mg q 12 h.  This plan provided a
measure of sensitivity; that is, patients overall
required morphine sulfate at approximately the daily
dosage found as the Maintenance regimen.

a.    IRMS Titration Phase

Patients were converted from their previous opioid analgesic
to immediate-release morphine sulfate at 15 or 30 mg q 4 h
based on standard opioid equivalence ratios.

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

1.5039

P    382610

CONFIDENTIAL

-4-

Protocol No. 84-0101
Final Clinical Summary

If not obtaining adequate analgesia at IRMS 15 mg q 4 h
patients, after 24 hours, were switched to IRMS 30 mg q 4 h.
Continued daily updosing was done until adequate analgesia was
achieved or side effects prevented an increase in dose.

When adequate analgesia was obtained for at least 48 hours on
IRMS, the patient was instructed to begin MS Contin as
described in the "Dosing-Range" Phase which follows.

b.   Dosing-Range Phase

Patients were begun on MSC q 8 h at double the dose of IRMS
determined in the IRMS Titration Phase.  The attempt was then
made to extend the dosing interval up to q 12 h while not
increasing the amount of MS Contin given per dose.

Patients were held at each level for approximately 48 hours
before changing to a longer dosing interval.  Inadequate
analgesia at any level resulted, after 24 hours, in a patient
returning to the previous dosing level and one additional
attempt made to extend the dosing interval.

c.   Maintenance Phase

Patients were maintained on MSC at the final dosing regimen
determined in "b" for the duration of the study specified by
the Investigator up to a maximum of four weeks for the entire
study.  If patients experienced inadequate analgesia during
the Maintenance Phase they were returned to the previous
dosing level and dose adjusted until a stable regimen was
determined.  The Maintenance Dose of MSC was defined as the
minimal dosing regimen (amount and frequency) providing
acceptable analgesia and acceptable side effects for at least
two days.

3.   Evaluations

Usual Demography and Medical Background were reported.  Physical
Examination, Hematology, Chemistries and Urinalysis were optional
but recommended.

1.5040

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

P      382611

CONFIDENTIAL

-5-

Protocol No. 84-0101
Final Clinical Summary

    a.   For Efficacy

        i    Immediate-Release Morphine Sulfate Tablet Titration Data

        ii   Telephone Assessments were done periodically

        iii  Daily Patient Record was optional

        iv   Investigator's Record of Dosing-Range and Maintenance Phase Data

        v    Investigator's Summary of Study

    b.   For Safety

        Adverse experiences, whether spontaneously reported or elicited upon direct questioning, were recorded and evaluated promptly by the Investigator's to determine the severity, duration, initiation of corrective measures, if warranted, and subjects followed with "normal".

IV   RESULTS

    A.   Background

        Thirty (30) cancer patients were entered and twenty-four (24) completed the study. Their oncologic diagnosis, age and gender are given in Table 1. The six dropout patients were discontinued for a variety of reasons none related specifically or solely to MS Contin (see Table 1).

    B.   Efficacy Evaluations

        Table 2 displays the maintenance dose of the previously narcotic analgesic the 24 patients who completed the study required for pain control. Juxtaposed are the maintenance doses of MS Contin 30 mg Tablets which were found by range-dosing to be adequate to control their pain.

        In Figure 1 a comparison is made of the analgesic equivalence of MS Contin and immediate-release morphine sulfate. Each patient was titrated to acceptable analgesia with IRMS. Then they were switched to MS Contin and a maintenance dose of this controlled-release preparation was determined via the dose ranging format described in Section III.C.2. Thus, Figure 1 demonstrates that patients maintained on a q 4 hours morphine sulfate regimen under the constraints of

