**Search results from the "OB_Rx" table for query on "019516."**

| | |
|---|---|
| Active Ingredient: | MORPHINE SULFATE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | MS CONTIN |
| Applicant: | PURDUE FREDERICK |
| Strength: | 30MG |
| Application Number: | 019516 |
| Product Number: | 001 |
| Approval Date: | May 29, 1987 |
| Reference Listed Drug: | No |
| RX/OTC/DISCN: | RX |
| TE Code: | **AB** |

Patent and Exclusivity Info for this product: View

| | |
|---|---|
| Active Ingredient: | MORPHINE SULFATE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | MS CONTIN |
| Applicant: | PURDUE FREDERICK |
| Strength: | 60MG |
| Application Number: | 019516 |
| Product Number: | 002 |
| Approval Date: | Apr 8, 1988 |
| Reference Listed Drug: | Yes |
| RX/OTC/DISCN: | RX |
| TE Code: | **AB** |

Patent and Exclusivity Info for this product: View

| | |
|---|---|
| Active Ingredient: | MORPHINE SULFATE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | MS CONTIN |
| Applicant: | PURDUE FREDERICK |
| Strength: | 15MG |
| Application Number: | 019516 |
| Product Number: | 003 |
| Approval Date: | Sep 12, 1989 |
| Reference Listed Drug: | No |
| RX/OTC/DISCN: | RX |
| TE Code: | **AB** |

Patent and Exclusivity Info for this product: View

| | |
|---|---|
| Active Ingredient: | MORPHINE SULFATE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | MS CONTIN |
| Applicant: | PURDUE FREDERICK |
| Strength: | 100MG |

| | |
|---|---|
| Application Number: | 019516 |
| Product Number: | 004 |
| Approval Date: | Jan 16, 1990 |
| Reference Listed Drug | No |
| RX/OTC/DISCN: | RX |
| TE Code: | **AB** |

Patent and Exclusivity Info for this product: View

---

| | |
|---|---|
| Active Ingredient: | MORPHINE SULFATE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | MS CONTIN |
| Applicant: | PURDUE FREDERICK |
| Strength: | 200MG |
| Application Number: | 019516 |
| Product Number: | 005 |
| Approval Date: | Nov 8, 1993 |
| Reference Listed Drug | No |
| RX/OTC/DISCN: | RX |
| TE Code: | **AB** |

Patent and Exclusivity Info for this product: View

---

Return to Electronic Orange Book Home Page

---

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
   Orange Book Data - **Monthly**
   Generic Drug Product Information & Patent Information - **Daily**
   Orange Book Data Updated Through August, 2007
   Patent and Generic Drug Product Data Last Updated: September 19, 2007

**Search results from the "OB_Rx" table for query on "020553."**

| | |
|---|---|
| Active Ingredient: | OXYCODONE HYDROCHLORIDE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | OXYCONTIN |
| Applicant: | PURDUE PHARMA LP |
| Strength: | 10MG |
| Application Number: | 020553 |
| Product Number: | 001 |
| Approval Date: | Dec 12, 1995 |
| Reference Listed Drug: | No |
| RX/OTC/DISCN: | RX |
| TE Code: | **AB** |

Patent and Exclusivity Info for this product: View

| | |
|---|---|
| Active Ingredient: | OXYCODONE HYDROCHLORIDE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | OXYCONTIN |
| Applicant: | PURDUE PHARMA LP |
| Strength: | 20MG |
| Application Number: | 020553 |
| Product Number: | 002 |
| Approval Date: | Dec 12, 1995 |
| Reference Listed Drug: | No |
| RX/OTC/DISCN: | RX |
| TE Code: | **AB** |

Patent and Exclusivity Info for this product: View

| | |
|---|---|
| Active Ingredient: | OXYCODONE HYDROCHLORIDE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | OXYCONTIN |
| Applicant: | PURDUE PHARMA LP |
| Strength: | 40MG |
| Application Number: | 020553 |
| Product Number: | 003 |
| Approval Date: | Dec 12, 1995 |
| Reference Listed Drug: | Yes |
| RX/OTC/DISCN: | RX |
| TE Code: | **AB** |

Patent and Exclusivity Info for this product: View

| | |
|---|---|
| Active Ingredient: | OXYCODONE HYDROCHLORIDE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | OXYCONTIN |
| Applicant: | PURDUE PHARMA LP |
| Strength: | 80MG |

| | |
|---|---|
| Application Number: | 020553 |
| Product Number: | 004 |
| Approval Date: | Jan 6, 1997 |
| Reference Listed Drug | No |
| RX/OTC/DISCN: | RX |
| TE Code: | **AB** |
| Patent and Exclusivity Info for this product: | View |

Return to Electronic Orange Book Home Page

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
   Orange Book Data - **Monthly**
   Generic Drug Product Information & Patent Information - **Daily**
   Orange Book Data Updated Through August, 2007
   Patent and Generic Drug Product Data Last Updated: September 19, 2007

**Patent and Exclusivity Search Results from query on Appl No 020553 Product 001 in the OB_Rx list.**

## Patent Data

| Appl No | Prod No | Patent No | Patent Expiration | Drug Substance Claim | Drug Product Claim | Patent Use Code |
|---|---|---|---|---|---|---|
| 020553 | 001 | 4861598 | AUG 29,2006 | | | |
| 020553 | 001 | 4970075 | AUG 29,2006 | | | |
| 020553 | 001 | 5266331 | OCT 26,2007 | | Y | |
| 020553 | 001 | 5508042 | APR 16,2013 | | | U-443 |
| 020553 | 001 | 5549912 | OCT 26,2007 | | Y | |
| 020553 | 001 | 5656295 | OCT 26,2007 | | | U-443 |

## Exclusivity Data

**There is no unexpired exclusivity for this product.**

Additional information:

1. Patents are published upon receipt by the Orange Book Staff and may not reflect the official receipt date as described in 21 CFR 314.53(d)(5).
2. Patents submitted on FDA Form 3542 and listed after August 18, 2003 will have one to three patent codes indicating specific patent claims as submitted by the sponsor and are detailed in the above table.
3. Patents listed prior to August 18, 2003 are flagged with method of use claims only as applicable and submitted by the sponsor. These patents may not be flagged with respect to other claims which may apply
4. *PED and PED represent pediatric exclusivity. Patents with pediatric exclusivity granted after August 18, 2003 will be indicated with *PED as was done prior to August 18, 2003. Patents with *PED added after August 18, 2003 will not contain any information relative to the patent itself other than the *PED extension. Information related specifically to the patent will be conveyed on the original patent only.
5. U.S. Patent Nos. RE 36481 and RE 36520 were relisted for Zocor (NDA 19-766) pursuant to the decision and related order in Ranbaxy Labs. v.Leavitt, No. 05-1838 (D.D.C. April 30, 2006). The '481 and '520 patents remained listed in Approved Drug Products with Therapeutic Equivalence Evaluations until any applicable periods of exclusivity pursuant to section 505(j)(5)(B)(iv) of the Federal Food, Drug, and Cosmetic Act were triggered and run. For additional information on this matter, please refer to Docket Nos. 2005P-0008 and 2005P-0046. Patents were subsequently delisted in the December 2006 Orange Book update as the exclusivity periods have triggered and run to expiration.

View a list of all patent use codes
View a list of all exclusivity codes

Return to Electronic Orange Book Home Page

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support

Update Frequency:
    Orange Book Data - **Monthly**
    Generic Drug Product Information & Patent Information - **Daily**
    Orange Book Data Updated Through August, 2007
    Patent and Generic Drug Product Data Last Updated: September 19, 2007