

# MS Contin is Unequalled...

Unequalled Bioavailability...
Unequalled Effectiveness...
Unequalled Experience...
MS Contin® CII
(morphine sulfate 30 mg controlled-release) tablets

Trial Exhibit
Purdue et al v. Endo et al.
Nos. 00 Civ. 8029 (SHS);
01 Civ. 2109 (SHS); 01 Civ. 8177 (SHS)
DX 3260

Deposition Exhibit
Purdue et al. v. Endo et al
Nos. 00 Civ. 8029 (SHS);
01 Civ. 2109 (SHS); 01 Civ. 8177 (SHS)
DX 694

P 041765

6/19/02

# Unequalled Bioavailability...

- MS Contin has superior 12-hour bioavailability:

## MS Contin is 27% more bioavailable than Roxanol SR.

**Bioavailability:**

"The extent to which a drug reaches its site of action or a biological fluid from which the drug has access to its site of action."

*Bioavailability (0-12 hr) of MS Contin 30 mg Tablets vs. Roxanol SR 30 mg Tablets as determined by plasma drug levels in a crossover study in 18 normal volunteers†*

MS Contin Tablets

Roxanol SR Tablets

0 50 100 150

AUC (0-12 hr; ng/ml × hr)

*Important Note:* While there is an indirect relationship between plasma morphine levels and analgesia, higher plasma levels are generally associated with superior relief of pain, as demonstrated in the literature. There is a lag time or hysteresis between the time of peak plasma morphine levels and the time of peak drug effects."

# 12-Hour MS Contin...

# MS Contin® (morphine sulfate 30 mg controlled-release) tablets CII

- **No other morphine product is bioequivalent to MS Contin.**
- **MS Contin and Roxanol SR are not bioequivalent, therefore, Roxanol SR is not therapeutically interchangeable with MS Contin.**[†,††]
- **MS Contin reaches a significantly higher peak concentration, for more effective analgesia.**

## Bioequivalence:

*"They [pharmaceutical formulations] are said to be biologically equivalent if they yield similar concentrations of drug in blood and tissues...Pharmaceutical preparations that are chemically equivalent but not biologically or therapeutically equivalent are said to differ in their bioavailability."*

[illegible]

The three criteria for bioequivalency are comparable...

1. bioavailability (calculated from area under the time-concentration-curve)
2. time to peak plasma concentration
3. peak concentration

**Results of Comparative Study**[†]

| | MS Contin (2 × 30 mg) | Roxanol SR (2 × 30 mg) |
|---|---|---|
| AUC | 147 (0-12 hr; ng/ml × hr) | 116 |
| $T_{max}$ (hrs) | 2.7 | 2.2 |
| $C_{max}$ (ng/ml) | 29 | 17 |

Time to Peak Concentration ($T_{max}$)[†]

MS Contin
Roxanol SR
0 1 2 3

Peak Concentration ($C_{max}$)[†]

MS Contin
Roxanol SR
0 10 20 30

[illegible]

# Proven Against Cancer Pain

P 041767

# Unequalled Effectiveness...

## What is the effective analgesic level of oral morphine?

A careful review of the literature[a-h] indicates the complexity of defining effective analgesic plasma morphine levels. However, there is generally a "Minimally Effective Analgesic Concentration" (MEAC) of plasma morphine below which no analgesia is provided (see Chart below).

Minimally Effective Analgesic Concentrations (MEAC) of Morphine

# 12-Hour MS Contin...



# MS Contin® (morphine sulfate 30 mg controlled-release) tablets Ⓒ II

- *MS Contin achieves significantly higher analgesic concentrations.*[†,††]
- *MS Contin maintains plasma levels above the minimally effective analgesic concentration (MEAC) significantly longer.*

*Plasma morphine concentration (mean ± SE) following equal doses of MS Contin and Roxanol SR*[†]

*Important Notes: While qualitative differences between morphine formulations are unlikely to vary among subject groups, the absolute magnitude of plasma morphine levels and pharmacokinetic parameters observed here in young normal subjects are likely to be different from those in older subjects and in patients with advanced disease. For example, the apparent plasma morphine elimination half-life can be expected to be prolonged in such patients.*

*Additionally, there is a lag time, or hysteresis, between the time of peak plasma morphine levels and the time of peak drug effects.*[†††]

# Proven Against Cancer Pain

P 041769

# Unequalled Experience...

- Extensive published clinical documentation that supports 12-hour efficacy and safety[1-14]
- Over 6 years' proven clinical experience with over a half-million prescriptions[†]
- MS Contin has a clinically documented safety profile:

