# Memo

PLAINTIFFS' TRIAL EXHIBIT
00 Civ. 8029 (SHS)
01 Civ. 2109 (SHS)
01 Civ. 8117 (SHS)
**PTX 498**

to: Dr. T. Krishnamurphy
cc: Dr. T.M. Ast
    Mr. M. Levy

from: Mr. B. Oshlack

dept: Pharmaceutical
Development

subject: **Codeine Contin**

date: October 13, 1987

As per your request, the following is a brief summary of the developmental work for the above product.

The initial concept was to develop a controlled release tablet of Codeine Phosphate 80mg (equivalent to 60mg codeine alkaloid), to be used for a twice daily dosage. It was decided to use the patented contin system as the mechanism for the controlled release delivery. This system uses the combination of a cellulose and a higher aliphatic alcohol as the retarding mechanism within the matrix tablet.

An initial tablet formula was developed using quantities of cellulose and higher aliphatic alcohol that have been seen to be effective in retarding some other drug molecules in matrix tablets.

This first formula was as follows:

C 33/4

| | mg Per Tablet |
|---|---|
| Codeine Phosphate | 80.0mg |
| Lactose | 20.0mg |
| Hydroxyethylcellulose | 8.0mg |
| Cetostearyl alcohol | 20.0mg |
| Talc | 2.5mg |
| Magnesium stearate | 1.3mg |
| | 131.8mg |

**Deposition Exhibit**
Purdue et al v Endo et al
Nos 00 Civ. 8029 (SHS),
01 Civ. 2109 (SHS), 01 Civ. 8177 (SHS)
**DX 1110**

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

87-344

**Purdue Frederick Research Center**
99-101 Saw Mill River Road, Yonkers, NY 10701 • Tele # (914) 968-6000 • Fax # (914) 968-6000 Ext. 603

P 569554

Page 2                                    October 13, 1987

The lactose was used as a dilutent and the talc and magnesium
stearate are lubricants.

Tablets were compressed and dissolution conducted in the USP
basket/apparatus 100 rpm in simulated gastric fluid for the
first hour and thereafter in simulated intestinal fluid.  All
subsequent dissolution testing was conductd under the same
conditions.

The dissolution was as follows:            532 (533) | 21

                                           % Codeine
                                           Dissolved

    Hours

    0.5                                       43.0
    1.0                                       58.3
    2.0                                       81.9
    3.0                                       95.8
    4.0                                      100.0
    5.0                                      100.0

Since the dissolution was so fast, it was thought that the
dissolution could be retarded further by:

    1.  Increasing the quantities of retarding materials
and
    2.  Using the less water soluble codeine alkaloid.

Hence, the following tablet formula was investigated:

                                                533 | 16

                                           mg/Tablet

Codeine alkaloid (anhydrous)                60.0mg
Lactose                                     20.0mg
Hydroxyethylcellulose                       12.0mg
Cetostearyl alcohol                         32.0mg
Talc                                         2.5mg
Magnesium stearate                           1.2mg
                                           127.7mg

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

87-344                                              P 569555

Page 3                                    October 13, 1987

5 3 3 | 1 9

Dissolution was as follows:

                                          % Codeine
    Hours                                 Dissolved

    0.5                                     27.7
    1.0                                     42.8
    2.0                                     59.3
    3.0                                     64.8
    4.0                                     66.2
    5.0                                     66.2

Since the dissolution of the first formula was too fast and the
dissolution of the second formula appeared to plateau at 4
hours and was too slow, it was decided to look into combining 50%
of each formula.



CONFIDENTIAL INFORMATION
Purdue v. Boehringer

P 569556

87-344

Page 4                                    October 13, 1987

Thus the tablet formula then became:

| | |
|---|---|
| Codeine Alkaloid (anhydrous) | 30.0mg |
| Codeine Phosphate | 40.0mg |
| Lactose | 20.0mg |
| Hydroxyethylcellulose | 10.0mg |
| Cetostearyl alcohol | 26.0mg |
| Talc | 2.5mg |
| Magnesium stearate | 1.3mg |
| | 129.8mg |

The dissolution of this tablet was as follows:

| Hours | % Codeine Dissolved |
|---|---|
| 0.5 | 29.0 |
| 1.0 | 46.8 |
| 2.0 | 67.5 |
| 3.0 | 78.7 |
| 4.0 | 88.3 |
| 5.0 | 93.8 |
| 6.0 | 95.0 |

A marketing decision was the made then made that the codeine content of the tablet should be reduced to the equivalent of 50mg codeine alkaloid anhydrous, and that the salt used should be codeine sulphate and not codeine phosphate.

