# OXYCONTIN™ LAUNCH PLAN

**CONFIDENTIAL INFORMATION**
<u>Purdue</u> v. <u>Endo</u>

Michael A. Innaurato
Group Product Manager
September 27, 1995



Trial Exhibit
Purdue et al. v. Endo et al
Nos. 00 Civ. 8029 (SHS);
01 Civ. 2109 (SHS); 01 Civ. 8177 (SHS)
DX 3184

P 775169

Deposition Exhibit
Purdue et al. v. Endo et al.
Nos. 00 Civ. 8029 (SHS);
01 Civ. 2109 (SHS); 01 Civ. 8177 (SHS)
DX 707

- As soon as enough appropriate clinical studies are available for promotional claims, OxyContin will be launched into the chronic non-malignant pain market. The most common diagnoses for non-malignant pain are musculoskeletal pain, injury and trauma pain. The major competitors for these diagnoses will be oxycodone and hydrocodone combination products. OxyContin will be positioned as providing the equivalent efficacy and safety of oxycodone combinations, with the benefit of a q12h dosing schedule.

5.2  Principle Competition

5.21  Primary Competition

Long-acting opioids (MS CONTIN, Duragesic and Kadian) used for moderately severe to severe cancer pain (Step 3 of the W.H.O. analgesic ladder). Long-acting opioids used for moderately severe to severe cancer pain (Step 3 of the W.H.O. analgesic ladder).

5.22  Secondary Competition

Combination opioids (oxycodone, hydrocodone and codeine with APAP or ASA) used for moderate to moderately severe cancer pain (Step 2 of the W.H.O. ladder).

5.3  Communications Objective

To convince MDs to prescribe and RNs to recommend new OxyContin for opioid naive or opioid exposed patients with moderate to severe cancer pain instead of combination opioids, and thereby eliminate or delay the need for other long-acting opioids.

5.4  Selling Points

**"The One to Start With"**

- The logical "next step" for patients no longer tolerating or responding to nonopioids - conforms to the three-step WHO analgesic ladder

- The analgesic efficacy of immediate-release oxycodone - the ease of q12h dosing

- All the analgesic efficacy of immediate-release oxycodone - all the convenience of q12h dosing

- Pain relief begins promptly, within one hour

- Rapid onset of action

- Rapidly effective - upon initiation, most patients can expect relief within one hour

CONFIDENTIAL INFORMATION
Purdue v. Endo

P 775189

PRODUCED TO THE FLORIDA ATTORNEY GENERAL - CONFIDENTIAL/TRADE SECRET