

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

August 02, 1999

S TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE

RDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS

ATION NUMBER: *08/081,302*

DATE: *June 18, 1993*

NUMBER: *5,549,912*

TE: *August 27, 1996*

PLAINTIFFS' TRIAL EXHIBIT
00 Civ. 8029 (SHS)
01 Civ. 2109 (SHS)
01 Civ. 8117 (SHS)
**PTX 4**

By Authority of the

## COMMISSIONER OF PATENTS AND TRADEMARKS

*T. Wallace*

T. WALLACE

**Certifying Officer**

'912 - 1



5549912

AUG 27 1996

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/681,202 | 06/16/93 | | 46.8 | | |

BENJAMIN OSHLACK, NEW YORK, NY; FRANK CHASIN, MANALPAN, NJ; JOHN J. MINOGUE, MOUNT VERNON, NY; ROBERT F. KAIKO, WESTON, CT.

VERIFIED THIS APPLICATION OF 12/17/91 PAT 5,266,331

NOTE-DISCLAIMER
of this patent shall not extend
beyond the expiration date
No. 5,266,331

FOREIGN FILING LICENSE GRANTED 10/25/93

| Foreign priority claimed | STATE OR COUNTRY | SHEETS DRWGS | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|---|
| | NY | 5 | 11 | 7 | $1,006.00 | |

Davidson, PC

ISSUE FEE IN FILE

Attn: Clifford M. Davidson

CONTROLLED RELEASE OXYCODONE COMPOSITIONS

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94)

PREPARED FOR ISSUE

ISSUE CLASSIFICATION

DISCLAIMER

'912 - 2

PATENT APPLICATION SERIAL NO. 08/081302

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

090 BA 07/20/93 08081302          1 960   1,006.00 CK

PTO-1556
(5/87)

'912 - 3

| BAR CODE LABEL | **U.S. PATENT APPLICATION** | | |
|---|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/081,302 | 06/18/93 | 424 | 1502 |

APPLICANT

BENJAMIN OSHLACK, NEW YORK, NY; MARK CHASIN, MANALPAN, NJ; JOHN J. MINOGUE, MOUNT VERNON, NY; ROBERT F. KAIKO, WESTON, CT.

**CONTINUING DATA**********************
VERIFIED    THIS APPLN IS A CIP OF   07/800,549 11/27/91 PAT   5,266,331

**FOREIGN/PCT APPLICATIONS************
VERIFIED    PCT              PCT/US92/10146    11/25/92

FOREIGN FILING LICENSE GRANTED 10/25/93

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| NY | 5 | 11 | 7 | $1,006.00 | 93311 |

ADDRESS

STEINBERG & RASKIN
1140 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

TITLE

CONTROLLED RELEASE OXYCODONE COMPOSITIONS

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date _____    Certifying Officer _____

'912 - 4

08/7081302

| FORM PTO-1390<br>(REV 8-91) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTORNEY'S DOCKET NUMBER |
|---|---|---|
| **TRANSMITTAL LETTER TO THE UNITED STATES<br>DESIGNATED/ELECTED OFFICE (DO/EO/US)<br>CONCERNING A FILING UNDER 35 U.S.C. 371** | | 39 Rec'd PCT/PTO  1 8 JUN '93<br>U.S APPLICATION NO (if known, see 37 C F R 1 5) |
| INTERNATIONAL APPLICATION NO.<br>PCT/US92/10146 | INTERNATIONAL FILING DATE<br>25 NOV 92 | PRIORITY DATE CLAIMED<br>27 NOV 91 |

TITLE OF INVENTION
CONTROLLED RELEASE OXYCODONE COMPOSITIONS

APPLICANT(S) FOR DO/EO/US
Benjamin OSHLACK, Mark CHASIN, John J. MINOGUE & Robert F. KAIKO

Applicant herewith submits to the United States Designated/Elected Office (DO/EO/US) the following items and other information:

1. ☒ This is a **FIRST** submission of items concerning a filing under 35 U.S.C. 371.

2. ☐ This is a **SECOND** or **SUBSEQUENT** submission of items concerning a filing under 35 U.S.C. 371.

3. ☒ This express request to begin national examination procedures (35 U.S.C. 371(f)) at any time rather than delay examination until the expiration of the applicable time limit set in 35 U.S.C. 371(b) and PCT Articles 22 and 39(1).

4. ☐ A proper Demand for International Preliminary Examination was made by the 19th month from the earliest claimed priority date.

5. ☒ A copy of the International Application as filed (35 U.S.C. 371(c)(2))
   a. ☒ is transmitted herewith (required only if not transmitted by the International Bureau).
   b. ☐ has been transmitted by the International Bureau.
   c. ☐ is not required, as the application was filed in the United States Receiving Office (RO/US)

6. ☐ A translation of the International Application into English (35 U.S.C. 371(c)(2)).

7. ☒ Amendments to the claims of the International Application under PCT Article 19 (35 U.S.C. 371(c)(3))
   a. ☐ are transmitted herewith (required only if not transmitted by the International Bureau).
   b. ☐ have been transmitted by the International Bureau.
   c. ☐ have not been made; however, the time limit for making such amendments has NOT expired.
   d. ☒ have not been made and will not be made.

8. ☐ A translation of the amendments to the claims under PCT Article 19 (35 U.S.C. 371(c)(3)).

9. ☒ An oath or declaration of the inventor(s) (35 U.S.C. 371(c)(4)).

10. ☐ A translation of the annexes to the International Preliminary Examination Report under PCT Article 36 (35 U.S.C. 371(c)(5)).

Items 11. to 16. below concern other document(s) or information included:

11. ☐ An Information Disclosure Statement under 37 CFR 1.97 and 1.98.

12. ☒ An assignment document for recording. A separate cover sheet in compliance with 37 CFR 3.28 and 3.31 is included.

13. ☐ A **FIRST** preliminary amendment.
   ☐ A **SECOND** or **SUBSEQUENT** preliminary amendment.

14. ☐ A substitute specification.

15. ☐ A change of power of attorney and/or address letter.

16. ☒ Other items or information:
   A. Form PCT/RO105.
   B. Form PCT/IB/301.
   C. Form PCT/ISA/220.
   D. Form PCT/RO/101.
   E. Letter Re: Priority.

"Express Mail" mailing label no. RB 532 223 879 US
Date of Deposit: JUNE 18, 1993
I hereby certify that this correspondence and/or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above, in an envelope addressed to: "Commissioner of Patents and Trademarks, Washington, DC 20231".

STEINBERG & RASKIN
By: _Naomi Graham_

'912 - 5

| APPLICATION NUMBER (from 37 C.F.R. 1.30) | INTERNATIONAL APPLICATION NO | ATTORNEY'S DOCKET NUMBER |
|---|---|---|
| | PCT/US92/10146 | 93-311 |

| 17. ☒ The following fees are submitted: | CALCULATIONS | PTO USE ONLY |
|---|---|---|

Basic National Fee (37 CFR 1.492(a)(1)-(5)):
Search Report has been prepared by the EPO or JPO..................... $830.00

International preliminary examination fee paid to USPTO (37 CFR 1.482)
.......................................................................... $640.00

No international preliminary examination fee paid to USPTO (37 CFR 1.482)
but international search fee paid to USPTO (37 CFR 1.445(a)(2))... ($710.00)

Neither international preliminary examination fee (37 CFR 1.482) nor
international search fee (37CFR 1.445(a)(2)) paid to USPTO......... $950.00

International preliminary examination fee paid to USPTO (37 CFR 1.482)
and all claims satisfied provisions of PCT Article 33(2)-(4)............ $90.00

**ENTER APPROPRIATE BASIC FEE AMOUNT** = $ 710.00

Surcharge of $130.00 for furnishing the oath or declaration later than ☐ 20 ☐ 30
months from the earliest claimed priority date (37 CFR 1.492(e)). $ 0

| Claims | Number Filed | Number Extra | Rate | |
|---|---|---|---|---|
| Total claims | 11 | -20 = | 0 | X $22.00 | $ 0 |
| Independent Claims | 7 | -3 = | 4 | X $74.00 | $ 296.00 |
| Multiple dependent claims(s) (if applicable) | | | | + $230.00 | $ 0 |

**TOTAL OF ABOVE CALCULATIONS** = $1006.00

Reduction by 1/2 for filing by small entity, if applicable.  Verified Small Entity statement
must also be filed.   (Note 37 CFR 1.9, 1.27, 1.28). $ 0

**SUBTOTAL** = $1006.00

Processing fee of $130.00 for furnishing the English translation later the ☐ 20 ☐ 30
months from the earliest claimed priority date  (37 CFR 1.492(f)). + $ 0

**TOTAL NATIONAL FEE** = $1006.00

Fee for recording the enclosed assignment (37 CFR 1.21(h)).  The assignment must be
accompanied by an appropriate cover sheet (37 CFR 3.28, 3.31).  $40.00 per property + $ 40.00

**TOTAL FEES ENCLOSED** = $1046.00

| | Amount to be: | |
|---|---|---|
| | refunded | $ |
| | charged | $ |

a. ☒ A check in the amount of $ 1,046 to cover the above fees is enclosed.

b. ☐ Please charge my Deposit Account No. _____ in the amount of $_____ to cover the above fees.
   A duplicate copy of this sheet is enclosed.

c. ☒ The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any
   overpayment to Deposit Account No. 19-4210 .   A duplicate copy of this sheet is enclosed.

NOTE: Where an appropriate time limit under 37 CFR 1.494 or 1.495 has not been met, a petition to revive (37 CFR
1.137(a) or (b)) must be filed and granted to restore the application to pending status.

SEND ALL CORRESPONDENCE TO:
Steinberg & Raskin
1140 Avenue of the Americas
New York, NY  10036

SIGNATURE

Harold D. Steinberg
NAME

17,255
REGISTRATION NUMBER

Dated: June 18, 1993

Form PTO-1390 (REV 5-93)

**'912 - 6**

08/081302
39 Rec'd PCT/PTO  1 8 JUN '93

1                                    92-515

## CONTROLLED RELEASE OXYCODONE COMPOSITIONS

### BACKGROUND OF THE INVENTION

Surveys of daily dosages of opioid analgesics
5   required to control pain suggest that an approximately
eight-fold range in daily dosages is required to control
pain in approximately 90% of patients.  This extraordin-
ary wide range in the appropriate dosage makes the titra-
tion process particularly time consuming and resource
10  consuming, as well as leaving the patient without
acceptable pain control for an unacceptably long
duration.

In the management of pain with opioid analgesics, it
has been commonly observed and reported that there is
15  considerable inter-individual variation in the response
to a given dose of a given drug, and, therefore, consid-
erable variability among patients in the dosage of opioid
analgesic required to control pain without unacceptable
side effects.  This necessitates considerable effort on
20  the part of clinicians in establishing the appropriate
dose in an individual patient through the time consuming
process of titration, which requires careful assessment
of both therapeutic and side effects and dosage adjust-
ments over a period of days and sometimes longer before
25  the appropriate dosage is determined.  The American Pain
Society's 3rd Edition of Principles of Analgesic Use in
the Treatment of Acute Pain and Cancer Pain explains that
one should "be aware that the optimal analgesic dose
varies widely among patients.  Studies have shown that in
30  all age groups, there is enormous variability in doses of
opioids required to provide relief, even among opioid
naive patients with identical surgical lesions.... This
great variability underscores the need to write analgesic
orders that include provision for supplementary doses,
35  and to use intravenous boluses and infusions to provide

"Express Mail" mailing label no. RB 632 223 878 US
Date of Deposit: JUNE 18, 1993.
I hereby certify that this correspondence and/or fee is being deposited with the United States
Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date
indicated above, in an envelope addressed to: "Commissioner of Patents and Trademarks,
Washington, DC 20231".

STEINBERG & RASKIN
By: Naomi Graham
:da

'912 - 7

2                              92-515

rapid relief of severe pain....  Give each analgesic an
adequate trial by dose titration...before switching to
another drug."

　　An opioid analgesic treatment which acceptably
5　controls pain over a substantially narrower daily dosage
range would, therefore, substantially improve the
efficiency and quality of pain management.

