# EXHIBIT 42

# HIGHLY CONFIDENTIAL - FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER