# EXHIBIT
# 45

# HIGHLY CONFIDENTIAL - FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER