# EXHIBIT 46

# HIGHLY CONFIDENTIAL - FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER