UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
IN RE:
OXYCONTIN ANTITRUST LITIGATION        04-MD-1603 (SHS)
------------------------------------------------------------x

CARE PHARMACIES, INC., on behalf of itself
and all others similarly situated,

                      Plaintiffs,

v.        04-cv-03890 (SHS)

PURDUE PHARMA, L.P.,
THE PURDUE FREDERICK COMPANY,
THE PURDUE PHARMA COMPANY,
and THE P.F. LABORATORIES, INC.,

                      Defendants.
------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that Richard B. Drubel and Kimberly H. Schultz of Boies, Schiller & Flexner, LLP, attorneys admitted to practice in this Court, hereby appear as counsel for Plaintiff Care Pharmacies, Inc., in the above-captioned matter.

Dated: October 3, 2007.

                                              Respectfully submitted,

                                              Richard B. Drubel (RD8155) (*Pro Hac Vice*)
                                              Kimberly H. Schultz (KS2596)
                                              BOIES, SCHILLER & FLEXNER, LLP
                                              26 South Main Street
                                              Hanover, NH 03755
                                              Tel: (603) 643-9090
                                              Fax: (603) 643-9010

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2007: (1) I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and (2) I sent the foregoing via first-class mail to the non-CM/ECF participants set forth on the attached Manual Notice List.

*Kimberly H. Schultz* /amp

Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER, LLP
26 South Main Street
Hanover, NH 03755
Tel:  603-643-9090
Fax:  603-643-9010
E-mail: kschultz@bsfllp.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Brad Allen Antonacci
321 West State Street
Suite 1015
Rockford, IL 61105

Ben Barnow
Barnow and Goldberg, P.C.
One North LaSalle
Suite 4600
Chicago, IL 60602

James V. Bashian
Law Offices of James V. Bashian, P.C.
Fairfield Commons
271 Route 46 West
Fairfield, NJ 07004

Matthew J. Becker
Day, Berry & Howard
Cityplace
Hartford, CT 06103

Franklin K. Belhasen                                          , II
Belhausen Law Office
P.O. Box 670
201 Mill Branch Road
Paintsville, KY 41240

Jeffrey A. Berens
Dyer and Shuman
801 East 17th Avenue
Denver, CO 80218-1417

Donald L. Bilgore
Bilgore, Reich, Levine & Kantor
16 East Main Street
Suite 950
Rochester, NY 14614

John M. Broderick
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street
Suite 3400
Chicago, IL 60601