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

/.5041

P    382612

CONFIDENTIAL

-6-

Protocol No. 84-0101
Final Clinical Summary

protocol design could adequately be maintained on a q 12 h to q 8 h
MS Contin schedule. It must be emphasized that the design employed in
this study negatively biases the potential efficacy of the q 12 hour
schedule. That is, patients were switched to MS Contin first on a
q 8 hour program. They were then tested at q 12 hours but using the
same amount of morphine sulfate per dose thereby decreasing the total
daily amount of morphine sulate. Consequently, those patients on the
q 12 hours schedule gained not only the benefit of decreased dosing fre-
quency, but it was also possible to decrease the total daily amount of
morphine required to achieve the same analgesia as obtained with the
immediate-release morphine preparation given q 4 hours. These findings
are quantified in Table 3. That is, 57% of patients tried on the q 12 h
regimen were successfully controlled and irrespective of the MSC regimen
a significant reduction (18.6%) in the daily morphine requirement was
found relative to MSIR regimen.

Table 4 shows a global evaluation by the Investigators of analgesic
potential of MS Contin compared with the previous narcotic the patients
were prescribed. In all cases in the judgment of the Investigators,
MS Contin provided the patients superior or better analgesia than did
their previous analgesic.

C.   Safety Evaluations

As can be seen in Table 4 it was the opinion of the Investigator that
approximately half of the patients had fewer side effects with MS Contin
compared with their pre-study analgesic. No patient had side effects
which were greater for MS Contin than for their pre-study analgesic.
The actual untoward reactions reported for MS Contin were those usual
for morphine and included, in part, lightheadedness, nausea, dizziness,
constipation and anorexia. Those reactions considered notable and
reported as adverse reactions were few and shown in Table 5.

D.   Sensitivity of Experimental Procedure

One measure of the discriminatory ability of an experimental method is
obtained by observing the effect of changing dosage.

Thus, if all of a group of N patients perform satisfactorily at dose $D_0$
and the dose is reduced to $D_1$ and the percentage of satisfactory
responses drops from $P_0$ to $P_1$, we may view the experimental procedure as
being sensitive. Further, if $P_1$, although less than $P_0$, is still large
enough to be clinically useful, we may regard the dose $D_1$, as being a
clinically useful dosage.

CONFIDENTIAL

--7--

Protocol No. 84-0101
Final Clinical Summary

In this study all 24 patients were controlled when placed on (x) mg IRMS q 4 h. All patients had their pain similarly controlled when given MSC at (2x) mg q 8 h. However, when the dosing interval was extended to q 12 h while maintaining each dose at (2x) mg, 57% of the patients continued to respond satisfactorily regarding pain relief. This was a significant reduction ($p \sim 0.05$) from 100% and therefore the assay was deemed sensitive.

V    SUMMARY AND CONCLUSIONS

Twenty-four (24) of thirty (30) cancer patients completed this dosing-range study with dropouts not attributable to MS Contin. The study was designed to reflect a real clinical situation in which an analgesic is titrated to a level achieving adequate analgesia with acceptable side effects. Since MS Contin 30 mg Tablet is equivalent to MST Continus 30 mg Tablet, the European experience with the British tablet should be paralleled by that of MS Contin. This hypothesis was confirmed with all completed patients achieving acceptable pain relief on a q 12 hour or q 8 hour dosing regimen with MS Contin 30 mg Tablet(s). Patients had previously been prescribed a narcotic analgesic and, overall, these encompassed many of the commonly used opioids. Regardless of the particular narcotic previously used, each patient was successfully converted to MS Contin q 12 h or q 8 h. Of note, half the patients were maintained on a q 12 h regimen in spite of the study design which resulted in a decreased total daily amount of morphine sulfate when the patient was placed on the q 12 hour program. This is of increased signi- ficance since all patients had been titrated on an immediate-release morphine sulfate tablet given every four hours. Thus, these patients could go from an immediate-release morphine sulfate preparation dosed q 4 hours to a MS Contin regimen dosed q 12 h or q 8 h with the majority of patients maintained on a q 12 h regimen if adequate total daily amount of morphine sulfate as MS Contin would be given.