  In over 95% of patients, side effects were fewer or equal to pre-study analgesic[15-17]

Percent of patients experiencing fewer or equal side effects[15-17]

**Study #1: Memorial Sloan-Kettering Cancer Center**

55% of patients experienced fewer side effects
21% of patients experienced equal side effects

**Study #2: New York University School of Medicine**

94% of patients experienced fewer side effects
6% of patients experienced equal side effects

**Study #3: Bowman Gray School of Medicine**

52% of patients experienced fewer side effects
48% of patients experienced equal side effects

[illegible]

## 12-Hour MS Contin...

# MS Contin® (morphine sulfate 30 mg controlled-release) tablets CII

- **MS Contin is the subject of two international symposia on pain control.[18-19]**
- **Safety and efficacy demonstrated at prestigious cancer treatment centers in over 1200 study patients.**
- **Professional educational support:**
  Speakers' Bureau; Educational Slides and Videotapes, including "Cancer Pain Management" Chaired by Dr. Kathleen M. Foley of Memorial Sloan-Kettering Cancer Center.
- **MS Contin Tablets are small, round and film coated.**
  Their distinctive lavender color makes them easy to recognize and identify. Their small size (less than half that of Roxanol SR) makes them easy to swallow.

Easy to take
Easy to Identify
(ACTUAL SIZE)

## Proven Against Cancer Pain

P 041771

# MS Contin® is Unequalled...

## The *only* 12-hour oral narcotic analgesic proven against cancer pain.

- Superior 12-hour bioavailability – 27% more bioavailable than Roxanol SR.
- No other morphine product is bioequivalent to MS Contin; therefore, none is therapeutically interchangeable.
- Achieves a *significantly higher* peak concentration – for more effective analgesia.
- Maintains plasma morphine levels above the minimally effective analgesic concentration (MEAC) *significantly longer* – for effective pain relief.
- Published clinical documentation of superior or equal efficacy compared to immediate-release morphine and other oral opioid analgesics.
- Proven safety profile – published clinical documentation shows fewer side effects than previous analgesic (Hydromorphone, Methadone, Oxycodone, Codeine, Meperidine).

Also available

**MSIR™** Useful in starting patients on morphine or for treating breakthrough or incident pain.

(morphine sulfate) 15 mg and 30 mg Immediate-Release Tablets CII

# 12-hour MS Contin® CII

(morphine sulfate 30 mg controlled-release) tablets

**Proven Against Cancer Pain**

For Prescribing Information Please See Accompanying Professional Literature

Purdue Frederick Copyright 1986, 1987, The Purdue Frederick Company, Norwalk, CT 06856 87143 PM28

P 041772

[illegible]

Neonates whose mothers received opioid analgesics during labor should be observed closely for signs of respiratory depression. A specific narcotic antagonist, naloxone, should be available for reversal of narcotic-induced respiratory depression in the neonate.

*Nursing Mothers*

Low levels of morphine have been detected in the breast milk. Withdrawal symptoms can occur in breast-feeding infants when maternal administration of morphine sulfate is stopped. Ordinarily, nursing should not be undertaken while a patient is receiving MS CONTIN since morphine may be excreted in the milk.

*Pediatric Use*

MS CONTIN has not been evaluated systematically in children.

**ADVERSE REACTIONS:**

The adverse reactions caused by morphine are essentially those observed with other opioid analgesics. They include the following major hazards: respiratory depression, apnea, and to a lesser degree, circulatory depression; respiratory arrest, shock and cardiac arrest.

*Most Frequently Observed*

Constipation, lightheadedness, dizziness, sedation, nausea, vomiting, sweating, dysphoria and euphoria.

Some of these effects seem to be more prominent in ambulatory patients and in those not experiencing severe pain. Some adverse reactions in ambulatory patients may be alleviated if the patient lies down.

*Less Frequently Observed Reactions*

*Central Nervous System:* Weakness, headache, agitation, tremor, uncoordinated muscle movements, seizure, alterations of mood (nervousness, apprehension, depression, floating feelings), dreams, muscle rigidity, transient hallucinations and disorientation, visual disturbances, insomnia and increased intracranial pressure.

*Gastrointestinal:* Dry mouth, constipation, biliary tract spasm, laryngospasm, anorexia, diarrhea, cramps and taste alterations.

*Cardiovascular:* Flushing of the face, chills, tachycardia, bradycardia, palpitation, faintness, syncope, hypotension and hypertension.

*Genitourinary:* Urine retention or hesitancy, reduced libido and/or potency.