Since the previous tablet still seemed to dissolve too fast, it was decided to include the following modifications:

1. Increase the quantity of cellulose.

2. To substitute the cetostearyl alcohol with the pure stearyl alcohol, which has a longer aliphatic chain than cetyl alcohol.  This would afford a slower dissolution and a harder

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

87-344                                              P 569557

Page 5                                    October 13, 1987

tablet, but the quantity of stearyl alcohol would probably
need to be reduced.  With all the above considerations, the
tablet formula developed was as follows:

573|c1

| Ingredient | mg/Tablet |
|---|---|
| Codeine Alkaloid (anhydrous) | 25.0mg |
| Codeine Sulphate | 31.5mg(equivalent to 25mg codeine alkaloid anhydrous) |
| Hydroxyethylcellulose | 12.0mg |
| Lactose | 31.5mg |
| Stearyl alcohol | 20.0mg |
| Talc | 2.4mg |
| Magnesium stearate | 1.2mg |
| | 123.6mg |

Dissolution

573|17

| Hours | % Dissolved |
|---|---|
| 1.0 | 36.0 |
| 2.0 | 52.1 |
| 3.0 | 64.7 |
| 4.0 | 73.4 |
| 6.0 | 89.0 |

This tablet was still considered to dissolve too fast.  A
Medical/Marketing decision was then made that the 50mg strength
would be too low, and it was decided that a 100mg codeine
alkaloid  anhydrous equivalent tablet would need to be made.

The previous tablet formula was thus investigated, using the
same granulate, but compressing the tablets at twice the weight.

573|14

87-344

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

Page 6                                    October 13, 1987

The tablet formula thus became:

                                              573/14

| Ingredient | mg/Tablet |
|---|---|
| Codeine Alkaloid (anhydrous) | 50.0mg |
| Codeine Sulphate | 63.0mg |
| Hydroxyethylcellulose | 24.0mg (approx. 10%) |
| Lactose | 63.0mg |
| Stearyl alcohol | 40.0mg (approx. 16%) |
| Talc | 4.8mg |
| Magnesium stearate | 2.4mg |
| | 247.2mg |

The dissolution of the tablets were as follows:

                                              573/14

| Hours | % Codeine Dissolved |
|---|---|
| 1.0 | 27.6 |
| 2.0 | 43.5 |
| 3.0 | 50.0 |
| 4.0 | 56.0 |
| 6.0 | 69.0 |
| Beyond six hours | Codeine still being dissolved, plateau not reached. |

This formula was thus thought to show the desired release rate,
however, lamination was seen during tabletting.  Many experiments
were subsequently conducted using various excipients to attempt
to overcome the problem of lamination.  Extra tablet binder was
needed, however, this had to be done without affecting the

87-344               CONFIDENTIAL INFORMATION        P 569559
                        Purdue v. Boehringer

Page 7                                    October 13, 1987

dissolution of the tablet.  A formula was finally developed using
a lactose filler.  Lactose has self binding properties. To com-
pensate the the extra binding of the lactose, without affecting
the dissolution, the amount of Hydroxyethylcellulose was reduced
from approximately 10% to 8%.  The quantity of stearyl alcohol
remained the same at 16% of the final tablet weight.


The formula thus became:

| Ingredient | mg/Tablet |
|---|---|
| Codeine Alkaloid USP | 52.5mg |
| | (50mg anhydrous equivalent) |
| Codeine Sulphate USP | 63.3mg |
| | (50mg anhydrous equivalent) |
| Lactose | 285.0mg |
| Hydroxyethylcellulose | 45.0mg (approx.  8%) |
| Stearyl alcohol | 90.0mg (approx. 16%) |
| Talc | 10.8mg |
| Magnesium Stearate | 5.4mg |
| | 552.0mg |

87-344

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

P 569560

Page 8                              October 13, 1987

The dissolution was as follows:

| Hour | % dissolved |
|---|---|
| 1.0 | 28.7 |
| 2.0 | 40.5 |
| 3.0 | 48.5 |
| 4.0 | 55.2 |
| 5.0 | 61.0 |
| 6.0 | 67.0 |
| Beyond six hours | Codeine still being dissolved plateau not yet reached. |

This dissolution profile was what was thought to be ideal, and there appeared to be no manufacturing problems.