　　It has previously been known in the art that con-
trolled release compositions of opioid analgesics such as
10　morphine, hydromorphone or salts thereof could be pre-
pared in a suitable matrix.  For example, U.S. Patent No.
4,990,341 (Goldie), also assigned to the assignee of the
present invention, describes hydromorphone compositions
wherein the dissolution rate in vitro of the dosage form,
15　when measured by the USP Paddle Method at 100 rpm in 900
ml aqueous buffer (pH between 1.6 and 7.2) at 37° C, is
between 12.5 and 42.5% (by wt) hydromorphone released
after 1 hour, between 25 and 55% (by wt) released after 2
hours, between 45 and 75% (by wt) released after 4 hours
20　and between 55 and 85% (by wt) released after 6 hours.

### SUMMARY OF THE INVENTION

　　It is an object of the present invention to provide
a method for substantially improving the efficiency and
25　quality of pain management.

　　It is another object of the present invention to
provide an opioid analgesic formulation which substan-
tially improves the efficiency and quality of pain
management.

30　　It is another object of the present invention to
provide a method and formulation(s) which substantially
reduce the approximately eight-fold range in daily
dosages required to control pain in approximately 90% of
patients.

It is another object of the present invention to provide a method and formulation(s) which substantially reduce the variability in daily dosages and formulation requirements necessary to control pain in substantially 5 all patients.

It is yet another object of the present invention to provide a method for substantially reducing the time and resources need to titrate patients requiring pain relief on opioid analgesics.

10 It is yet another object of the present invention to provide controlled release opioid formulations which have substantially less inter-individual variation with regard to the dose of opioid analgesic required to control pain without unacceptable side effects.

15 The above objects and others are attained by virtue of the present invention, which is related to a solid controlled release oral dosage form, the dosage form comprising from about 10 to about 40 mg of oxycodone or a salt thereof in a matrix wherein the dissolution rate in 20 vitro of the dosage form, when measured by the USP Paddle Method at 100 rpm in 900 ml aqueous buffer (pH between 1.6 and 7.2) at 37°C is between 12.5 and 42.5% (by wt) oxycodone released after 1 hour, between 25 and 56% (by wt) oxycodone released after 2 hours, between 45 and 75% 25 (by wt) oxycodone released after 4 hours and between 55 and 85% (by wt) oxycodone released after 6 hours, the in vitro release rate being substantially independent of pH, such that the peak plasma level of oxycodone obtained in vivo occurs between 2 and 4.5 hours after administration 30 of the dosage form.

USP Paddle Method is the Paddle Method described, e.g., in U.S. Pharmacopoeia XXII (1990).

In the present specification, "substantially independent of pH" means that the difference, at any 35 given time, between the amount of oxycodone released at,

4                           92-515

e.g., pH 1.6, and the amount released at any other pH,
e.g., pH 7.2 (when measured in vitro using the USP Paddle
Method at 100 rpm in 900 ml aqueous buffer), is 10% (by
weight) or less.  The amounts released being, in all
5   cases, a mean of at least three experiments.

The present invention is further related to a method
for substantially reducing the range in daily dosages re-
quired to control pain in approximately 90% of patients,
comprising administering an oral solid controlled release
10  dosage formulation comprising from about 10 to about 40
mg of oxycodone or a salt thereof, said formulation pro-
viding a mean maximum plasma concentration of oxycodone
from about 6 to about 60 ng/ml from a mean of about 2 to
about 4.5 hours after administration, and a mean minimum
15  plasma concentration from about 3 to about 30 ng/ml from
a mean of about 10 to about 14 hours after repeated
"q12h" (i.e., every 12 hour) administration through
steady-state conditions.

The present invention is further related to a method
20  for substantially reducing the range in daily dosages
required to control pain in substantially all patients,
comprising administering an oral solid controlled release
dosage formulation comprising up to about 160 mg of
oxycodone or a salt thereof, said formulation providing a
25  mean maximum plasma concentration of oxycodone up to
about 240 ng/ml from a mean of up to about 2 to about 4.5
hours after administration, and a mean minimum plasma
concentration up to about 120 ng/ml from a mean of about
10 to about 14 hours after repeated "q12h" (i.e., every
30  12 hour) administration through steady-state conditions.

The present invention is further related to con-
trolled release oxycodone formulations comprising from
about 10 to about 40 mg oxycodone or a salt thereof, said
formulations providing a mean maximum plasma concentra-
35  tion of oxycodone from about 6 to about 60 ng/ml from a

'912 - 10

5                    92-515

mean of about 2 to about 4.5 hours after administration,
and a mean minimum plasma concentration from about 3 to
about 30 ng/ml from about 10 to about 14 hours after
repeated q12h administration through steady-state
5    conditions.

The present invention is further related to con-
trolled release oxycodone formulations comprising up to
about 160 mg oxycodone or a salt thereof, said formula-
tions providing a mean maximum plasma concentration of
10   oxycodone up to about 240 ng/ml from a mean of about 2 to
about 4.5 hours after administration, and a mean minimum
plasma concentration up to about 120 ng/ml from about 10
to about 14 hours after repeated q12h administration
through steady-state conditions.

15
### BRIEF DESCRIPTION OF THE DRAWINGS

The following drawings are illustrative of embodi-
ments of the invention and are not meant to limit the
scope of the invention as encompassed by the claims.
20   Figures 1-4 are graphs showing the time-effect
curves for pain intensity differences and pain relief for
Example 17;

Figure 5 is a graph showing the mean plasma oxy-
codone concentration for a 10 mg controlled release
25   oxycodone formulation prepared in accordance with the
present invention and a study reference standard.

### DETAILED DESCRIPTION

It has now been surprisingly discovered that the
presently claimed controlled release oxycodone formula-
30   tions acceptably control pain over a substantially
narrower, approximately four-fold (10 to 40 mg every 12
hours - around-the-clock dosing) in approximately 90% of
patients. This is in sharp contrast to the approximately

6                          92-515

eight-fold range required for approximately 90% of
patients for opioid analgesics in general.

The use of from about 10 mg to about 40 mg of 12-
hourly doses of controlled-release oxycodone to control
5   pain in approximately 90% of patients relative to a wider
dosage range of other μ-agonist analgesics, indicated
for moderate to severe pain, is an example of the unique
characteristics of the present invention.  It should also
be appreciated that the remaining 10% of patients would
10  also be successfully managed with 12-hourly controlled-
release oxycodone over a relatively narrower dosage range
than with the use of other similar analgesics.  Substan-
tially all of those remaining 10% of patients not managed
with controlled release oxycodone, 10 mg to 40 mg every
15  12 hours, would be managed using dosages of greater than
40 mg every 12 hours through 160 mg every 12 hours util-
izing any one of a number or multiples of formulation
strengths such as 10, 20, 40, 80 and 160 mg unit dosages
or combinations thereof. In contrast, the use of other
20  similar analgesics such as morphine would require a wider
range of dosages to manage the remaining 10% of patients.
For example, daily dosages of oral morphine equivalents
in the range of 1 gram to more than 20 grams have been
observed.  Similarly, wide dosage ranges of oral hydro-
25  morphone would also be required.

Morphine, which is considered to be the prototypic
opioid analgesic, has been formulated into a 12 hour
controlled-release formulations (i.e., MS Contin®
tablets, commercially available from Purdue Pharma,
30  L.P.).  Despite the fact that both controlled-release
oxycodone and controlled release morphine administered
every 12 hours around-the-clock possess qualitatively
comparable clinical pharmacokinetic characteristics, the
oxycodone formulations of the presently claimed invention
35  can be used over approximately 1/2 the dosage range as

'912 - 12

7                    92-515

compared to commercially available controlled release
morphine formulations (such as MS Contin®) to control 90%
of patients with significant pain.

Repeated dose studies with the controlled release
oxycodone formulations administered every 12 hours in
comparison with immediate release oral oxycodone admin-
istered every 6 hours at the same total daily dose result
in comparable extent of absorption, as well as comparable
maximum and minimum concentrations.  The time of maximum
concentration occurs at approximately 2 - 4.5 hours after
oral administration with the controlled-release product
as compared to approximately 1 hour with the immediate
release product.  Similar repeated dose studies with MS
Contin® tablets as compared to immediate release morphine
provide for comparable relative results as with the
controlled release oxycodone formulations of the present
invention.

There exists no substantial deviation from paral-
lelism of the dose-response curves for oxycodone either
in the forms of the controlled release oxycodone formu-
lations of the present invention, immediate release oral
oxycodone or parenteral oxycodone in comparison with oral
and parenteral opioids with which oxycodone has been
compared in terms of dose-response studies and relative
analgesic potency assays.  Beaver, et al., "Analgesic
Studies of Codeine and Oxycodone in Patients with Cancer.
II.  Comparisons of Intramuscular Oxycodone with Intra-
muscular Morphine and Codeine", J. Pharmacol. and Exp.
Ther., Vol. 207, No. 1, pp. 101-108, reported comparable
dose-response slopes for parenteral oxycodone as compared
to parenteral morphine and comparable dose-response
slopes for oral as compared to parenteral oxycodone.

A review of dose-response studies and relative
analgesic assays of mu-agonist opioid analgesics, which
include oxycodone, morphine, hydromorphone, levorphanol,

'912 - 13

8                              92-515

methadone, meperidine, heroin, all indicate no signifi-
cant deviation from parallelism in their dose response
relationships.  This is so well established that it has
become an underlining principal providing for establish-
5   ing relative analgesic potency factors and dose ratios
which are commonly utilized when converting patients from
one mμ-agonist analgesic to another regardless of the
dosage of the former.  Unless the dose-response curves
are parallel, conversion factors would not be valid
10  across the wide range of dosages involved when
substituting one drug for another.

The clinical significance provided by the controlled
release oxycodone formulations of the present invention
at a dosage range from about 10 to about 40 mg every 12
15  hours for acceptable pain management in approximately 90%
of patients with moderate to severe pain, as compared to
other opioid analgesics requiring approximately twice the
dosage range provides for the most efficient and humane
method of managing pain requiring repeated dosing.  The
20  expertise and time of physicians and nurses, as well as
the duration of unacceptable pain patients must endure
during the opioid analgesic titration process is substan-
tially reduced through the efficiency of the controlled
release oxycodone formulations of the present invention.
25      It is further clinically significant that a dose of
about 80 mg controlled release oxycodone administered
every 12 hours will provide acceptable pain relief
management in, e.g., approximately 95% of patients with
moderate to severe pain, and that about 160 mg controlled
30  release oxycodone administered every 12 hours will pro-
vide acceptable pain relief management in, e.g., approxi-
mately all patients with moderate to severe pain.

In order to obtain a controlled release drug dosage
form having at least a 12 hour therapeutic effect, it is
35  usual in the pharmaceutical art to produce a formulation

'912 - 14

9                           92-515

that gives a peak plasma level of the drug between about
4-8 hours after administration (in a single dose study).
The present inventors have surprisingly found that, in
the case of oxycodone, a peak plasma level at between 2 -
5   4.5 hours after administration gives at least 12 hours
pain relief and, most surprisingly, that the pain relief
obtained with such a formulation is greater than that
achieved with formulations giving peak plasma levels (of
oxycodone) in the normal period of up to 2 hours after
10  administration.

A further advantage of the present composition,
which releases oxycodone at a rate that is substantially
independent of pH, is that it avoids dose dumping upon
oral administration. In other words, the oxycodone is
15  released evenly throughout the gastrointestinal tract.

The present oral dosage form may be presented as,
for example, granules, spheroids or pellets in a capsule
or in any other suitable solid form. Preferably, how-
ever, the oral dosage form is a tablet.

20  The present oral dosage form preferably contains
between 1 and 500 mg, most especially between 10 and 160
mg, of oxycodone hydrochloride. Alternatively, the
dosage form may contain molar equivalent amounts of other
oxycodone salts or of the oxycodone base.

25  The present matrix may be any matrix that affords in
vitro dissolution rates of oxycodone within the narrow
ranges required and that releases the oxycodone in a pH
independent manner. Preferably the matrix is a controll-
ed release matrix, although normal release matrices
30  having a coating that controls the release of the drug
may be used. Suitable materials for inclusion in a
controlled release matrix are

(a) Hydrophilic polymers, such as gums, cellulose
ethers, acrylic resins and protein derived materials. Of
35  these polymers, the cellulose ethers, especially hydroxy-

'912 - 15

alkylcelluloses and carboxyalkylcelluloses, are pre-
ferred. The oral dosage form may contain between 1% and
80% (by weight) of at least one hydrophilic or
hydrophobic polymer.