Joseph M. Burns
122 South Michigan Avenue
Suite 1720
Chicago, IL 60603-2002

Patrick Edward Cafferty
Miller, Faucher, Cafferty and Wexler, L.L.P.
30 North LaSalle Street
```

Suite 3200
Chicago, IL 60602

**Chaballa**
,

**Kathleen Currie Chavez**
Chavez Law Firm
P.O. Box 772
Geneva, IL 60134

**Brian D. Coggio**
John E. Lavelle, Esq.
38 Willis Avenue
Mineola, NY 11501

**Heather Moore Collins**
Henrichsen, Siegel, P.L.L.C.
1648 Osceola Street
Jacksonville, FL 32204

**William Coston**
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
,

**Daniel F. Dansford**
250 W. Main Street
2300 Lexington Financial Center
Lexington, KY 40507

**Timothy E. De Masi**
Pennie & Edmonds, L.L.P.
1155 Avenue of the Americas
New York, NY 10036

**Stuart Des Roches**
Odom & Des Roches, L.L.P.
650 Poydras Street
Suite 2020
New Orleans, LA 70130

**Aashish Desai**
Mower Carreon & Desai
2301 Dupont Dr, Ste 360
Irvine, CA 92612-7503

**Brook Dooley**
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

**Michael Dore**
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068

**Angela K. Drake**
Lowther, Johnson Attorneys at Law, LLC
901 St. Louis Street
20th Floor

Springfield, MO 65806

James R. Dugan                                           , II
Dugan & Browne, P.L.C.
650 Poydras Street
Suite 2150
New Orleans, LA 70130

Robert J. Dyer
Dyer Donnelly
801 E. 17th Ave.
Denver, CO 80218-1417

John Famularo
250 W. Main Street
2300 Lexington Financial Center
Lexington, KY 40507

Robert M. Foote
Foote, Meyers, Mielke, Flowers & Solano
416 South Second Street
Geneva, IL 60134

Stefan C. Grant
Kenyon & Kenyon
One Broadway
New York, NY 10004-1050

Steven J. Gutter
Kahn & Gutter
Paine Webber Plaza
Penthouse 4
8211 West Broward Boulevard
Plantation, FL 33324

Jonathan A. Harris
Axim Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103

Neil L. Henrichsen
Henrichsen Siegel, P.L.L.C.
5301 Wisconsin Avenue, NW
Suite 570
Washington, DC 20015

M. King Hill                                             , III
Venable LLP(Baltimore)
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201

M. King Hill, III
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
,

Duane-David Hough
Fish & Neave
875 Third Avenue
New York, NY 10022-6250

James D. Johnson
P.O. Box 1546
Plaintsville, KY 41240

Richard Allen Jones
Covington & Burling
One Front Street
35th Floor
San Francisco, CA 94111

Walter Jones                                           , Jr
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street
Suite 2910
Chicago, IL 60601

Allyn Zissel Lite
Lite, Depalma, Greenberg & Rivas, L.L.C.
Two Gateway Center
Newark, NJ 07102-5003

Mark D. Maneche
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, PC
One Pennsylvania Plaza
37th Floor
New York, NY 10119

Mark J. McClenathan
321 West State Street
Suite 1015
Rockford, IL 61105

John Alden Meade
Odom & Des Roches, L.L.P.
650 Poydras Street
Suite 2020
New Orleans, LA 70130

James E. Miller
Scott & Scott, L.L.C.
108 Norwich Avenue
P.O.Box 192
Colchester, CT 06415

Donna Siegel Moffa
Trujillo, Rodriguez & Richards, L.L.P.
8 Kings Highway West
Haddonfield, NJ 08033

David S. Nalven
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th floor
Cambridge, MA 02142

John E. Nathan
Fish & Neave
1251 Avenue of the Americas
New York, NY 10020

N. Nathan Neuman

Law Offices of N. Nathan Neuman
ke Drive
Ambler, PA 19002-5084

**John Joseph Normile**
John E. Lavelle, Esq.
38 Willis Avenue
Mineola, NY 11501

**Walter W. Noss**
Jones, Day, Reavis & Pogue
222 E. 41st St.
New York, NY 10017

**Mary K. Periolat**
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street
Suite 3400
Chicago, IL 60601

**Susan J. Pope**
Frost Brown Todd, LLC
250 W. Main Street
2700 Lexington Financial Center
Lexington, KY 40507

**Jill Irene Rogers-Manning**
321 West State Street
Suite 1015
Rockford, IL 61105

**Stacie L. Ropka**
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103

**Arthur Sadin**
Youngdahl and Sadin
211 East Parkwood
Friendswood, TX 77546

**Elliott Schulder**
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

**Kimberly Horton Schultz**
Boies, Schiller & Flexner LLP
26 South Main Street
Hanover, NH 03755

**Susan R. Schwaiger**
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street
New York, NY 10022

**Kip B. Shuman**
Dyer and Shuman
801 East 17th Avenue
Denver, CO 80218-1417

https://ecf.nysd.uscourts.gov/cgi-bin/MailList.pl?401355746831665-L_390_0-1

David P. Smith
Percy, Smith & Foote, LLP
720 Murray Street
Alexandria, LA 71301

Thomas M. Sobol
HAGENS BERMAN LLP
225 Franklin Street, 26th Floor
Boston, MA 02110

Jennifer Winter Sprengel
Miller, Faucher and Cafferty, L.L.P.
30 North La Salle Street
Chicago, IL 60602

Kathleen Marie Stockwell
321 West State Street
Suite 1015
Rockford, IL 61105

Paul F Strain
Gibbons, Del Deo, Dolan, Griffinger and Vecchione, PC
One Pennsylvania Plaza
37th Floor
New York, NY 10119

Andrea L. Wayda
Morgan & Finnegan, L.L.P.
Three World Financial Center
New York, NY 10281-2101

Weaver/ Presley

Shands M. Wulbern
Henrichsen, Siegel, P.L.L.C.
1648 Osceola Street
Jacksonville, FL 32204

Denise V. Zamore
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103

Charles Ferrier Zimmer                                              , II
Odom & Des Roches, L.L.P.
650 Poydras Street
Suite 2020
New Orleans, LA 70130