The clinical impression of the Investigator was that MS Contin was at least better regarding analgesia compared with their previous analgesic. The Investigator also felt that half the patients manifested at least fewer side effects while on MS Contin with no patients having greater side effects compared with their pre-study narcotic. These findings based on a realistic therapeutic study design support the safety and effacacy of MS Contin 30 mg Tablet for the prolonged relief of severe pain when dosed q 12 h with proper dosage adjustment to this twice daily regimen.

JJS/msd

_1. 5043_

CONFIDENTIAL INFORMATION
Purdue v. Boehringer                                    P    382614

-8-

Protocol No. 84-0101
Final Clinical Summary

VI    REFERENCES

1.    Health and Public Policy Committee, American College of Physicians:
      Drug Therapy for Severe, Chronic Pain in Terminal Illness. Ann Int Med
      (1983) 99:870-73.

2.    McGivney, W.T. and Crooks, G.M. (eds.): The Care of Patients with
      Severe Chronic Pain in Terminal Illness. JAMA (1984) 251:1182-1188.

3.    Bonica, J. J.: Basic principles in managing chronic pain.
      Arch Surg (1977) 112:783-8.

4.    Twycross, R.G.: Narcotics. In Textbook of Pain. P.D. Wall and R.
      Melzack, editors. Churchill Livingstone (1984): 514-525.

5.    Ettinger, D. S.; et al: Important clinical pharmacologic considerations
      in the use of methodone in cancer patients. Cancer Treat Rep (1979)
      63:457-9.

6.    Leslie, S. T., et al: Controlled Release Morphine Sulfate Tablets - A
      Study in Normal Volunteers. Br J. Clin Pharmacol (1980) 9:531-4.

7.    Walsh, T.D., and Chester, F.M.: Use of Morphine for Cancer Pain.
      Pharmaceutial J. (1983) 231:525-7.

8.    Welsh, J., et al: A Comparative Pharmacokinetic Study of Morphine
      Sulfate Solution and MST Continuous 30 mg Tablets in Conditions expected
      to allow steady-state drug levels. In Methods of Morphine Estimation in
      Biological Fluids. JFB Stuart, editor Royal Society of Medicine
      International Congress & Symposium Series No. 58. Academic Press Inc. &
      Royal Sciety of Medicine Pub. (1983) pp. 9-13.

9.    Twycross, R.G.: Pain Relief in Cancer. In Clinics in Oncology. R.G.
      Twycross, editor. W.B. Saunders Co. (1984) 3:117.

10.   Wilkes, E., and Levy, J. (eds.): Advances in Morphine Therapy: The
      1983 International Symposium on Pain Control. Royal Soc.
      Med./International Congress and Symposium Series No. 64, 1983.

11.   Vater, M. Et al.: Pharmacokinetics and Analgesic Effect of Slow-Release
      Oral Morphine Sulfate in Volunteers. Br J Anaesth (1984) 56:821-827.

1.5044

CONFIDENTIAL INFORMATION
Purdue v. Boehringer                              P    382615