*Dermatologic:* Pruritus, urticaria, other skin rashes, edema and diaphoresis.

*Other:* Antidiuretic effect, paresthesia, muscle tremor, blurred vision, nystagmus, diplopia and miosis.

**DRUG ABUSE AND DEPENDENCE:**

Opioid analgesics may cause psychological and physical dependence (see WARNINGS). Physical dependence results in withdrawal symptoms in patients who abruptly discontinue the drug or may be precipitated through the administration of drugs with narcotic antagonist activity, e.g., naloxone or mixed agonist/antagonist analgesics (pentazocine, etc.; See also OVERDOSAGE). Physical dependence usually does not occur to a clinically significant degree until after several weeks of continued narcotic usage. [illegible]

[illegible]

**OVERDOSAGE:**

[illegible]

[illegible] administered. Use of a narcotic antagonist in such a person should be avoided. If necessary to treat serious respiratory depression in the physically dependent patient, the antagonist should be administered with extreme care and by titration with smaller than usual doses of the antagonist.

Supportive measures (including oxygen, vasopressors) should be employed in the management of circulatory shock and pulmonary edema accompanying overdose as indicated. Cardiac arrest or arrhythmias may require cardiac massage or defibrillation.

**DOSAGE AND ADMINISTRATION:**

(See also CLINICAL PHARMACOLOGY, WARNINGS and PRECAUTIONS sections)

MS CONTIN TABLETS ARE TO BE TAKEN WHOLE, AND ARE NOT TO BE BROKEN, CHEWED OR CRUSHED.

TAKING BROKEN, CHEWED OR CRUSHED MS CONTIN TABLETS COULD LEAD TO THE RAPID RELEASE AND ABSORPTION OF A POTENTIALLY TOXIC DOSE OF MORPHINE.

MS CONTIN is intended for use in patients who require more than several days continuous treatment with a potent opioid analgesic. The controlled-release nature of the formulation allows it to be administered on a more convenient schedule than conventional immediate-release oral morphine products. (See CLINICAL PHARMACOLOGY: "Metabolism and Pharmacokinetics.") However, MS CONTIN does not release morphine continuously over the course of a dosing interval. The administration of single doses of MS CONTIN on a q12h dosing schedule will result in higher peak and lower trough plasma levels than those that occur when an identical daily dose of morphine is administered using conventional oral formulations on a q4h regimen. The clinical significance of greater fluctuations in morphine plasma level has not been systematically evaluated.

As with any potent opioid drug product, it is critical to adjust the dosing regimen for each patient individually, taking into account the patient's prior analgesic treatment experience. Although it is clearly impossible to enumerate every consideration that is important to the selection of initial dose and dosing interval of MS CONTIN, attention should be given to 1) the daily dose, potency and precise characteristics of the opioid the patient has been taking previously (e.g., whether it is a pure agonist or mixed agonist/antagonist), 2) the reliability of the relative potency estimate used to calculate the dose of morphine needed (N.B. potency estimates may vary with the route of administration), 3) the degree of opioid tolerance, if any, and 4) the general condition and medical status of the patient.

The following dosing recommendations, therefore, can only be considered suggested approaches to what is actually a series of clinical decisions in the management of the pain of an individual patient.

*Conversion from Conventional Oral Morphine to MS CONTIN*

A patient's daily morphine requirement is established using immediate-release oral morphine (dosing every 4 to 6 hours). The patient is then converted to MS CONTIN in either of two ways: 1) by administering one-half of the patient's 24-hour requirement as MS CONTIN on an every 12-hour schedule; or, 2) by administering one-third of the patient's daily requirement as MS CONTIN on an every eight hour schedule. With either method, dose and dosing interval is then adjusted as needed (see discussion below). The 15 mg tablet should be used for initial conversion for patients whose total daily requirement is expected to be less than 60 mg. The 30 mg tablet strength is recommended for patients with a daily morphine requirement of 60 to 120 mg. When the total daily dose is expected to be greater than 120 mg, the appropriate combination of tablet strengths should be employed.

*Conversion from Parenteral Morphine or Other Opioids (Parenteral or Oral) to MS CONTIN*

MS CONTIN can be administered as the initial oral morphine drug product; in this case, however, particular care must be exercised in the conversion process. Because of uncertainty about, and intersubject variation in, relative estimates of opioid potency and cross tolerance, initial dosing regimens should be conservative; that is, an underestimation of the 24-hour oral morphine requirement is preferred to an overestimate. To this end, initial individual doses of MS CONTIN should be estimated conservatively. In patients whose daily morphine requirements are expected to be less than or equal to 120 mg per day, the 30 mg tablet strength is recommended for the initial titration period. Once a stable dose regimen is reached, the patient can be converted to the 60 mg or 100 mg tablet strength, or appropriate combination of tablet strengths, if desired.