Therefore several pilot batches were made to confirm reproducibility both of the manufacturing method and dissolution.

We investigated the dissolution beyond six hours, and also validated the use of water as the dissolution medium.  The dissolution was:

| Hour | % Codeine dissolved |
|---|---|
| 1.0 | 26.4 |
| 2.0 | 38.1 |
| 3.0 | 47.0 |
| 4.0 | 55.8 |
| 6.0 | 68.2 |
| 8.0 | 86.2 |
| 10.0 | 94.9 |

87-344

CONFIDENTIAL INFORMATION
Purdue v. Boehringer          P 569561

Page 9                                    October 13, 1987

A pilot bioavailability study was conducted in 17 dogs (study #
B-85-05).  The results are summarized in the attached graph.

This graph summarizes the mean data of a single dose administra-
tion of a codeine contin 100mg tablet and an immediate release
codeine phosphate tablet (this tablet on the graph is calculated
for dose adjustment to 100mg of codeine alkaloid anhydrous).
The dog study indicated the tablet might perform well as a twice
daily controlled release oral tablet.

Based on these results and since a reasonable amount of stability
data was established, a human bioavailability study was conduct-
ed, (study #8324-W see attached graph).  This graph summarizes
the mean data of a single dose administration of a codeine contin
100mg tablet and an immediate release codeine phosphate tablet
(graph of this tablet is calculated dose adjusted to 100mg of
codeine alkaloid anhydrous).

Since the human 14 subject bioavailability study indicated that
we may have designed a controlled twice daily codeine contin
tablet, it was thus decided to use this as our final formula.

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

P 569562

October 13, 1987

A marketing/medical decision was made that a 150mg and 200mg
tablet would also be necessary for dose flexability.

Since the codeine 100mg tablet was already large, a 150mg tablet
was made by adding in 50% extra codeine alkaloid and codeine
sulphate, and reducing the amount of lactose so that the final
tablet weight would be approximately the same.  This was done and
the final tablet had the same physical characteristics as the
codeine 100mg tablet.

The formula of the tablet core thus became:

| Ingredient | mg/tablet |
|---|---|
| Codeine monohydrate | 79.5 |
| Codeine sulphate trihydrate | 94.1 |
| Lactose | 230.0 |
| Hydroxyethyl cellulose | 45.0 |
| Stearyl alcohol | 90.0 |
| Talc | 10.0 |
| Magnesium stearate | 5.4 |
| | 554.0 mg |

The dissolution using the USP basket at 100 rpm in water was as
follows:

| Hour | % Codeine Dissolved |
|---|---|
| 1 | 18.9 |
| 2 | 30.5 |
| 3 | 40.4 |
| 4 | 49.0 |
| 6 | 63.6 |

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

P 569563

October 13, 1987

To develop a 200mg tablet, we used the 150mg granulate and compressed this into a 200mg dosage strength.

The formula thus became:

| Ingredient | Mg/tablet |
|---|---|
| Codeine Monohydrate | 106.0 |
| Codeine sulphate trihydrate | 125.4 |
| Lactose | 306.7 |
| Hydroxyethyl cellulose | 60.0 |
| Stearyl alcohol | 120.0 |
| Talc | 13.3 |
| Magnesium Stearate | 7.2 |
| | 738.6 |

The dissolution of the 200mg tablet using the USP basket apparatus at 100rpm in water was as follows:

| Hour | % Codeine Dissolved |
|---|---|
| 1 | 19.4 |
| 2 | 31.6 |
| 3 | 42.1 |
| 4 | 51.7 |
| 6 | 65.7 |

Since the dissolution of both the 150mg and 200mg tablet were similar to the 100mg tablet, batches of each strength were made, placed on stability, and a single dose bioavailability study was conducted, of the 100mg vs 150mg vs 200mg codeine tablet. This data is subsequently enclosed.

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

P 569564

Attachment 1.



CODEINE BLOOD LEVEL 14 PATIENT STUDY

STUDY NO. 8324-W

CODEINE ng/ml (Thousands)

TIME - HOURS

□ CODEINE CONTIN    + CODEINE LIQUID

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

P 569565

Attachment 2

CODEINE BLOOD LEVELS IN DOGS

STUDY # P-85-05

CODEINE SULPHATE 60 MG, LILLY
(DOSE ADJUSTED)

1 X CODEINE CONTIN 100 MG

TIME (HOURS)

CONFIDENTIAL INFORMATION
Purdue v. Boehringer

NG/ML
500
400
300
200
100     P 569566