5      (b)  Digestible, long chain ($C_8$-$C_{50}$, especially
$C_{12}$-$C_{40}$), substituted or unsubstituted hydrocarbons, such
as fatty acids, fatty alcohols, glyceryl esters of fatty
acids, mineral and vegetable oils and waxes. Hydrocar-
bons having a melting point of between 25° and 90°C are
10   preferred. Of these long chain hydrocarbon materials,
fatty (aliphatic) alcohols are preferred. The oral
dosage form may contain up to 60% (by weight) of at least
one digestible, long chain hydrocarbon.

      (c)  Polyalkylene glycols. The oral dosage form may
15   contain up to 60% (by weight) of at least one polyalkyl-
ene glycol.

      One particular suitable matrix comprises at least
one water soluble hydroxyalkyl cellulose, at least one
$C_{12}$-$C_{36}$, preferably $C_{14}$-$C_{22}$, aliphatic alcohol and,
20   optionally, at least one polyalkylene glycol.

      The at least one hydroxyalkyl cellulose is prefer-
ably a hydroxy ($C_1$ to $C_6$) alkyl cellulose, such as
hydroxypropylcellulose, hydroxypropylmethylcellulose and,
especially, hydroxyethyl cellulose. The amount of the at
25   least one hydroxyalkyl cellulose in the present oral
dosage form will be determined, inter alia, by the
precise rate of oxycodone release required. Preferably
however, the oral dosage form contains between 5% and
25%, especially between 6.25% and 15% (by wt) of the at
30   least one hydroxyalkyl cellulose.

      The at least one aliphatic alcohol may be, for
example, lauryl alcohol, myristyl alcohol or stearyl
alcohol. In particularly preferred embodiments of the
present oral dosage form, however, the at least one
35   aliphatic alcohol is cetyl alcohol or cetostearyl

alcohol.  The amount of the at least one aliphatic
alcohol in the present oral dosage form will be
determined, as above, by the precise rate of oxycodone
release required.  It will also depend on whether at
5   least one polyalkylene glycol is present in or absent
from the oral dosage form.  In the absence of at least
one polyalkylene glycol, the oral dosage form preferably
contains between 20% and 50% (by wt) of the at least one
aliphatic alcohol.  When at least one polyalkylene glycol
10  is present in the oral dosage form, then the combined
weight of the at least one aliphatic alcohol and the at
least one polyalkylene glycol preferably constitutes
between 20% and 50% (by wt) of the total dosage.

In one preferred embodiment, the controlled release
15  composition comprises from about 5 to about 25% acrylic
resin and from about 8 to about 40% by weight aliphatic
alcohol by weight of the total dosage form.  A particu-
larly preferred acrylic resin comprises Eudragit® RS PM,
commercially available from Rohm Pharma.

20       In the present preferred dosage form, the ratio of,
e.g., the at least one hydroxyalkyl cellulose or acrylic
resin to the at least one aliphatic alcohol/polyalkylene
glycol determines, to a considerable extent, the release
rate of the oxycodone from the formulation.  A ratio of
25  the at least one hydroxyalkyl cellulose to the at least
one aliphatic alcohol/polyalkylene glycol of between 1:2
and 1:4 is preferred, with a ratio of between 1:3 and 1:4
being particularly preferred.

The at least one polyalkylene glycol may be, for
30  example, polypropylene glycol or, which is preferred,
polyethylene glycol.  The number average molecular weight
of the at least one polyalkylene glycol is preferred
between 1000 and 15000 especially between 1500 and 12000.

Another suitable controlled release matrix would
35  comprise an alkylcellulose (especially ethyl cellulose),

12                    92-515

a $C_{12}$ to $C_{36}$ aliphatic alcohol and, optionally, a poly-
alkylene glycol.

In addition to the above ingredients, a controlled
release matrix may also contain suitable quantities of

5    other materials, e.g. diluents, lubricants, binders,
granulating aids, colorants, flavorants and glidants that
are conventional in the pharmaceutical art.

As an alternative to a controlled release matrix,
the present matrix may be a normal release matrix having

10   a coat that controls the release of the drug. In par-
ticularly preferred embodiments of this aspect of the
invention, the present dosage form comprises film coated
spheroids containing active ingredient and a non-water
soluble spheronising agent. The term spheroid is known

15   in the pharmaceutical art and means a spherical granule
having a diameter of between 0.5 mm and 2.5 mm especially
between 0.5 mm and 2 mm.

The spheronising agent may be any pharmaceutically
acceptable material that, together with the active in-

20   gredient, can be spheronised to form spheroids. Micro-
crystalline cellulose is preferred.

A suitable microcrystalline cellulose is, for
example, the material sold as Avicel PH 101 (Trade Mark,
FMC Corporation). According to a preferred aspect of the

25   present invention, the film coated spheroids contain
between 70% and 99% (by wt), especially between 80% and
95% (by wt), of the spheronising agent, especially
microcrystalline cellulose.

In addition to the active ingredient and spheron-

30   ising agent, the spheroids may also contain a binder.
Suitable binders, such as low viscosity, water soluble
polymers, will be well known to those skilled in the
pharmaceutical art. However, water soluble hydroxy lower
alkyl cellulose, such as hydroxy propyl cellulose, are

35   preferred. Additionally (or alternatively) the spheroids

'912 - 18

13                    92-515

may contain a water insoluble polymer, especially an
acrylic polymer, an acrylic copolymer, such as a
methacrylic acid-ethyl acrylate copolymer, or ethyl
cellulose.

5      The spheroids are preferably film coated with a
material that permits release of the oxycodone (or salt)
at a controlled rate in an aqueous medium.  The film coat
is chosen so as to achieve, in combination with the other
ingredients, the in-vitro release rate outlined above

10     (between 12.5% and 42.5% (by wt) release after 1 hour,
etc.).

       The film coat will generally include a water
insoluble material such as

       (a) a wax, either alone or in admixture with a fatty
15     alcohol,

       (b) shellac or zein,

       (c) a water insoluble cellulose, especially ethyl
cellulose,

       (d) a polymethacrylate, especially Eudragit°.

20     Preferably, the film coat comprises a mixture of the
water insoluble material and a water soluble material.
The ratio of water insoluble to water soluble material is
determined by, amongst other factors, the release rate
required and the solubility characteristics of the

25     materials selected.

       The water soluble material may be, for example,
polyvinylpyrrolidone or, which is preferred, a water
soluble cellulose, especially hydroxypropylmethyl
cellulose.

30     Suitable combinations of water insoluble and water
soluble materials for the film coat include shellac and
polyvinylpyrrolidone or, which is preferred, ethyl
cellulose and hydroxypropylmethyl cellulose.

       In order to facilitate the preparation of a solid,
35     controlled release, oral dosage form according to this

14                    92-515

invention there is provided, in a further aspect of the
present invention, a process for the preparation of a
solid, controlled release, oral dosage form according to
the present invention comprising incorporating hydro-
5  morphone or a salt thereof in a controlled release
matrix.  Incorporation in the matrix may be effected, for
example, by
        (a)  forming granules comprising at least one water
soluble hydroxyalkyl cellulose and oxycodone or a
10  oxycodone salt,
        (b)  mixing the hydroxyalkyl cellulose containing
granules with at least one $C_{12}-C_{36}$ aliphatic alcohol, and
        (c)  optionally, compressing and shaping the
granules.  Preferably, the granules are formed by wet
15  granulating the hydroxyalkyl cellulose/oxycodone with
water.  In a particularly preferred embodiment of this
process, the amount of water added during the wet
granulation step is preferably between 1.5 and 5 times,
especially between 1.75 and 3.5 times, the dry weight of
20  the oxycodone.
        The present solid, controlled release, oral dosage
form may also be prepared, in the form of film coated
spheroids, by
        (a)  blending a mixture comprising oxycodone or a
25  oxycodone salt and a non-water soluble spheronising
agent,
        (b)  extruding the blended mixture to give an
extrudate,
        (c)  spheronising the extrudate until spheroids are
30  formed, and
        (d)  coating the spheroids with a film coat.
        The present solid, controlled release, oral dosage
form and processes for its preparation will now be
described by way of example only.

35

15                                    92-515

<u>DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS</u>

The following examples illustrate various aspects of the present invention.  They are not meant to be construed to limit the claims in any manner whatsoever.

5

<u>EXAMPLE 1</u>

<u>Controlled Release Oxycodone HCl 30 mg Tablets</u>
<u>- Aqueous Manufacture</u>

The required quantities of oxycodone hydrochloride,
10  spray-dried lactose, and Eudragit® RS PM are transferred
into an appropriate-size mixer, and mixed for approximately 5 minutes.  While the powders are mixing, the
mixture is granulated with enough water to produce a
moist granular mass.  The granules are then dried in a
15  fluid bed dryer at 60°C, and then passed through an
8-mesh screen.  Thereafter, the granules are redried and
pushed through a 12-mesh screen.  The required quantity
of stearyl alcohol is melted at approximately 60-70°C,
and while the granules are mixing, the melted stearyl
20  alcohol is added.  The warm granules are returned to the
mixer.

The coated granules are removed from the mixer and
allowed to cool.  The granules are then passed through a
12-mesh screen.  The granulate is then lubricated by
25  mixing the required quantity of talc and magnesium
stearate in a suitable blender.  Tablets are compressed
to 375 mg in weight on a suitable tableting machine.  The
formula for the tablets of Example 1 is set forth in
Table 1 below:

30                          TABLE 1
Formula of Oxycodone HCl 30-mg Tablets

| Component | mg/Tablet | % (by wt) |
|---|---|---|
| Oxycodone Hydrochloride | 30.0 | 8 |
| Lactose (spray-dried) | 213.75 | 57 |
| 35  Eudragit® RS PM | 45.0 | 12 |

16                          92-515

|                    |       |     |
|--------------------|-------|-----|
| Purified Water     | q.s*  | --  |
| Stearyl Alcohol    | 75.0  | 20  |
| Talc               | 7.5   | 2   |
| Magnesium Stearate | 3.75  | 1   |
| 5   Total:         | 375.0 | 100 |

*Used in manufacture and remains in final product as residual quantity only.

The tablets of Example 1 are then tested for dissolution via the USP Basket Method, 37°C, 100 RPM, first hour 700 ml gastric fluid at pH 1.2, then changed to 900 ml at 7.5. The results are set forth in Table 2 below:

### TABLE 2
### Dissolution of Oxycodone 30 mg Controlled Release Tablets

| Time | % Oxycodone Dissolved |
|------|----------------------|
| 1    | 33.1                 |
| 2    | 43.5                 |
| 4    | 58.2                 |
| 8    | 73.2                 |
| 12   | 81.8                 |
| 18   | 85.8                 |
| 24   | 89.2                 |

### EXAMPLE 2
### Controlled Oxycodone HCl 10 mg
### Release Tablets - Organic Manufacture

The required quantities of oxycodone hydrochloride and spray dried lactose are transferred into an appropriate sized mixer and mix for approximately 6 minutes. Approximately 40 percent of the required Eudragit® RS PM powder is dispersed in Ethanol. While the powders are mixing, the powders are granulated with the dispersion and the mixing continued until a moist granular mass is formed. Additional ethanol is added if needed to reach granulation end point. The granulation is transferred to a fluid bed dryer and dried at 30°C; and then passed

through a 12-mesh screen. The remaining Eudragit® RS PM
is dispersed in a solvent of 90 parts ethanol and 10
parts purified water; and sprayed onto the granules in
the fluid bed granulator/dryer at 30°C. Next, the granu-
5. late is passed through a 12-mesh screen. The required
quantity of stearyl alcohol is melted at approximately
60-70°C. The warm granules are returned to the mixer.
While mixing, the melted stearyl alcohol is added. The
coated granules are removed from the mixer and allowed to
10 cool. Thereafter, they are passed through a 12-mesh
screen.

    Next, the granulate is lubricated by mixing the
required quantities of talc and magnesium stearate in a
suitable blender. The granulate is then compressed to
15 125 mg tablets on a suitable tableting machine.

    The formula for the tablets of Example 2 (10 mg con-
trolled release oxycodone) is set forth in Table 3 below:

## Table 3
### Formula of Oxycodone HC1 10 mg Controlled Release Tablets

| Component | Mg/Tablet | Percent (by wt) |
|---|---|---|
| Oxycodone hydrochloride | 10.00 | 8 |
| Lactose (spray-dried) | 71.25 | 57 |
| Eudragit® RS PM | 15.00 | 12 |
| Ethanol | q.s.* | -- |
| Purified Water | q.s.* | -- |
| Stearyl Alcohol | 25.00 | 20 |
| Talc | 2.50 | 2 |
| Magnesium stearate | 1.25 | 1 |
| Total: | 125.00 mg | 100 |

*Used only in the manufacture and remains in final
product as residual quantity only.