CONFIDENTIAL

Protocol No. 84-0101
Final Clinical Summary

TABLE 1

ONCOLOGY - PATIENT DEMOGRAPHY

| | |
|---|---|
| Disseminated ovarian carcinoma, 46 y/o, F | Renal cell carcinoma c̄ bone and lung metastases, 37 y/o, M |
| Recurrent cervical cancer, 57 y/o, F | Squamous cell carcinoma of head and neck, 64 y/o, M (5*) |
| Vulvar carcinoma c̄ pubic bone metastases, 56 y/o, F (1*) | Multiple myeloma, 61 y/o, M |
| Adenocarcinoma of Lung, 53 y/o, M | Ovarian carcinoma, 76 y/o, F |
| Small cell lung carcinoma, 51 y/o, M | Carcinoma of cervix, 42 y/o, F |
| Adenocarcinoma of sigmoid colon, 67 y/o, M | Metastatic breast cancer, 46 y/o, F |
| Recurrent ovarian carcinoma, 48 y/o, F | |
| Metastatic prostatic carcinoma, 72 y/o, M (2*) | Metastatic nonsclerosing Hodgkin's Lymphoma and sarcoma, 38 y/o, F |
| Carcinoma of cervix, 58 y/o, F | Carcinoma of cervix, 31 y/o, F (6*) |
| Diffuse histiocytic lymphoma, 56 y/o, F | Multiple myeloma c̄ bony metastases, 64 y/o, M |
| Adenocarcinoma of lung c̄ brain and skin metastases, 57 y/o, M | Histiocytic lymphoma, 54 y/o, F |
| Adenocarcinoma of Lung, 69 y/o, M | Carcinoma of the colon, 54 y/o, M |
| Diffuse histiocytic lymphoma, 36 y/o, M (3*) | Carcinoma of the lung, 63 y/o, F |
| Metastatic ovarian carcinoma, 48 y/o, F | Carcinoma of cervix c̄ intra-abdominal dissemination, 61 y/o, F |
| Carcinoma of the cervix c̄ pelvic involvment, 50 y/o, F (4*) | Metastatic osteosarcoma, 64 y/o, M |
| | Carcinoma of Lung c̄ diffuse metastases, 65 y/o, F |

1*Patient unable to be stabilized on IRMS at 15 or 30 mg q 4 h and was discontinued.
2*Patient was discontinued due to family objections to patient sedation which were attributable to IRMS or other medications.
3*Patient was discontinued due to development of pneumona after 24 h on study.
4*Patient was discontinued due to intractable nausea/vomiting while on IRMS.
5*Patient was discontinued due to confusion and disorientation secondary to brain metastasis.
6*Patient was discontinued due to intractable nausea/vomiting on both morphine preparations.

1.5045

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

P    382616



CONFIDENTIAL

Protocol No. 84-0101
Final Clinical Summary

TABLE 2

EFFICACY EQUIVALENCE OF MS CONTIN COMPARED WITH PREVIOUS NARCOTIC

MAINTENANCE DOSE OF
PREVIOUS NARCOTIC

IM DEMEROL 125 mg
AND PHENERGAN 25 mg
q 8-12 h

Percocet, Percodan or
Tylox
2 tabs q 4 h
1-2 tabs q 3-4 h prn

Tylenol #3
1-2 tabs q 4 h

Dilaudid
2 mg q 3-6 h
2 mg q 4-6 h

Codeine
30 mg q 6 h

Talwin
25-50 mg q 3-4 h

Percocet-N 100
1-2 tabs q 4-6 h

MAINTENANCE DOSE OF
MS CONTIN

90 mg q 8 h o
90 mg q 12 ho
60 mg q 8 ho
60 mg q 12 ho
30 mg q 8 h
30 mg q 10 ho
30 mg q 12 ho

MAINTENANCE DOSE OF
PREVIOUS NARCOTIC

MORPHINE SULFATE P.O.

75 mg q 6 h hours
Tylox 2 tabs bid prn

30 mg q 4 h
10 mg q 4 h
40 mg q 4 h
20 mg q 3 h
20-30 mg q 2-4 h

30 mg q 4 h
15 mg q 4 h
10 mg q 4-6 h
15-30 mg q 4 h
15-20 mg q 4 h prn
20-30 mg q 3 h prn

10 mg q 3-4 h
15 mg q 4 h prn

1.5046

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

P    382617

CONFIDENTIAL

Protocol No. 84-0101
Final Clinical Summary

FIGURE 1

EFFICACY EQUIVALENCE OF MS CONTIN COMPARED WITH
IMMEDIATE-RELEASE MORPHINE SULFATE (IRMS)



Patients were titrated on IRMS over a period lasting of 2.8 days
(range of 2-10 days) and stabilized on (x) mg q 4 h. They were
then switched to MSC at (2x) mg q 8 h with subsequent dosing
interval extention to (2x) mg q 12 h which resulted in a decrease
of total daily amount of morphine sulfate taken. Consequently, 43%
of the patients could not be controlled at this lower daily dose
attesting to the sensitivity of the study design. The final MSC
regimen providing adequate pain prevention is shown above as + with
the mean duration on MSC being 14.4 days (range 3-28 days).
Presumably, nearly all patients would have achieved adequate pain
control if MS Contin was dosed at an equivalent daily amount of
morphine sulfate as was given for IRMS, that is, MS Contin (3x) mg
q 12 h.