Estimates of the relative potency of opioids are only approximate and are influenced by route of administration, individual patient differences, and possibly, by an individual's medical condition. Consequently, it is difficult to recommend any fixed rule for converting a patient to MS CONTIN directly. The following general points should be considered, however.

1. *Parenteral to oral morphine ratio:* Estimates of the oral to parenteral potency of morphine vary. Some authorities suggest that a dose of oral morphine only three times the daily parenteral morphine requirement may be sufficient in chronic use settings.

2. *Other parenteral or oral opioids to oral morphine:* Because there is lack of systematic evidence bearing on these types of analgesic substitutions, specific recommendations are not possible. Physicians are advised to refer to published relative potency data, keeping in mind that such ratios are only approximate. In general, it is safer to underestimate the daily dose of MS CONTIN required and rely upon ad hoc supplementation to deal with inadequate analgesia. (See discussion which follows.)

*Use of MS CONTIN as the first opioid analgesic*

There has been no systematic evaluation of MS CONTIN as an initial opioid analgesic in the management of pain. Because it may be more difficult to titrate a patient using a controlled-release morphine, it is ordinarily advisable to begin treatment using an immediate-release formulation.

*Considerations in the Adjustment of Dosing Regimens*

Whatever the approach, if signs of excessive opioid effects are observed early in a dosing interval, the next dose should be reduced. If this adjustment leads to inadequate analgesia, that is, "breakthrough" pain occurs late in the dosing interval, the dosing interval may be shortened. Alternatively, a supplemental dose of a short-acting analgesic may be given. As experience is gained, adjustments can be made to obtain an appropriate balance between pain relief, opioid side effects, and the convenience of the dosing schedule.

In adjusting dosing requirements, it is recommended that the dosing interval never be extended beyond 12 hours because the administration of very large single doses may lead to acute overdose. (N.B. MS CONTIN is a controlled-release formulation; it does not release morphine continu-

[illegible] should be used.

*Conversion from MS CONTIN to parenteral opioids:* When converting a patient from MS CONTIN to parenteral opioids, it is best to assume that the parenteral to oral potency is high. NOTE THAT THIS IS THE CONVERSE OF THE STRATEGY USED WHEN THE DIRECTION OF CONVERSION IS FROM THE PARENTERAL TO ORAL FORMULATIONS. IN BOTH CASES, HOWEVER, THE AIM IS TO ESTIMATE THE NEW DOSE CONSERVATIVELY. [illegible]

**HOW SUPPLIED:**

NDC 0034-0514-10 MS CONTIN (morphine sulfate controlled-release tablets) 15 mg are supplied in opaque plastic bottles containing 100 tablets.

NDC 0034-0514-50 MS CONTIN (morphine sulfate controlled-release tablets) 15 mg are supplied in opaque plastic bottles containing 500 tablets.

NDC 0034-0514-25 MS CONTIN (morphine sulfate controlled-release tablets) 15 mg are supplied in unit dose packaging with 25 individually numbered tablets per card (numbered in descending order for easier counting) and shrink-wrapped in inner packs of 100 tablets (4 cards of 25 tablets per card). One shipper contains 300 tablets (3 inner packs of 100 tablets each). Each individual tablet-unit is labeled "MS CONTIN CR, 15 mg."

NDC 0034-0515-[illegible] MS CONTIN (morphine sulfate controlled-release tablets) 30 mg are supplied in opaque plastic bottles containing [illegible] tablets.

NDC 0034-0515-10 MS CONTIN (morphine sulfate controlled-release tablets) 30 mg are supplied in opaque plastic bottles containing 100 tablets.

NDC 0034-0515-[illegible] MS CONTIN (morphine sulfate controlled-release tablets) 30 mg are supplied in opaque plastic bottles containing 250 tablets.

NDC 0034-0515-50 MS CONTIN (morphine sulfate controlled-release tablets) 30 mg are supplied in opaque plastic bottles containing 500 tablets.

NDC 0034-0515-25 MS CONTIN (morphine sulfate controlled-release tablets) 30 mg are supplied in unit dose packaging with 25 individually numbered tablets per card [illegible] "MS CONTIN CR 30 mg."

NDC 0034-0516-10 MS CONTIN (morphine sulfate controlled-release tablets) 60 mg are supplied in opaque plastic bottles containing 100 tablets.