    The tablets of Example 2 are then tested for dis-
solution via USP Basket Method at 37°C, 100 RPM, first

18                              92-515

hour 700 ml simulated gastric (pH 1.2) then changed to
900 ml at pH 7.5.

    The results are set forth in Table 4 below:

### Table 4
### Dissolution of Oxycodone 10 mg
### Controlled Release Tablets

| Hour | % Dissolved |
|------|-------------|
| 1    | 35.9 |
| 2    | 47.7 |
| 4    | 58.5 |
| 8    | 67.7 |
| 12   | 74.5 |
| 18   | 76.9 |
| 24   | 81.2 |

### EXAMPLES 3 - 4
### Controlled Release Oxycodone
### 10 and 20 mg Tablets (Aqueous Manufacture)

    Eudragit® RS 30D and Triacetin® are combined while
passing though a 60 mesh screen, and mixed under low
shear for approximately 5 minutes or until a uniform
dispersion is observed.

    Next, suitable quantities of Oxycodone HCl, lactose,
and povidone are placed into a fluid bed granulator/dryer
(FBD) bowl, and the suspension sprayed onto the powder in
the fluid bed. After spraying, the granulation is passed
through a #12 screen if necessary to reduce lumps. The
dry granulation is placed in a mixer.

    In the meantime, the required amount of stearyl
alcohol is melted at a temperature of approximately 70°C.
The melted stearyl alcohol is incorporated into the
granulation while mixing. The waxed granulation is
transferred to a fluid bed granulator/dryer or trays and
allowed to cool to room temperature or below. The cooled
granulation is then passed through a #12 screen. There-

'912 - 24

19                    92-515

after, the waxed granulation is placed in a mixer/blender
and lubricated with the required amounts of talc and
magnesium stearate for approximately 3 minutes, and then
the granulate is compressed into 125 mg tablets on a
5    suitable tableting machine.

The formula for the tablets of Example 3 is set
forth in Table 5 below:

### Table 5
#### Formula of Controlled Release Oxycodone 10 mg Tablets

| Component | Mg/Tablet | % (by wt) |
|---|---|---|
| Oxycodone Hydrochloride | 10.0 | 8.0 |
| Lactose (spray dried) | 69.25 | 55.4 |
| Povidone | 5.0 | 4.0 |
| Eudragit® RS 30D (solids) | 10.0* | 8.0 |
| Triacetin® | 2.0 | 1.6 |
| Stearyl Alcohol | 25.0 | 20.0 |
| Talc | 2.5 | 2.0 |
| Magnesium Stearate | 1.25 | 1.0 |
| Total: | 125.0 | 100.0 |

20    *Approximately 33.33 mg Eudragit® RS 30D Aqueous
dispersion is equivalent to 10 mg of Eudragit® RS 30D dry
substance.

The tablets of Example 3 are then tested for dis-
solution via the USP Basket Method at 37°C, 100 RPM,
25   first hour 700 ml simulated gastric fluid at pH 1.2, then
changed to 900 ml at pH 7.5.  The results are set forth
in Table 6 below:

### Table 6
#### Dissolution of Oxycodone 10 mg
#### Controlled Release Tablets

| Hour | % Oxycodone Dissolved |
|---|---|
| 1 | 38.0 |
| 2 | 47.5 |
| 4 | 62.0 |
| 8 | 79.8 |

30

35

20

|    |        |
|----|--------|
|    | 92-515 |
| 12 | 91.1   |
| 18 | 94.9   |
| 24 | 98.7   |

The formula for the tablets of Example 4 is set
5  forth in Table 7 below:

Table 7

Formula of Controlled Release Oxycodone 20 mg Tablets

| Component | Mg/Tablet |
|-----------|-----------|
| Oxycodone Hydrochloride | 20.0 |
| Lactose (spray dried) | 59.25 |
| Povidone | 5.0 |
| Eudragit® RS 30D (solids) | 10.0☆ |
| Triacetin® | 2.0 |
| Stearyl Alcohol | 25.0 |
| Talc | 2.5 |
| Magnesium Stearate | 1.25 |
| Total: | 125.0 |

The tablets of Example 4 are then tested for
20  dissolution via the USP Basket Method at 37°C, 100 RPM,
first hour 700 ml simulated gastric fluid at pH 1.2, then
changed to 900 ml at pH 7.5. The results are set forth
in Table 8 below:

Table 8

Dissolution of Oxycodone 20 mg Controlled Release Tablets

| Hour | % Oxycodone Dissolved |
|------|-----------------------|
| 1 | 31 |
| 2 | 44 |
| 4 | 57 |
| 8 | 71 |
| 12 | 79 |
| 18 | 86 |
| 24 | 89 |

'912 - 26

21                         92-515

### EXAMPLES 5-6

In Example 5, 30 mg controlled release oxycodone
hydrochloride tablets are prepared according to the
process set forth in Example 1.

5    In Example 6, 10 mg controlled release oxycodone
hydrochloride tablets are prepared according to the
process set forth in Example 2.

Thereafter, dissolution studies of the tablets of
Examples 5 and 6 are conducted at different pH levels,
10   namely, pH 1.3, 4.56, 6.88 and 7.5.

The results are provided in Tables 9 and 10 below:

#### Table 9 - Example 5
Percentage Oxycodone HCl
30 mg Tablets Dissolved Over Time

| pH | 1 | 2 | 4 | 8 | 12 | 18 | 24 |
|------|------|------|------|------|------|-------|-------|
| 1.3 | 29.5 | 43.7 | 61.8 | 78.9 | 91.0 | 97.0 | 97.1 |
| 4.56 | 34.4 | 49.1 | 66.4 | 82.0 | 95.6 | 99.4 | 101.1 |
| 6.88 | 33.8 | 47.1 | 64.4 | 81.9 | 92.8 | 100.5 | 105.0 |
| 7.5 | 27.0 | 38.6 | 53.5 | 70.0 | 81.8 | 89.7 | 96.6 |

#### Table 10 - Example 6
Percentage Oxycodone HCl - 10 mg
Tablets Dissolved Over Time

| pH | 1 | 2 | 4 | 8 | 12 | 18 | 24 |
|------|------|------|------|------|------|------|------|
| 1.3 | 25.9 | 41.5 | 58.5 | 73.5 | 85.3 | 90.7 | 94.2 |
| 4.56 | 37.8 | 44.2 | 59.4 | 78.6 | 88.2 | 91.2 | 93.7 |
| 6.88 | 34.7 | 45.2 | 60.0 | 75.5 | 81.4 | 90.3 | 93.9 |
| 7.5 | 33.2 | 40.1 | 51.5 | 66.3 | 75.2 | 81.7 | 86.8 |

### EXAMPLES 7-12

In Examples 7-12, 4 mg and 10 mg oxycodone HCl
tablets were prepared according to the formulations and
methods set forth in the assignee's U.S. Patent No.
35   4,990,341.

'912 - 27

22                    92-515

In Example 7, oxycodone hydrochloride (10.00 gm) was
wet granulated with lactose monohydrate (417.5 gm) and
hydroxyethyl cellulose (100.00 gm), and the granules were
sieved through a 12 mesh screen. The granules were then
5 dried in a fluid bed dryer at 50° C and sieved through a
16 mesh screen.

Molten cetostearyl alcohol (300.0 gm) was added to
the warmed oxycodone containing granules, and the whole
was mixed thoroughly. The mixture was allowed to cool in
10 the air, regranulated and sieved through a 16 mesh
screen.

Purified Talc (15.0 gm) and magnesium stearate (7.5
gm) were then added and mixed with the granules. The
granules were then compressed into tablets.

15 Example 8 is prepared in the same manner as Example
7; however, the formulation includes 10 mg oxycodone
HCl/tablet. The formulas for Examples 7 and 8 are set
forth in Tables 11 and 12, respectively.

Table 11
Formulation of Example 7

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 4.0 | 10.0 |
| Lactose monohydrate | 167.0 | 417.5 |
| Hydroxyethylcellulose | 40.0 | 100.0 |
| Cetostearyl alcohol | 120.0 | 300.0 |
| Purified talc | 6.0 | 15.0 |
| Magnesium stearate | 3.0 | 7.5 |

Table 12
Formulation of Example 8

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 10.0 | 25.0 |
| Lactose monohydrate | 167.0 | 417.5 |
| Hydroxyethylcellulose | 40.0 | 100.0 |

23

|  | 23 | 92-515 |
|---|---|---|
| Cetostearyl alcohol | 120.0 | 300.0 |
| Talc | 6.0 | 15.0 |
| Magnesium stearate | 3.0 | 7.5 |

5    In Example 9, 4 mg oxycodone HCl controlled release
tablets are prepared according to the excipient formula
cited in Example 2 of U.S. Patent No. 4,990,341.  The
method of manufacture is the same as set forth in Examp-
les 7 and 8 above.  Example 10 is prepared according to
10   Example 9, except that 10 mg oxycodone HCl is included
per tablet.  The formulas for Examples 9 and 10 are set
forth in Tables 13 and 14, respectively.

Table 13

Formulation of Example 9

| 15 Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 4.0 | 10.0 |
| Anhydrous Lactose | 167.0 | 417.5 |
| Hydroxyethylcellulose | 30.0 | 75.0 |
| Cetostearyl alcohol | 90.0 | 225.0 |
| 20 Talc | 6.0 | 15.0 |
| Magnesium stearate | 3.0 | 7.5 |

Table 14

Formulation of Example 14

| 25 Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 10.0 | 25.0 |
| Hydrous lactose | 167.0 | 417.5 |
| Hydroxyethylcellulose | 30.0 | 75.0 |
| Cetostearyl alcohol | 90.0 | 225.0 |
| 30 Talc | 6.0 | 15.0 |
| Magnesium stearate | 3.0 | 7.5 |

In Example 11, oxycodone 4 mg controlled release
tablets are prepared with the same excipient formula
35   cited in Example 3 of U.S. patent No. 4,990,341.

'912 - 29

24                        92-515

Oxycodone hydrochloride (32.0 gm) was wet granulated
with lactose monohydrate (240.0 gm) hydroxyethyl cellu-
lose (80.0 gm) and methacrylic acid copolymer (240.0 gm,
Eudragit® L-100-55), and the granules were sieved through
5  a 12 mesh screen.  The granules were then dried in a
Fluid Bed Dryer at 50° C and passed through a 16 mesh
screen.

The warmed oxycodone containing granules was added
molten cetostearyl alcohol (240.0 gm), and the whole was
10  mixed thoroughly.  The mixture was allowed to cool in the
air, regranulated and sieved through a 16 mesh screen.
The granules were then compressed into tablets.

Example 12 is prepared in identical fashion to
Example 11, except that 10 mg oxycodone HCl is included
15  per tablet.  The formulations for Examples 11 and 12 are
set forth in Tables 15 and 16, respectively.

Table 15
Formulation of Example 11

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 4.0 | 32.0 |
| Lactose monohydrate | 30.0 | 240.5 |
| Hydroxyethylcellulose | 10.0 | 80.0 |
| Methacrylic acid copolymer | 30.0 | 240.0 |
| Cetostearyl alcohol | 30.0 | 240.0 |

Table 16
Formulation of Example 12

| Ingredient | mg/tablet | g/batch |
|---|---|---|
| Oxycodone hydrochloride | 10.0 | 80.0 |
| Lactose monohydrate | 30.0 | 240.5 |
| Hydroxyethylcellulose | 10.0 | 80.0 |
| Methacrylic acid copolymer | 30.0 | 240.0 |
| Cetostearyl alcohol | 30.0 | 240.0 |

25                    92-515

Next, dissolution studies were conducted on the tablets of Examples 7-12 using the USP basket method as described in the U.S. Pharmacopoeia XXII (1990). The speed was 100 rpm, the medium was simulated gastric fluid for the first hour followed by simulated intestinal fluid thereafter, at a temperature of 37° C. Results are given in Table 17.