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

1.5047

P    382618

CONFIDENTIAL

Protocol No. 84-0101
Final Clinical Summary

TABLE 3

MORPHINE REGIMEN DATA

| Frequency of MSC | N |
|---|---|
| q 8 h | 10 |
| q 10 h | 1 |
| q 12 h | 13 |

FREQUENCY OF SUCCESS FOR PATIENTS TRIED ON MSC AT Q 12 H

| q 12 h | N | |
|---|---|---|
| successes | 13 | }57%* |
| attempted | 23 | |
| not-attempted | 1 | |

(due to progression of disease one patient
was never tried at q 12 h regimen)

|  | AVG. TOTAL DAILY DOSE | S.E. | AVG. # OF DAYS ON DRUG |
|---|---|---|---|
| MSIR | 138.8 mg | 12 mg | 2.8 |
| MSC | 113 mg | 13 mg | 14.4 |
| Dose Reduction 18.6% | p < .01 | | |

*Note:  When attempted at q 12 h patients continued to
receive same amount of MSC per dose; therefore, all
patients placed on the twice daily regimen received
2/3 of the total daily amount of morphine sulfate
which successfully controlled pain when dosed q 8 h.
Thus, failures were expected when patients were
extended from MSC q 8 h to MSC q 12 h.

1.5048

# CONFIDENTIAL

Protocol No. 84-0101
Final Clinical Summary

### TABLE 4

#### GLOBAL EVALUATION OF ANALGESIA AND SIDE EFFECTS

Investigator's Global Evaluation of MS Contin Compared With Patient's Previous
Analgesic (Numbers refer to sum of patients placed in each category)

I    ANALGESIC INFORMATION:  MS Contin compared to the patient's previous
     analgesic is

     Superior = 5, Better = 19, Same = 0, Inferior = 0

     Therefore, the % Better or Superior = 100%
     Random distribution of the analgesic rating would most likely have been split
     as 1/3 superior or better, 1/3 same as and 1/3 inferior to.
     This difference is highly significant (z statistic 4.60, P < .0001)

II   SIDE EFFECT EVALUATION:*  MS Contin compared to the patient's previous
     analgesic has

     Very few side effects = 6 Few side effects = 6
     Same side effects = 11, More side effects = 0

     Therefore, the % very few or few = 52.2%
     Random distribution of the side effect rating would most likely have been
     split as 1/3 very few or few, 1/3 same as and 1/3 more side effects.
     This difference is not significant (z statistic 1.02, P = .30) although the
     clinical advantage is clearly evident.

*NOTE:   THE SIDE EFFECT EVALUATION could not be made on one patient due to
         potential that side effects noted on study were caused by concomitant
         medication.

CONFIDENTIAL INFORMATION
Purdue v. Boehringer                           P    382620

# CONFIDENTIAL

TABLE 5

ADVERSE REACTIONS

Five patients reported adverse reactions (two out of 30 in the IRMS phase:  6.7%
and three out of 26 in the MS Contin phase:  11.5%).  They were primarily
gastrointestinal as follows:

| Patient No. | AR with MSIR |
|-------------|--------------|
| 16 | Dizziness and hot flashes |
| 30 | Nausea and vomiting |

| Patient No. | AR with MSC |
|-------------|-------------|
| 31 | Nausea and vomiting |
| 194 | Nausea and vomiting |
| 195 | Nausea and vomiting |

*1.5050*