NDC 0034-0516-50 MS CONTIN (morphine sulfate controlled-release tablets) 60 mg are supplied in opaque plastic bottles containing 500 tablets.

NDC 0034-0516-25 MS CONTIN (morphine sulfate controlled-release tablets) 60 mg are supplied in unit dose packaging with 25 individually numbered tablets per card [illegible] "MS CONTIN CR 60 mg."

NDC 0034-0517-10 MS CONTIN (morphine sulfate controlled-release tablets) 100 mg are supplied in opaque plastic bottles containing 100 tablets.

NDC 0034-0517-50 MS CONTIN (morphine sulfate controlled-release tablets) 100 mg are supplied in opaque plastic bottles containing 500 tablets.

NDC 0034-0517-25 MS CONTIN (morphine sulfate controlled-release tablets) 100 mg are supplied in unit dose packaging with 25 individually numbered tablets per card [illegible] "MS CONTIN CR 100 mg."

*15 mg* Each round, [illegible] colored tablet bears the symbol PF on one side and M15 on the other side.

*30 mg* Each round, [illegible] colored tablet bears the symbol PF on one side and M30 on the other side.

*60 mg* Each round, orange colored tablet bears the symbol PF on one side and M60 on the other side.

*100 mg* Each round, [illegible] colored tablet bears the symbol PF on one side and 100 on the other side.

Store tablets at controlled room temperature 15-30°C [illegible]

Dispense in tight, light-resistant container.

CAUTION:
DEA Order Form Required.

Federal law prohibits dispensing without prescription.

THE PURDUE FREDERICK COMPANY
NORWALK, CT [illegible]

Copyright 1987, 1991, The Purdue Frederick Company
U.S. Patent Numbers [illegible]

September [illegible], 1991

[illegible]

P 041773

**MS CONTIN® 30 mg Tablets**
**MS CONTIN® 60 mg Tablets**
**MS CONTIN® 100 mg Tablets**
**Morphine Sulfate**
**Controlled-Release** (CII)

WARNING: May be habit forming.

E3220

DESCRIPTION:

Chemically, morphine sulfate is 7,8-didehydro-4,5α-epoxy-17-methylmorphinan-3,6α-diol sulfate (2:1) (salt) pentahydrate and has the following structural formula:

[illegible structural formula] $\cdot H_2SO_4 \cdot 5H_2O$

Each MS CONTIN 15 mg Controlled-Release Tablet contains: 15 mg Morphine Sulfate U.S.P. Inactive ingredients: Cetostearyl Alcohol, FD&C Blue No. 2, Hydroxyethyl Cellulose, Hydroxypropyl Methylcellulose, Lactose, Magnesium Stearate, Talc, Titanium Dioxide and other ingredients.

Each MS CONTIN 30 mg Controlled-Release Tablet contains: 30 mg Morphine Sulfate U.S.P. Inactive ingredients: Cetostearyl Alcohol, D&C Red No. 7, FD&C Blue No. 1, Hydroxyethyl Cellulose, Hydroxypropyl Methylcellulose, Lactose, Magnesium Stearate, Talc, Titanium Dioxide and other ingredients.

Each MS CONTIN 60 mg Controlled-Release Tablet contains: 60 mg Morphine Sulfate U.S.P. Inactive ingredients: Cetostearyl Alcohol, D&C Red No. 30, D&C Yellow No. 10, Hydroxyethyl Cellulose, Hydroxypropyl Methylcellulose, Lactose, Magnesium Stearate, Talc, Titanium Dioxide and other ingredients.

Each MS CONTIN 100 mg Controlled-Release Tablet contains: 100 mg Morphine Sulfate U.S.P. Inactive ingredients: Cetostearyl Alcohol, Hydroxyethyl Cellulose, Hydroxypropyl Methylcellulose, Magnesium Stearate, Synthetic Black Iron Oxide, Talc, Titanium Dioxide and other ingredients.

CLINICAL PHARMACOLOGY:

*Metabolism and Pharmacokinetics*

MS CONTIN is a controlled-release tablet containing morphine sulfate. Following oral administration of a given dose of morphine, the amount ultimately absorbed is essentially the same whether the source is MS CONTIN or a conventional formulation. Morphine is released from MS CONTIN somewhat more slowly than from conventional oral preparations. Because of pre-systemic elimination (i.e., metabolism in the gut wall and liver) only about 40% of the administered dose reaches the central compartment.

Once absorbed, morphine is distributed to skeletal muscle, kidneys, liver, intestinal tract, lungs, spleen and brain. Morphine also crosses the placental membranes and has been found in breast milk.