TABLE 17
DISSOLUTION STUDIES OF EXAMPLES 7-12

| Time (hrs) | % Oxycodone Dissolved | | | | | |
|---|---|---|---|---|---|---|
| | Ex. 7 | Ex. 8 | Ex. 9 | Ex. 10 | Ex. 11 | Ex. 12 |
| 1 | 23.3 | 25.5 | 28.1 | 29.3 | 31.3 | 40.9 |
| 2 | 35.6 | 37.5 | 41.5 | 43.2 | 44.9 | 55.6 |
| 4 | 52.9 | 56.4 | 61.2 | 63.6 | 62.1 | 74.2 |
| 8 | 75.3 | 79.2 | 83.7 | 88.0 | 82.0 | 93.9 |
| 12 | 90.7 | 94.5 | 95.2 | 100.0 | 91.4 | 100.0 |

EXAMPLES 13-16
Clinical Studies

In Examples 13-16, randomized crossover bioavailability studies were conducted employing the formulation of Examples 2 (organic manufacture) and 3 (aqueous manufacture).

In Example 13, a single dose fast/fed study was conducted on 24 subjects with oxycodone tablets prepared according to Example 3.

In Example 14, a steady-state study was conducted on 23 subjects after 12 hours with oxycodone tablets prepared according to Example 2, and compared to a 5 mg oxycodone immediate-release solution.

In Example 15, a single dose study was conducted on 22 subjects using oxycodone tablets prepared according to Example 3, and compared to a 20 mg oxycodone immediate release solution.

26                                92-515

In Example 16, a 12 subject single-dose study was
conducted using 3 x 10 mg oxycodone tablets prepared
according to Example 3, and compared to a 30 mg oxycodone
immediate release solution.

5        The results of Examples 13-16 are set forth in Table
18.

### Table 18

| Example | Dosage | AUC ng/ml/hr | Cmax ng/ml | Tmax hr |
|---------|--------|--------------|------------|---------|
| 13 | 10 mg CR Fast | 63 | 6.1 | 3.8 |
|    | 10 mg CR Fed | 68 | 7.1 | 3.6 |
| 14 | 5 mg IR q6h | 121 | 17 | 1.2 |
|    | 10 mg CR q12h | 130 | 17 | 3.2 |
| 15 | 20 mg IR | 188 | 40 | 1.4 |
|    | 2 x 10 mg CR | 197 | 18 | 2.6 |
| 16 | 30 mg IR | 306 | 53 | 1.2 |
|    | 3 x 10 mg CR | 350 | 35 | 2.6 |
|    | 30 mg CR | 352 | 36 | 2.9 |

IR denotes immediate-release oxycodone solution.
20   CR denotes controlled-release tablets

### EXAMPLE 17
### CLINICAL STUDIES

In Example 17, a single dose, double blind, random-
25   ized study determined the relative analgesic efficacy,
the acceptability, and relative duration of action of an
oral administration of controlled release oxycodone 10,
20 and 30 mg prepared according to the present invention
(CR OXY) compared to immediate release oxycodone 15 mg
30   (IR OXY), immediate release oxycodone 10 mg in combina-
tion with acetaminophen 650 mg (IR OXY/APAP) and placebo
in 180 patients with moderate or severe pain following
abdominal or gynecological surgery.  Patients rated their
pain intensity and pain relief hourly for up to 12 hours
35   postdosing.  Treatments were compared using standard

27                    92-515

scales for pain intensity and relief, and onset and
duration of pain relief.

All active treatments were significantly superior to
placebo for many of the hourly measures, and for sum pain
intensity differences (SPID) and total pain relief
(TOTPAR). A dose response was seen among the 3 dose
levels of CR OXY for pain relief and peak pain intensity
difference (PID), with CR OXY 20mg and 30 mg being
significantly better than the 10 mg dose. IR OXY was
significantly superior to CR OXY 10 mg at hr 1 and 2. IR
OXY/APAP was significantly superior to the 3 doses of CR
OXY at hr 1, and to CR OXY 10 mg at hrs 2 through 5.
Onset time was significantly shorter for the IR OXY and
IR OXY/APAP treatment groups in comparison to the 3 CR
OXY treatments. The distribution functions for duration
of relief revealed significantly longer duration of
relief for the three CR OXY doses than for IR OXY and IR
OXY/APAP. No serious adverse experiences were reported.
The results are more particularly reported in Table 19
below.

### TABLE 19
### PATIENT DISPOSITION
### TREATMENT GROUP

| | IR OXY 15mg | PLACEBO | CR OXY 10mg | CR OXY 20mg | CR OXY 30mg | 2 PERC° | TOTAL |
|---|---|---|---|---|---|---|---|
| Enrolled and Randomized to Study Treatment | 31 | 31 | 30 | 30 | 30 | 30 | 182 |
| Entered the Study Treatment Phase | 31 | 31 | 30 | 30 | 30 | 30 | 182 |
| Completed the Study | 31 | 30 | 30 | 30 | 30 | 30 | 181 |

**'912 - 33**

28                          92-515

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Discontinued from the Study | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| Excluded from Efficacy Analysis −Vomited prior to 1 hr post dose | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| −Inadvertently received rescue during study | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Analysis Population: −Evaluable for Safety and Efficacy | 30 | 30 | 30 | 30 | 30 | 30 | 180 |
| −Evaluable for Safety | 31 | 31 | 30 | 30 | 30 | 30 | 182 |

° 2 tablets of Percocet®

The time-effect curves for pain intensity, pain intensity differences and pain relief are shown in Figures 1-4. CR OXY 10 mg had significantly ($p < .05$) lower pain intensity scores than the placebo-treated patients at hours 3-11 and lower pain scores than IR OXY 15 mg and Percocet® at hour 10. CR OXY 20 mg has significantly ($p < .05$) lower pain intensity scores compared to placebo at hours 2 − 11 and significantly ($p < .05$) lower pain scores than CR OXY 10 mg, IR OXY 15 mg and Percocet at hours 9-11. CR OXY 30 mg had significantly ($p < .05$) lower pain scores than placebo at hours 2-11 and lower pain scores than CR OXY 10 mg at hours 2, 3, and 5 and lower scores than Percocet® at hour 10.

For hourly pain relief scores categorical and visual-analog scales (CAT and VAS), CR OXY 10 mg had significantly ($p < .05$) higher pain relief scores than placebo at hours 3-11 and higher relief scores than IR OXY and Percocet® at hour 10 (and Percocet® at hour 11). CR OXY

29                          92-515

20 mg had significantly (p < .05) higher relief scores than placebo at hours 2-12 and higher relief scores than Percocet® at hours 9-12. In addition, CR OXY had significantly (p < .05) higher pain relief than IR OXY at
5   hours 10-12. CR OXY 30 mg had significantly (p < .05) higher pain relief scores than placebo at hours 2-12 and higher scores than Percocet® at hours 9-12 and IR OXY 15 mg at hour 10.

       Each treatment group was significantly (p < .05)
10  better than placebo with respect to the sum of the pain intensity differences (SPID) and total pain relief (TOTPAR).

       Duration of pain relief as measured by the patient stopwatch method showed that CR OXY 10 mg, 20 mg and 30
15  mg had significantly (p < .05) longer duration of action compared to IR OXY 15 mg and 2 tablets Percocet®. In addition, the three controlled-release formulations had significantly (p < .05) longer times to remedication compared to Percocet®.

20      Before remedication, a total of 104 (57%) of patients reported 120 adverse experiences. The most common were somnolence, fever, dizziness and headache.

       Based upon the results of this study it is concluded that the controlled release oxycodone formulations of the
25  present invention relieve moderate to severe post-operative pain, e.g., due to abdominal or gynecological surgery in women. There is a dose response noted in which placebo < 10 mg < 20 mg < 30 mg CR OXY following a single dose. Onset of action occurred in one hour with
30  peak effects noted from 2 to 5 hours and a duration of effect from 10 to 12 hours. In the chronic pain situation steady state dosing may prolong this effect. Side effects are expected and easily managed. Headache may be related to dose. Dizziness and somnolence were reported.

'912 - 35

30                    92-515

IR OXY 15 mg has an intermediate peak effect
compared to controlled release oxycodone.  Its duration
of action is shorter (6-8 hours).  Percocet® is quite
effective in terms of onset, peak effect and safety.  The
duration of action is 6-8 hours.

In summary, CR OXY was clearly an effective oral
analgesic, with a slower onset but a longer duration of
effect than either IR OXY or IR OXY/APAP.

**EXAMPLE 18**

**CLINICAL STUDIES**

In Example 18, a steady state crossover trial was
conducted in 21 normal male subjects comparing

a.   CR OXY 10 mg administered every 12 hours
(q12h); and

b.   Roxicodone® oral solution 5 mg (ROX)
administered every 6 hours (q6h),

Treatment (b) was the study reference standard.  The
average age was 34 years, height 176 cm and weight 75 kg.
No unusual features were noted about the group.

Figure 5 shows the mean plasma oxycodone concen-
trations for the two formulations over the 12 hour dosing
interval.  The results are summarized in Table 18 in
terms of mean values, ratios of mean values and 90%
confidence intervals.

As inspection of Table 18 reveals, with one excep-
tion, no significant differences were detected between
the two formulations.  The single exception is the mean
$t_{max}$ for CR OXY of 3.18 hours which, as expected for a
controlled release formulation, significantly exceeded
the ROX mean of 1.38 hours.  Mean AUC-based bioavail-
ability, (ROX = 100%) was 104.4% with 90% confidence
limits of 90.9 to 117.9%.  Thus, the FDA specification of
±20% is met so that the study results support an
assertion of equal oxycodone availability.

31                          92-515

### TABLE 20

SUMMARY OF PHARMACOKINETIC PARAMETERS FOR OXYCODONE
FOLLOWING A SINGLE DOSE OF CR OXY (10mg q12H)
AND ROXICODONE® ORAL SOLUTION (5mg q6h)

| PARAMETER | CR OXY | ROXICODONE SOLUTION | OXY/ROXI (%) | 90% CI° |
|---|---|---|---|---|
| $C_{max}$ (ng/mL) ARITH.MEAN(SD) | 15.11(4.69) | 15.57(4.41) | 97.08 | 85.59-108.50 |
| GEOMETRIC MEAN | 14.43 | 15.01 | | 95.14 |
| $C_{min}$ (ng/mL) ARITH.MEAN(SD) | 6.24(2.64) | 6.47(3.07) | 96.41 | 80.15-112.74 |
| GEOMETRIC MEAN | 5.62 | 5.83 | | 96.48 |
| $t_{max}$ (hrs) ARITH.MEAN (SD) | 3.18(2.21) | 1.38(0.71)* | 230.17 | 160.71-298.71 |
| AUC(0-12 hrs) ARITH. MEAN(SD) | 103.50(40.03) | 99.10(35.04) | 104.44 | 90.92-117.94 |
| GEOMETRIC MEAN | 97.06 | 93.97 | | 103.29 |
| %Swing ARITH.MEAN (SD) | 176.36(139.0) | 179.0(124.25) | 98.53 | 62.06-134.92 |
| %Fluctuation ARITH. MEAN(SD) | 108.69(38.77) | 117.75 (52.47) | 92.22 | 76.81-107.57 |
| End Point ARITH. MEAN(SD) | -1.86(2.78) | -1.86(2.19) | 99.97 | 117.77-22.23 |

°90% Confidence Interval
--Significant Difference p < 0.05

### EXAMPLE 19

#### CLINICAL STUDIES

In Example 19, twenty-four normal, healthy male sub-
jects were enrolled in a randomized single-dose two-way
crossover study to compare the plasma oxycodone concen-
trations obtained after dosing with two controlled-
release oxycodone 10 mg tablets versus 20 mg (20 ml of 5
mg/5 ml) of immediate release (IR) oxycodone hydro-
chloride solution. Twenty-three subjects completed the
study and were eligible for analysis.