Although a small fraction (less than 5%) of morphine is demethylated, for all practical purposes, virtually all morphine is converted to glucuronide metabolites. Among these, morphine-3-glucuronide is present in the highest plasma concentration following oral administration.

The glucuronide system has a very high capacity and is not easily saturated even in disease. Therefore, rate of delivery of morphine to the gut and liver should not influence the total and, probably, the relative quantities of the various metabolites formed. Moreover, even if rate affected the relative amounts of each metabolite formed, it should be unimportant clinically because morphine's metabolites are ordinarily inactive.

The following pharmacokinetic parameters show considerable inter-subject variation but are representative of average values reported in the literature. The volume of distribution (Vd) for morphine is 4 liters per kilogram, and its terminal elimination half-life is normally 2 to 4 hours.

Following the administration of conventional oral morphine products, approximately fifty percent of the morphine that will reach the central compartment intact reaches it within 30 minutes. Following the administration of an equal amount of MS CONTIN to normal volunteers, however, this extent of absorption occurs, on average, after 1.5 hours.

The possible effect of food upon the systemic bioavailability of MS CONTIN has not been evaluated.

Variation in the physical/mechanical properties of a formulation of an oral morphine drug product can affect both its absolute bioavailability and its absorption rate constant ($k_a$). The formulation employed in MS CONTIN has not been shown to affect morphine's oral bioavailability, but does decrease its apparent $k_a$. [illegible]

[illegible]

[illegible] is a potential advantage; a reduced fluctuation in morphine concentration during the dosing interval should keep morphine blood levels more centered within the theoretical "therapeutic window." (Fluctuation for a dosing interval is defined as [Cmax-Cmin]/[Css-average].) On the other hand, the degree of fluctuation in serum morphine concentration might conceivably affect other phenomena. For example, reduced fluctuations in blood morphine concentrations might influence the rate of tolerance induction.

The elimination of morphine occurs primarily as renal excretion of 3-morphine glucuronide. A small amount of the glucuronide conjugate is excreted in the bile, and there is some minor enterohepatic recycling. Because morphine is primarily metabolized to inactive metabolites, the effects of renal disease on morphine's elimination are not likely to be pronounced. However, as with any drug, caution should be taken to guard against unanticipated accumulation if renal and/or hepatic function is seriously impaired.

PHARMACODYNAMICS:

The effects described below are common to all morphine-containing products.

*Central Nervous System*

The principal actions of therapeutic value of morphine are analgesia and sedation (i.e., sleepiness and anxiolysis).

The precise mechanism of the analgesic action is unknown. However, specific CNS opiate receptors and endogenous compounds with morphine-like activity have been identified throughout the brain and spinal cord and are likely to play a role in the expression of analgesic effects.

Morphine produces respiratory depression by direct action on brain stem respiratory centers. The mechanism of respiratory depression involves a reduction in the responsiveness of the brain stem respiratory centers to increases in carbon dioxide tension, and to electrical stimulation.

Morphine depresses the cough reflex by direct effect on the cough center in the medulla. Antitussive effects may occur with doses lower than those usually required for analgesia.

Morphine causes miosis, even in total darkness. Pinpoint pupils are a sign of narcotic overdose but are not pathognomonic (e.g., pontine lesions of hemorrhagic or ischemic origin may produce similar findings). Marked mydriasis rather than miosis may be seen with worsening hypoxia.

*Gastrointestinal Tract and Other Smooth Muscle*

Gastric, biliary and pancreatic secretions are decreased by morphine. Morphine causes a reduction in motility associated with an increase in tone in the antrum of the stomach and duodenum. Digestion of food in the small intestine is delayed and propulsive contractions are decreased. Propulsive peristaltic waves in the colon are decreased, while tone is increased to the point of spasm. The end result is constipation. Morphine can cause a marked increase in biliary tract pressure as a result of spasm of sphincter of Oddi.

*Cardiovascular System*

Morphine produces peripheral vasodilation which may result in orthostatic hypotension. Release of histamine can occur and may contribute to opioid-induced hypotension. Manifestations of histamine release and/or peripheral vasodilation may include pruritus, flushing, red eyes and sweating.

INDICATIONS AND USAGE:

MS CONTIN is a controlled-release oral morphine formulation indicated for the relief of moderate to severe pain. It is intended for use in patients who require repeated dosing with potent opioid analgesics over periods of more than a few days.

CONTRAINDICATIONS:

MS CONTIN is contraindicated in patients with known hypersensitivity to the drug, in patients with respiratory depression in the absence of resuscitative equipment, and in patients with acute or severe bronchial asthma.