'912 - 37

32                    92-515

Plasma oxycodone concentrations were determined by a
high performance liquid chromatographic procedure. Arith-
metic Mean $C_{max}$, $t_{max}$, AUC, and half-lives calculated from
individual plasma oxycodone concentration-versus-time
5   data are set forth in Table 21:

### TABLE 21

| Pharmaco-kinetic Parameter | Reference Product IR Oxycodone 20 mg | Test Product CR Oxycodone 2 x 10 mg | F. (%) | 90% Confidence Interval |
|---|---|---|---|---|
| $C_{max}$ (ng/ml) | 41.60 | 18.62 | 44.75 | 32.5-57.0 |
| $t_{max}$ (hours) | 1.30 | 2.62 | 200.83 | 169.8-232.6 |
| AUC (0-36) (mg x hr/ml) | 194.35 | 199.62 | 102.71 | 89.5-115.9 |
| AUC (0-∞) (ng x hr/ml) | 194.38 | 208.93 | 107.49 | 92.9-121.9 |
| $t_{\frac{1}{2} (elim)}$ (hrs) | 3.21 | 7.98° | 249.15 | 219.0-278.8 |
| $t_{\frac{1}{2} (abs)}$ (hrs) | 0.35 | 0.92° | 264.17 | 216.0-310.7 |

F. % =    Oral bioavailability
          (CR oxycodone 2 x 10 mg/IR oxycodone 20 mg)
40         °Statistically significant (p = 0.0001)

For $C_{max}$, $t_{max}$, $t_{\frac{1}{2} (elim)}$ and $t_{\frac{1}{2} (abs)}$ there were
statistically significant differences between the CR OXY
and IR OXY. There were no statistically significant
45   differences between the two treatments in the extent of
absorption [AUC (0,36), AUC (0,∞)]. The 90% confidence

33                                   92-515

interval for CR OXY relative to IR OXY relative was 89.5%
- 115.9% for AUC (0,36) and 92.9% - 121.9% for AUC (0,∞).
Based on the 90% confidence interval analysis, the
controlled-release oxycodone tablets were equivalent in
5   extent of absorption (AUC 0,36) to the immediate-release
oxycodone solution.  The controlled-release oxycodone
absorption was slower by approximately 1.3 hours.  No
statistically significant differences were noted between
the two treatments with reference to adverse experiences,
10  none of which were considered clinically unusual for
opiates for this type of study.

The above studies demonstrate a significant
dose-response relationship utilizing the controlled
release oxycodone formulations of the present invention
15  at dosages of 10, 20 and 30 mg which does not deviate
from parallelism with dose-response slopes for MS Contin
in similarly designed well-controlled analgesic efficacy
studies of MS Contin reported by Kaiko R.S., Van Wagoner
D., Brown J., et al., "Controlled-Release Oral Morphine
20  (MS Contin® Tablets, MSC) in Postoperative Pain.", Pain
Suppl., 5:S149 1990, who compared 30, 60, 90, and 120 mg
of MS Contin as compared with 10 mg of intramuscular
morphine and placebo and Bloomfield, et al., "Analgesic
Efficacy and Potency of Two Oral Controlled-Release Mor-
25  phine Preparations", Clinical Pharmacology & Therapeu-
tics, (in press), who compared 30 and 90 mg of MS Contin
as compared to 30 and 90 mg of another controlled-release
oral morphine preparation, Oramorph SR 30 mg tablets.

The examples provided above are not meant to be
30  exclusive.  Many other variations of the present
invention would be obvious to those skilled in the art,
and are contemplated to be within the scope of the
appended claims.

34                          92-515

<u>WHAT IS CLAIMED IS:</u>

1.    A method for substantially reducing the range
in daily dosages required to control pain in human
patients, comprising administering an oral controlled
release dosage formulation comprising from about 10 to
5   about 40 mg oxycodone or a salt thereof which provides a
mean maximum plasma concentration of oxycodone from about
6 to about 60 ng/ml from a mean of about 2 to about 4.5
hours after administration, and a mean minimum plasma
10   concentration from about 3 to about 30 ng/ml from a mean
of about 10 to about 14 hours after repeated administra-
tion every 12 hours through steady-state conditions.

2.    A method for substantially reducing the range
15   in daily dosages required to control pain in substanti-
ally all human patients, comprising administering an oral
solid controlled release dosage formulation comprising
from about 10 mg to about 160 mg oxycodone or a salt
thereof which provides a mean maximum plasma concentra-
20   tion of oxycodone up to about 240 ng/ml from a mean of up
to about 2 to about 4.5 hours after administration, and a
mean minimum plasma concentration up to about 120 ng/ml
from a mean of about 10 to about 14 hours after repeated
administration every 12 hours through steady-state
25   conditions.

3.    A controlled release oxycodone formulation for
oral administration to human patients, comprising from
about 10 to about 40 mg oxycodone or a salt thereof, said
30   formulation providing a mean maximum plasma concentration
of oxycodone from about 6 to about 60 ng/ml from a mean
of about 2 to about 4.5 hours after administration, and a
mean minimum plasma concentration from about 3 to about
30 ng/ml from a mean of about 10 to about 14 hours after

repeated administration every 12 hours through steady-
state conditions.

2.  A controlled release oxycodone formulation for
5   oral administration to human patients, comprising from
about 10 mg to about 160 mg oxycodone or a salt thereof,
said formulation providing a mean maximum plasma concen-
tration of oxycodone from about 6 to about 240 ng/ml from
a mean of about 2 to about 4.5 hours after administra-
10  tion, and a mean minimum plasma concentration from about
3 to about 120 ng/ml from a mean of about 10 to about 14
hours after repeated administration every 12 hours
through steady-state conditions.

15  3.  A solid controlled release oral dosage form,
comprising
           (a)  oxycodone or a salt thereof in an amount
from about 10 to about 160 mg;
           (b)  an effective amount of a controlled
20  release matrix selected from the group consisting of
hydrophilic polymers, hydrophobic polymers, digestible
substituted or unsubstituted hydrocarbons having from
about 8 to about 50 carbon atoms, polyalkylene glycols,
and mixtures of any of the foregoing; and
25          (c)  a suitable amount of a suitable
pharmaceutical diluent, wherein said composition provides
a mean maximum plasma concentration of oxycodone from
about 6 to about 240 ng/ml from a mean of about 2 to
about 4.5 hours after administration, and a mean minimum
30  plasma concentration from about 3 to about 120 ng/ml from
a mean of about 10 to about 14 hours after repeated
administration every 12 hours through steady-state
conditions.

36                    92-515

44. The controlled release composition of claim 43. wherein said controlled release matrix comprises an acrylic resin.

5    5 1. A solid controlled release oral dosage form, comprising

(a)  an analgesically effective amount of spheroids comprising oxycodone or a salt thereof and either a spheronising agent or an acrylic polymer or

10   copolymer, such that the total dosage of oxycodone in said dosage form is from about 10 to about 160 mg;

(b)  a film coating which controls the release of the oxycodone or oxycodone salt at a controlled rate in an aqueous medium, wherein said composition provides

15   an in vitro dissolution rate of the dosage form;

said composition providing a mean maximum plasma concentration of oxycodone from about 6 to about 240 ng/ml from a mean of about 2 to about 4.5 hours after administration, and a mean minimum plasma concentration

20   from about 3 to about 30 ng/ml from a mean of about 10 to about 14 hours after repeated administration every 12 hours through steady-state conditions.

6 2. The controlled release composition of claim 5.
25   wherein said film coating comprises a water insoluble material selected from the group consisting of shellac or zein, a water insoluble cellulose, or a polymethacrylate.

7 3. A controlled release tablet for oral adminis-
30   tration comprising from about 10 to about 160 mg oxy-codone or an oxycodone salt dispersed in a controlled release matrix, said tablet providing an in-vitro dissolution of the dosage form, when measured by the USP Paddle Method at 100 rpm at 900 ml aqueous buffer (pH

35   between 1.6 and 7.2) at 37° C, between 12.5% and 42.5%

37                                        '912 - 42

37                                    92-515

(by wt) oxycodone released after 1 hour, between 25% and
55% (by wt) oxycodone released after 2 hours, between 45%
and 75% (by wt) oxycodone released after 4 hours and
between 55% and 85% (by wt) oxycodone released after 6

5  hours, the in vitro release rate being substantially
independent of pH and chosen such that a mean maximum
plasma concentration of oxycodone from about 6 to about
240 ng/ml is obtained in vivo from a mean of about 2 to
about 4.5 hours after administration of the dosage form,

10  and a mean minimum plasma concentration from about 3 to
about 30 ng/ml from a mean of about 10 to about 14 hours
after repeated administration every 12 hours through
steady-state conditions.

15      10.  A dosage form according to claim 7 wherein the
in vitro dissolution rate is between 17.5% and 38% (by
wt) oxycodone released after 1 hour, between 30% and 50%
(by wt) oxycodone released after 2 hours, between 50% and
70% (by wt) oxycodone released after 4 hours and between

20  60% and 80% (by wt) oxycodone released after 6 hours.

        11.  A dosage form according to claim 7 wherein the
in vitro dissolution rate is between 17.5% and 32.5% (by
wt) oxycodone released after 1 hour,  between 35% and 45%

25  (by wt) oxycodone released after 2 hours, between 55% and
65% (by wt) oxycodone released after 4 hours and between
65% and 75% (by wt) oxycodone released after 6 hours.

081302

38                                    92-515

## ABSTRACT OF THE DISCLOSURE

A method for substantially reducing the range in daily dosages required to control pain in approximately 90% of patients is disclosed whereby an oral solid
5  controlled release dosage formulation having from about 10 to about 40 mg of oxycodone or a salt thereof is administered to a patient. The formulation provides a mean maximum plasma concentration of oxycodone from about 6 to about 60 ng/ml from a mean of about 2 to about 4.5
10  hours after administration, and a mean minimum plasma concentration from about 3 to about 30 ng/ml from about 10 to about 14 hours after repeated "q12h" (i.e., every 12 hour) administration through steady-state conditions. Another embodiment is directed to a method for substan-
15  tially reducing the range in daily dosages required to control pain in substantially all patients by adminis-tering an oral solid controlled release dosage formu-lation comprising up to about 160 mg of oxycodone or a salt thereof, such that a mean maximum plasma concen-
20  tration of oxycodone up to about 240 ng/ml from a mean of up to about 2 to about 4.5 hours after administration, and a mean minimum plasma concentration up to about 120 ng/ml from about 10 to about 14 hours after repeated "q12h" (i.e., every 12 hour) administration through
25  steady-state conditions are achieved. Controlled release oxycodone formulations for achieving the above are also disclosed.

U.S.A.
**DECLARATION AND POWER OF ATTORNEY**

93-311

As a below named inventor, I hereby declare that:
My residence, post-office address and citizenship are as stated below next to my name.
I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

CONTROLLED RELEASE OXYCODONE COMPOSITIONS
the specification of which (check one) ☒ is attached hereto.

☐ was filed on _____ as Application Serial No. _____ and was amended on _____ (if applicable).
I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.
I acknowledge the duty to disclose all information which is known to me to be material to the patentability of this application as defined in Title 37, Code of Federal Regulations, §1.56.
I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

PRIOR FOREIGN APPLICATION(S)

Priority claimed

| (Number) | (Country) | (Day/Month/Year filed) | Yes ☐ No ☐ |
| (Number) | (Country) | (Day/Month/Year filed) | Yes ☐ No ☐ |
| (Number) | (Country) | (Day/Month/Year filed) | Yes ☐ No ☐ |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56 which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| 07/800,549 | November 27, 1991 | Pending |
| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |
| PCT/US92/10146 | November 25, 1992 | Pending |
| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |

And I hereby appoint Harold D. Steinberg, Registration No. 17, 255, Martin G. Raskin, Registration No. 25,642, and Clifford M. Davidson, Registration No. 32,729 my attorneys, with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith; correspondence address: STEINBERG & RASKIN, 1140 Avenue of the Americas, New York, N.Y. 10036; Telephone: 212-768-3600; Fax: 212-382-2124.
I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole or first
Inventor Benjamin OSHLACK
Inventor's signature
Date 14, May 1993
Residence New York, NY
Citizenship Australia
Post Office Address 351 East 84th Street
New York, NY 10028

Full name of joint
Inventor, if any Mark CHASIN
Second Inventor's signature May 14, 1993
Date
Residence Manalpan, New Jersey
Citizenship U.S.A.
Post Office Address 3 Wayne Court
Manalpan, NJ 07726

Full name of joint
Inventor, if any John Joseph MINOGUE
Third inventor's signature
Date MAY 14, 1993
Residence Mount Vernon, NY
Citizenship U.S.A.
Post Office Address 33 East Grand Street, Apt 2B
Mount Vernon, NY 10552

Full name of joint
Inventor, if any Robert FRANCIS KAIKO
Fourth Inventor's signature MAY 19, 1993
Date
Residence Weston, Connecticut
Citizenship U.S.A.
Post Office Address 10 Norfield Woods Road
Weston, CT 06883

Full name of joint
Inventor, if any
Fifth Inventor's signature
Date
Residence
Citizenship
Post Office Address

Full name of joint
Inventor, if any
Sixth Inventor's signature
Date
Residence
Citizenship
Post Office Address

'912 - 45

PCT/US 92/10146
10/US   20 JAN 1993

1

## CONTROLLED RELEASE OXYCODONE COMPOSITIONS

### BACKGROUND OF THE INVENTION

Surveys of daily dosages of opioid analgesics
5   required to control pain suggest that an approximately
eight-fold range in daily dosages is required to control
pain in approximately 90% of patients.  This extraordin-
ary wide range in the appropriate dosage makes the titra-
tion process particularly time consuming and resource
10  consuming, as well as leaving the patient without
acceptable pain control for an unacceptably long
duration.