MS CONTIN is contraindicated in any patient who has or is suspected of having a paralytic ileus.

WARNINGS: (See also: CLINICAL PHARMACOLOGY)

*Impaired Respiration*

Respiratory depression is the chief hazard of all morphine preparations. Respiratory depression occurs most frequently in the elderly and debilitated patients as well as in those suffering from conditions accompanied by hypoxia or hypercapnia when even moderate therapeutic doses may dangerously decrease pulmonary ventilation.

Morphine should be used with extreme caution in patients with chronic obstructive pulmonary disease or cor pulmonale, and in patients having a substantially decreased respiratory reserve, hypoxia, hypercapnia, or pre-existing respiratory depression. In such patients, even usual therapeutic doses of morphine may decrease respiratory drive while simultaneously increasing airway resistance to the point of apnea.

*Head Injury and Increased Intracranial Pressure*

The respiratory depressant effects of morphine with carbon dioxide retention and secondary elevation of cerebrospinal fluid pressure may be markedly exaggerated in the presence of head injury, other intracranial lesions, or pre-existing increase in intracranial pressure. Morphine produces effects which may obscure neurologic signs of further increases in pressure in patients with head injuries.

*Hypotensive Effect*

MS CONTIN, like all opioid analgesics, may cause severe hypotension in an individual whose ability to maintain his blood pressure has already been compromised by a depleted blood volume, or a concurrent administration of drugs such as phenothiazines or general anesthetics. (See also PRECAUTIONS, Drug Interactions.) MS CONTIN may produce orthostatic hypotension in ambulatory patients.

MS CONTIN, like all opioid analgesics, should be administered with caution to patients in circulatory shock, since vasodilation produced by the drug may further reduce cardiac output and blood pressure.

*Interactions with other CNS Depressants*

MS CONTIN, like all opioid analgesics, should be used with great caution and in reduced dosage in patients who are concurrently receiving other central nervous system depressants including sedatives or hypnotics, general anesthetics, phenothiazines, other tranquilizers and alcohol because respiratory depression, hypotension and profound sedation or coma may result.

*Interactions with Mixed Agonist/Antagonist Opioid Analgesics*

From a theoretical perspective, agonist/antagonist analgesics (i.e., [illegible], nalbuphine, butorphanol and buprenorphine) should NOT be administered to a patient who has received or is receiving a course of therapy with a pure opioid agonist analgesic. In these patients, mixed agonist/antagonist analgesics may reduce the analgesic effect or may precipitate withdrawal symptoms.

*Drug Dependence*

Morphine can produce drug dependence and has a potential for being abused. Tolerance as well as psychological and physical dependence may develop upon repeated administration. Physical dependence, however, is not of paramount importance in the management of terminally ill patients or any patients in severe pain. Abrupt cessation or a sudden reduction in dose after prolonged use may result in withdrawal symptoms. After prolonged exposure to opioid analgesics, if withdrawal is necessary, it must be undertaken gradually. (See DRUG ABUSE AND DEPENDENCE.)

Infants born to mothers physically dependent on opioid analgesics may also be physically dependent and exhibit respiratory depression and withdrawal symptoms. (See DRUG ABUSE AND DEPENDENCE.)

PRECAUTIONS: (See also: CLINICAL PHARMACOLOGY)

*General*

MS CONTIN is intended for use in patients who require more than several days continuous treatment with a potent opioid analgesic. The controlled-release nature of the formulation allows it to be administered on a more convenient schedule than conventional immediate-release oral morphine products. (See CLINICAL PHARMACOLOGY: "Metabolism and Pharmacokinetics".) However, MS CONTIN does not release morphine continuously over the course of a dosing interval. The administration of single doses of MS CONTIN on a q12 hour dosing schedule will result in higher peak and lower trough plasma levels than those that occur when an identical daily dose of morphine is administered using conventional oral formulations on a q4h regimen. The clinical significance of greater fluctuations in morphine plasma level has not been systematically evaluated. (See DOSAGE and ADMINISTRATION.)

As with any potent opioid, it is critical to adjust the dosing regimen for each patient individually, taking into account the patient's prior analgesic treatment experience. Although it is clearly impossible to enumerate every consideration that is important to the selection of the initial dose and dosing interval of MS CONTIN, attention should be given to 1) the daily dose, potency, and characteristics of the opioid the patient has been taking previously (e.g., whether it is a pure agonist or mixed agonist-antagonist), 2) the reliability of the relative potency estimate used to calculate the dose of morphine needed (N.B. potency estimates may vary with the route of administration), 3) the degree of opioid tolerance, if any, and 4) the general condition and medical status of the patient.