In the management of pain with opioid analgesics, it
has been commonly observed and reported that there is
15  considerable inter-individual variation in the response
to a given dose of a given drug, and, therefore, consid-
erable variability among patients in the dosage of opioid
analgesic required to control pain without unacceptable
side effects.  This necessitates considerable effort on
20  the part of clinicians in establishing the appropriate
dose in an individual patient through the time consuming
process of titration, which requires careful assessment
of both therapeutic and side effects and dosage adjust-
ments over a period of days and sometimes longer before
25  the appropriate dosage is determined.  The American Pain
Society's 3rd Edition of Principles of Analgesic Use in
the Treatment of Acute Pain and Cancer Pain explains that
one should "be aware that the optimal analgesic dose
varies widely among patients.  Studies have shown that in
30  all age groups, there is enormous variability in doses of
opioids required to provide relief, even among opioid
naive patients with identical surgical lesions.... This
great variability underscores the need to write analgesic
orders that include provision for supplementary doses,
35  and to use intravenous boluses and infusions to provide

SUBSTITUTE SHEET

'912 - 46

PCT/US 92/10146
.../US     20 JAN 1993

2

rapid relief of severe pain.... Give each analgesic an
adequate trial by dose titration...before switching to
another drug."

An opioid analgesic treatment which acceptably
5    controls pain over a substantially narrower daily dosage
range would, therefore, substantially improve the
efficiency and quality of pain management.

It has previously been known in the art that con-
trolled release compositions of opioid analgesics such as
10    morphine, hydromorphone or salts thereof could be pre-
pared in a suitable matrix. For example, U.S. Patent No.
4,990,341 (Goldie), also assigned to the assignee of the
present invention, describes hydromorphone compositions
wherein the dissolution rate in vitro of the dosage form,
15    when measured by the USP Paddle Method at 100 rpm in 900
ml aqueous buffer (pH between 1.6 and 7.2) at 37˙ C, is
between 12.5 and 42.5% (by wt) hydromorphone released
after 1 hour, between 25 and 55% (by wt) released after 2
hours, between 45 and 75% (by wt) released after 4 hours
20    and between 55 and 85% (by wt) released after 6 hours.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide
a method for substantially improving the efficiency and
25    quality of pain management.

It is another object of the present invention to
provide an opioid analgesic formulation which substan-
tially improves the efficiency and quality of pain
management.

It is another object of the present invention to
30    provide a method and formulation(s) which substantially
reduce the approximately eight-fold range in daily
dosages required to control pain in approximately 90% of
patients.

SUBSTITUTE SHEET

PCT/US    92/10146
RO/US    20 JAN 1993

3

It is another object of the present invention to provide a method and formulation(s) which substantially reduce the variability in daily dosages and formulation requirements necessary to control pain in substantially 5 all patients.

It is yet another object of the present invention to provide a method for substantially reducing the time and resources need to titrate patients requiring pain relief on opioid analgesics.

10 It is yet another object of the present invention to provide controlled release opioid formulations which have substantially less inter-individual variation with regard to the dose of opioid analgesic required to control pain without unacceptable side effects.

15 The above objects and others are attained by virtue of the present invention, which is related to a solid controlled release oral dosage form, the dosage form comprising from about 10 to about 40 mg of oxycodone or a salt thereof in a matrix wherein the dissolution rate in 20 vitro of the dosage form, when measured by the USP Paddle Method at 100 rpm in 900 ml aqueous buffer (pH between 1.6 and 7.2) at 37°C is between 12.5 and 42.5% (by wt) oxycodone released after 1 hour, between 25 and 56% (by wt) oxycodone released after 2 hours, between 45 and 75% 25 (by wt) oxycodone released after 4 hours and between 55 and 85% (by wt) oxycodone released after 6 hours, the in vitro release rate being substantially independent of pH, such that the peak plasma level of oxycodone obtained in vivo occurs between 2 and 4.5 hours after administration 30 of the dosage form.

USP Paddle Method is the Paddle Method described, e.g., in U.S. Pharmacopoeia XXII (1990).

In the present specification, "substantially independent of pH" means that the difference, at any 35 given time, between the amount of oxycodone released at,

' ' TITUTE SHEET

'912 - 48

PCT/US 92/10146
PCT/US     20 JAN 1993

4

e.g., pH 1.6, and the amount released at any other pH,
e.g., pH 7.2 (when measured in vitro using the USP Paddle
Method at 100 rpm in 900 ml aqueous buffer), is 10% (by
weight) or less.  The amounts released being, in all
5   cases, a mean of at least three experiments.

The present invention is further related to a method
for substantially reducing the range in daily dosages re-
quired to control pain in approximately 90% of patients,
comprising administering an oral solid controlled release
10   dosage formulation comprising from about 10 to about 40
mg of oxycodone or a salt thereof, said formulation pro-
viding a mean maximum plasma concentration of oxycodone
from about 6 to about 60 ng/ml from a mean of about 2 to
about 4.5 hours after administration, and a mean minimum
15   plasma concentration from about 3 to about 30 ng/ml from
a mean of about 10 to about 14 hours after repeated
"q12h" (i.e., every 12 hour) administration through
steady-state conditions.

The present invention is further related to a method
20   for substantially reducing the range in daily dosages
required to control pain in substantially all patients,
comprising administering an oral solid controlled release
dosage formulation comprising up to about 160 mg of
oxycodone or a salt thereof, said formulation providing a
25   mean maximum plasma concentration of oxycodone up to
about 240 ng/ml from a mean of up to about 2 to about 4.5
hours after administration, and a mean minimum plasma
concentration up to about 120 ng/ml from a mean of about
10 to about 14 hours after repeated "q12h" (i.e., every
30   12 hour) administration through steady-state conditions.

The present invention is further related to con-
trolled release oxycodone formulations comprising from
about 10 to about 40 mg oxycodone or a salt thereof, said
formulations providing a mean maximum plasma concentra-
35   tion of oxycodone from about 6 to about 60 ng/ml from a

PCT/US 92/1014(
.0/US    20 JAN 199

5

mean of about 2 to about 4.5 hours after administration, and a mean minimum plasma concentration from about 3 to about 30 ng/ml from about 10 to about 14 hours after repeated q12h administration through steady-state conditions.

5    The present invention is further related to controlled release oxycodone formulations comprising up to about 160 mg oxycodone or a salt thereof, said formulations providing a mean maximum plasma concentration of

10    oxycodone up to about 240 ng/ml from a mean of about 2 to about 4.5 hours after administration, and a mean minimum plasma concentration up to about 120 ng/ml from about 10 to about 14 hours after repeated q12h administration through steady-state conditions.

15

### BRIEF DESCRIPTION OF THE DRAWINGS

The following drawings are illustrative of embodiments of the invention and are not meant to limit the scope of the invention as encompassed by the claims.

20    Figures 1-4 are graphs showing the time-effect curves for pain intensity differences and pain relief for Example 17;

Figure 5 is a graph showing the mean plasma oxycodone concentration for a 10 mg controlled release

25    oxycodone formulation prepared in accordance with the present invention and a study reference standard.

### DETAILED DESCRIPTION

It has now been surprisingly discovered that the

30    presently claimed controlled release oxycodone formulations acceptably control pain over a substantially narrower, approximately four-fold (10 to 40 mg every 12 hours - around-the-clock dosing) in approximately 90% of patients. This is in sharp contrast to the approximately

SUBSTITUTE SHEET

'912 - 50

PCT/US 92/10141
RO/US 20 JAN 1993

6

eight-fold range required for approximately 90% of
patients for opioid analgesics in general.

The use of from about 10 mg to about 40 mg of 12-
hourly doses of controlled-release oxycodone to control
5   pain in approximately 90% of patients relative to a wider
dosage range of other mμ-agonist analgesics, indicated
for moderate to severe pain, is an example of the unique
characteristics of the present invention.  It should also
be appreciated that the remaining 10% of patients would.
10  also be successfully managed with 12-hourly controlled-
release oxycodone over a relatively narrower dosage range
than with the use of other similar analgesics.  Substan-
tially all of those remaining 10% of patients not managed
with controlled release oxycodone, 10 mg to 40 mg every
15  12 hours, would be managed using dosages of greater than
40 mg every 12 hours through 160 mg every 12 hours utili-
izing any one of a number or multiples of formulation
strengths such as 10, 20, 40, 80 and 160 mg unit dosages
or combinations thereof. In contrast, the use of other
20  similar analgesics such as morphine would require a wider
range of dosages to manage the remaining 10% of patients.
For example, daily dosages of oral morphine equivalents
in the range of 1 gram to more than 20 grams have been
observed.  Similarly, wide dosage ranges of oral hydro-
25  morphone would also be required.

Morphine, which is considered to be the prototypic
opioid analgesic, has been formulated into a 12 hour
controlled-release formulations (i.e., MS Contin®
tablets, commercially available from Purdue Pharma,
30  L.P.).  Despite the fact that both controlled-release
oxycodone and controlled release morphine administered
every 12 hours around-the-clock possess qualitatively
comparable clinical pharmacokinetic characteristics, the
oxycodone formulations of the presently claimed invention
35  can be used over approximately 1/2 the dosage range as

PCT/US 92/1014
RO/US  20 JAN 1993

7

compared to commercially available controlled release morphine formulations (such as MS Contin®) to control 90% of patients with significant pain.

Repeated dose studies with the controlled release oxycodone formulations administered every 12 hours in comparison with immediate release oral oxycodone administered every 6 hours at the same total daily dose result in comparable extent of absorption, as well as comparable maximum and minimum concentrations. The time of maximum concentration occurs at approximately 2 - 4.5 hours after oral administration with the controlled-release product as compared to approximately 1 hour with the immediate release product. Similar repeated dose studies with MS Contin® tablets as compared to immediate release morphine provide for comparable relative results as with the controlled release oxycodone formulations of the present invention.

There exists no substantial deviation from parallelism of the dose-response curves for oxycodone either in the forms of the controlled release oxycodone formulations of the present invention, immediate release oral oxycodone or parenteral oxycodone in comparison with oral and parenteral opioids with which oxycodone has been compared in terms of dose-response studies and relative analgesic potency assays. Beaver, et al., "Analgesic Studies of Codeine and Oxycodone in Patients with Cancer. II. Comparisons of Intramuscular Oxycodone with Intramuscular Morphine and Codeine", J. Pharmacol. and Exp. Ther., Vol. 207, No. 1, pp. 101-108, reported comparable dose-response slopes for parenteral oxycodone as compared to parenteral morphine and comparable dose-response slopes for oral as compared to parenteral oxycodone.

A review of dose-response studies and relative analgesic assays of mu-agonist opioid analgesics, which include oxycodone, morphine, hydromorphone, levorphanol,

'912 - 52

PCT/US 92/10146
RO/US
20 JAN 199

8

methadone, meperidine, heroin, all indicate no signifi-
cant deviation from parallelism in their dose response
relationships.  This is so well established that it has
become an underlining principal providing for establish-
5   ing relative analgesic potency factors and dose ratios
which are commonly utilized when converting patients from
one mμ-agonist analgesic to another regardless of the
dosage of the former.  Unless the dose-response curves
are parallel, conversion factors would not be valid
10  across the wide range of dosages involved when
substituting one drug for another.

The clinical significance provided by the controlled
release oxycodone formulations of the present invention
at a dosage range from about 10 to about 40 mg every 12
15  hours for acceptable pain management in approximately 90%
of patients with moderate to severe pain, as compared to
other opioid analgesics requiring approximately twice the
dosage range provides for the most efficient and humane
method of managing pain requiring repeated dosing.  The
20  expertise and time of physicians and nurses, as well as
the duration of unacceptable pain patients must endure
during the opioid analgesic titration process is substan-
tially reduced through the efficiency of the controlled
release oxycodone formulations of the present invention.
25  It is further clinically significant that a dose of
about 80 mg controlled release oxycodone administered
every 12 hours will provide acceptable pain relief
management in, e.g., approximately 95% of patients with
moderate to severe pain, and that about 160 mg controlled
30  release oxycodone administered every 12 hours will pro-
vide acceptable pain relief management in, e.g., approxi-
mately all patients with moderate to severe pain.