Selection of patients for treatment with MS CONTIN should be governed by the same principles that apply to the use of morphine or other potent opioid analgesics. [illegible]

The administration of morphine, like all opioid analgesics, may obscure the diagnosis or clinical course in patients with acute abdominal conditions.

Morphine may aggravate pre-existing convulsions in patients with convulsive disorders. Morphine should be used with caution in patients about to undergo surgery of the biliary tract since it may cause spasm of the sphincter of Oddi. Similarly, morphine should be used with caution in patients with acute pancreatitis secondary to biliary tract disease.

*Information for Patients*

If clinically advisable, patients receiving MS CONTIN should be given the following instructions by the physician:

1. Morphine may produce psychological and/or physical dependence. For this reason, the dose of the drug should not be adjusted without consulting a physician.
2. Morphine may impair mental and/or physical ability required for the performance of potentially hazardous tasks (e.g., driving, operating machinery).
3. Morphine should not be taken with alcohol or other CNS depressants (sleep aids, tranquilizers) because additive effects including CNS depression may occur. A physician should be consulted if other prescription medications are currently being used or are prescribed for future use.
4. For women of childbearing potential who become or are planning to become pregnant, a physician should be consulted regarding analgesics and other drug use.

*Drug Interactions* (See WARNINGS)

The concomitant use of other central nervous system depressants including sedatives or hypnotics, general anesthetics, phenothiazines, tranquilizers and alcohol may produce additive depressant effects. Respiratory depression, hypotension and profound sedation or coma may occur. When such combined therapy is contemplated, the dose of one or both agents should be reduced. Opioid analgesics, including MS CONTIN, may enhance the neuromuscular blocking action of skeletal muscle relaxants and produce an increased degree of respiratory depression.

*Carcinogenicity/Mutagenicity/Impairment of Fertility*

Studies of morphine sulfate in animals to evaluate the drug's carcinogenic and mutagenic potential or the effect on fertility have not been conducted.

*Pregnancy*

Teratogenic effects: CATEGORY C. [illegible]

MS CONTIN should be used in pregnant women only when clearly needed. (See also: PRECAUTIONS: Labor and Delivery, and DRUG ABUSE AND DEPENDENCE.)

Nonteratogenic effects: Infants born from mothers who have been taking morphine chronically may exhibit withdrawal symptoms.

*Labor and Delivery*

MS CONTIN is not recommended for use in women during and immediately prior to labor. [illegible]





AVERAGE SERUM CONCENTRATIONS OF MORPHINE FOR ROXANOL SR™ TABLETS AND MS CONTIN® TABLETS
Steady State (Multiple Dose) Study (30 mg every 12 hours x 7 doses)

Average Serum Concentration (ng/mL)
ROXANOL SR™ TABLETS, 30 mg
Manufactured by Roxane Laboratories.
Lot 870524
MS Contin® Tablets, 30 mg
Manufactured by Purdue Frederick.
Lot EC3
Time After Administration Dose (Hours)
Final Dose Administered at 72 Hours

Adapted from Abstracts of the 1988 American Society of Clinical Oncologists Meeting

# Multiple-dose randomized crossover trial demonstrates Roxanol SR and MS Contin are bioequivalent.

☐ Evaluations of standard pharmacokinetic parameters (AUC 79-96 hr, AUC 72-84 hr, Cmax and Cavg) showed less than 10% difference between the two sustained release morphine treatments.

☐ The investigators concluded that Roxanol SR is bioequivalent to MS Contin.

**More cost-effective than MS Contin**

☐ Roxanol SR offers greater cost containment benefits for hospitals.*

☐ Roxanol SR is a greater value for patients who need relief of chronic cancer pain.*

ROXANOL SR™ Tablets 30 mg

(Morphine Sulfate Sustained Release Tablets)

WARNING: May be habit forming.

## Dosing and Administration

The patients should first be stabilized on Roxanol Concentrated Oral Solution. Convert to Roxanol SR by dividing the total daily Roxanol requirement (in milligrams) by three and administering as Roxanol SR Tablets every eight hours. The dose and dosage schedule can be adjusted for greater flexibility according to severity of pain as well as for the patient's underlying disease, age, and size.

Tablets must be swallowed whole...not broken, crushed, or chewed. Tablets have a methyl cellulose coating for easier swallowing.

**ROXANOL SR**

**(Morphine Sulfate Sustained Release Tablets)**

Roxane Laboratories, Inc.
Columbus, Ohio

P 041776