In order to obtain a controlled release drug dosage
form having at least a 12 hour therapeutic effect, it is
35  usual in the pharmaceutical art to produce a formulation

SUBSTITUTE SHEET

'912 - 53

PCT/US 92/10146
20 JAN 1993

9

that gives a peak plasma level of the drug between about
4-8 hours after administration (in a single dose study).
The present inventors have surprisingly found that, in
the case of oxycodone, a peak plasma level at between 2 -
5    4.5 hours after administration gives at least 12 hours
pain relief and, most surprisingly, that the pain relief
obtained with such a formulation is greater than that
achieved with formulations giving peak plasma levels (of
oxycodone) in the normal period of up to 2 hours after
10   administration.

A further advantage of the present composition,
which releases oxycodone at a rate that is substantially
independent of pH, is that it avoids dose dumping upon
oral administration. In other words, the oxycodone is
15   released evenly throughout the gastrointestinal tract.

The present oral dosage form may be presented as,
for example, granules, spheroids or pellets in a capsule
or in any other suitable solid form.  Preferably, how-
ever, the oral dosage form is a tablet.
20   The present oral dosage form preferably contains
between 1 and 500 mg, most especially between 10 and 160
mg, of oxycodone hydrochloride.  Alternatively, the
dosage form may contain molar equivalent amounts of other
oxycodone salts or of the oxycodone base.
25   The present matrix may be any matrix that affords in
vitro dissolution rates of oxycodone within the narrow
ranges required and that releases the oxycodone in a pH
independent manner.  Preferably the matrix is a controll-
ed release matrix, although normal release matrices
30   having a coating that controls the release of the drug
may be used.  Suitable materials for inclusion in a
controlled release matrix are

(a)  Hydrophilic polymers, such as gums, cellulose
ethers, acrylic resins and protein derived materials.  Of
35   these polymers, the cellulose ethers, especially hydroxy-

SUBSTITUTE SHEET

'912 - 54

PCT/US 92/10146
RO/US  20 JAN 1993

10

alkylcelluloses and carboxyalkylcelluloses, are pre-
ferred.  The oral dosage form may contain between 1% and
80% (by weight) of at least one hydrophilic or
hydrophobic polymer.

5      (b)  Digestible, long chain ($C_8$-$C_{50}$, especially
$C_{12}$-$C_{40}$), substituted or unsubstituted hydrocarbons, such
as fatty acids, fatty alcohols, glyceryl esters of fatty
acids, mineral and vegetable oils and waxes.  Hydrocar-
bons having a melting point of between 25° and 90°C are
10  preferred.  Of these long chain hydrocarbon materials,
fatty (aliphatic) alcohols are preferred.  The oral
dosage form may contain up to 60% (by weight) of at least
one digestible, long chain hydrocarbon.

     (c)  Polyalkylene glycols.  The oral dosage form may
15  contain up to 60% (by weight) of at least one polyalkyl-
ene glycol.

     One particular suitable matrix comprises at least
one water soluble hydroxyalkyl cellulose, at least one
$C_{12}$-$C_{36}$, preferably $C_{14}$-$C_{22}$, aliphatic alcohol and,
20  optionally, at least one polyalkylene glycol.

     The at least one hydroxyalkyl cellulose is prefer-
ably a hydroxy ($C_1$ to $C_6$) alkyl cellulose, such as
hydroxypropylcellulose, hydroxypropylmethylcellulose and,
especially, hydroxyethyl cellulose.  The amount of the at
25  least one hydroxyalkyl cellulose in the present oral
dosage form will be determined, inter alia, by the
precise rate of oxycodone release required.  Preferably
however, the oral dosage form contains between 5% and
25%, especially between 6.25% and 15% (by wt) of the at
30  least one hydroxyalkyl cellulose.

     The at least one aliphatic alcohol may be, for
example, lauryl alcohol, myristyl alcohol or stearyl
alcohol.  In particularly preferred embodiments of the
present oral dosage form, however, the at least one
35  aliphatic alcohol is cetyl alcohol or cetostearyl

SUBSTITUTE SHEET

'912 - 55

PCT/US 92/10146
...0/US    20 JAN 1993

11

alcohol.  The amount of the at least one aliphatic
alcohol in the present oral dosage form will be
determined, as above, by the precise rate of oxycodone
release required.  It will also depend on whether at
5    least one polyalkylene glycol is present in or absent
from the oral dosage form.  In the absence of at least
one polyalkylene glycol, the oral dosage form preferably
contains between 20% and 50% (by wt) of the at least one
aliphatic alcohol.  When at least one polyalkylene glycol
10   is present in the oral dosage form, then the combined
weight of the at least one aliphatic alcohol and the at
least one polyalkylene glycol preferably constitutes
between 20% and 50% (by wt) of the total dosage.

In one preferred embodiment, the controlled release
15   composition comprises from about 5 to about 25% acrylic
resin and from about 8 to about 40% by weight aliphatic
alcohol by weight of the total dosage form. A particu-
larly preferred acrylic resin comprises Eudragit® RS PM,
commercially available from Rohm Pharma.

20       In the present preferred dosage form, the ratio of,
e.g., the at least one hydroxyalkyl cellulose or acrylic
resin to the at least one aliphatic alcohol/polyalkylene
glycol determines, to a considerable extent, the release
rate of the oxycodone from the formulation.  A ratio of
25   the at least one hydroxyalkyl cellulose to the at least
one aliphatic alcohol/polyalkylene glycol of between 1:2
and 1:4 is preferred, with a ratio of between 1:3 and 1:4
being particularly preferred.

The at least one polyalkylene glycol may be, for
30   example, polypropylene glycol or, which is preferred,
polyethylene glycol.  The number average molecular weight
of the at least one polyalkylene glycol is preferred
between 1000 and 15000 especially between 1500 and 12000.

Another suitable controlled release matrix would
35   comprise an alkylcellulose (especially ethyl cellulose),

SUBSTITUTE SHEET

'912 - 56

PCT/US 92/10146
RO/US    20 JAN 1993

12

a $C_{12}$ to $C_{36}$ aliphatic alcohol and, optionally, a poly-
alkylene glycol.

　　　　In addition to the above ingredients, a controlled
release matrix may also contain suitable quantities of
5　　other materials, e.g. diluents, lubricants, binders,
granulating aids, colorants, flavorants and glidants that
are conventional in the pharmaceutical art.

　　　　As an alternative to a controlled release matrix,
the present matrix may be a normal release matrix having
10　　a coat that controls the release of the drug. In par-
ticularly preferred embodiments of this aspect of the
invention, the present dosage form comprises film coated
spheroids containing active ingredient and a non-water
soluble spheronising agent. The term spheroid is known
15　　in the pharmaceutical art and means a spherical granule
having a diameter of between 0.5 mm and 2.5 mm especially
between 0.5 mm and 2 mm.

　　　　The spheronising agent may be any pharmaceutically
acceptable material that, together with the active in-
20　　gredient, can be spheronised to form spheroids. Micro-
crystalline cellulose is preferred.

　　　　A suitable microcrystalline cellulose is, for
example, the material sold as Avicel PH 101 (Trade Mark,
FMC Corporation). According to a preferred aspect of the
25　　present invention, the film coated spheroids contain
between 70% and 99% (by wt), especially between 80% and
95% (by wt), of the spheronising agent, especially
microcrystalline cellulose.

　　　　In addition to the active ingredient and spheron-
30　　ising agent, the spheroids may also contain a binder.
Suitable binders, such as low viscosity, water soluble
polymers, will be well known to those skilled in the
pharmaceutical art. However, water soluble hydroxy lower
alkyl cellulose, such as hydroxy propyl cellulose, are
35　　preferred. Additionally (or alternatively) the spheroids

'912 - 57

SUBSTITUTE SHEET

PCT/US 92/10146
RO/US    2 0 JAN 1993

13

may contain a water insoluble polymer, especially an
acrylic polymer, an acrylic copolymer, such as a
methacrylic acid-ethyl acrylate copolymer, or ethyl
cellulose.

5       'The spheroids are preferably film coated with a
material that permits release of the oxycodone (or salt)
at a controlled rate in an aqueous medium.  The film coat
is chosen so as to achieve, in combination with the other
ingredients, the in-vitro release rate outlined above
10      (between 12.5% and 42.5% (by wt) release after 1 hour,
etc.).

        The film coat will generally include a water
insoluble material such as

        (a) a wax, either alone or in admixture with a fatty
15      alcohol,

        (b) shellac or zein,

        (c) a water insoluble cellulose, especially ethyl
cellulose,

        (d) a polymethacrylate, especially Eudragit®.

20      Preferably, the film coat comprises a mixture of the
water insoluble material and a water soluble material.
The ratio of water insoluble to water soluble material is
determined by, amongst other factors, the release rate
required and the solubility characteristics of the
25      materials selected.

        The water soluble material may be, for example,
polyvinylpyrrolidone or, which is preferred, a water
soluble cellulose, especially hydroxypropylmethyl
cellulose.

30      Suitable combinations of water insoluble and water
soluble materials for the film coat include shellac and
polyvinylpyrrolidone or, which is preferred, ethyl
cellulose and hydroxypropylmethyl cellulose.

        In order to facilitate the preparation of a solid,
35      controlled release, oral dosage form according to this

'912 - 58

PCT/US 92/10146

0/US    20 JAN 1993

14

invention there is provided, in a further aspect of the
present invention, a process for the preparation of a
solid, controlled release, oral dosage form according to
the present invention comprising incorporating hydro-
5    morphone or a salt thereof in a controlled release
matrix.  Incorporation in the matrix may be effected, for
example, by
    (a)  forming granules comprising at least one water
soluble hydroxyalkyl cellulose and oxycodone or a
10    oxycodone salt,
    (b)  mixing the hydroxyalkyl cellulose containing
granules with at least one $C_{12}$-$C_{36}$ aliphatic alcohol, and
    (c)  optionally, compressing and shaping the
granules.  Preferably, the granules are formed by wet
15    granulating the hydroxyalkyl cellulose/oxycodone with
water.  In a particularly preferred embodiment of this
process, the amount of water added during the wet
granulation step is preferably between 1.5 and 5 times,
especially between 1.75 and 3.5 times, the dry weight of
20    the oxycodone.
    The present solid, controlled release, oral dosage
form may also be prepared, in the form of film coated
spheroids, by
    (a)  blending a mixture comprising oxycodone or a
25    oxycodone salt and a non-water soluble spheronising
agent,
    (b)  extruding the blended mixture to give an
extrudate,
    (c)  spheronising the extrudate until spheroids are
30    formed, and
    (d)  coating the spheroids with a film coat.
    The present solid, controlled release, oral dosage
form and processes for its preparation will now be
described by way of example only.

35

SUBSTITUTE SHEET

'912 - 59

52/10146
20 JAN 1993

15

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following examples illustrate various aspects of
the present invention.  They are not meant to be con-
strued to limit the claims in any manner whatsoever.

5

### EXAMPLE 1

### Controlled Release Oxycodone HCl 30 mg Tablets
### - Aqueous Manufacture

The required quantities of oxycodone hydrochloride,
10 spray-dried lactose, and Eudragit® RS PM are transferred
into an appropriate-size mixer, and mixed for approxi-
mately 5 minutes.  While the powders are mixing, the
mixture is granulated with enough water to produce a
moist granular mass.  The granules are then dried in a
15 fluid bed dryer at 60°C, and then passed through an
8-mesh screen.  Thereafter, the granules are redried and
pushed through a 12-mesh screen.  The required quantity
of stearyl alcohol is melted at approximately 60-70°C,
and while the granules are mixing, the melted stearyl
20 alcohol is added.  The warm granules are returned to the
mixer.

The coated granules are removed from the mixer and
allowed to cool.  The granules are then passed through a
12-mesh screen.  The granulate is then lubricated by
25 mixing the required quantity of talc and magnesium
stearate in a suitable blender.  Tablets are compressed
to 375 mg in weight on a suitable tableting machine.  The
formula for the tablets of Example 1 is set forth in
Table 1 below:

30                          TABLE 1
### Formula of Oxycodone HCl 30-mg Tablets

| Component | mg/Tablet | % (by wt) |
|---|---|---|
| Oxycodone Hydrochloride | 30.0 | 8 |
| Lactose (spray-dried) | 213.75 | 57 |
| 35 Eudragit® RS PM | 45.0 | 12 |

SUBSTITUTE