UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
:
                                                   04 md. 1603 (SHS)
:
                                                   This document relates to:
                                                   06 Civ. 13095 (SHS)
In re:                                         07 Civ. 03972 (SHS)
OXYCONTIN ANTITRUST LITIGATION     07 Civ. 03973 (SHS)
                                                   07 Civ. 04810 (SHS)


------------------------------------------------x

NOTICE OF FIRM NAME CHANGE

TO:    All counsel of record

PLEASE TAKE NOTICE that, effective October 2, 2007, the law firm of Lord, Bissell & Brook LLP has changed its name to LOCKE LORD BISSELL & LIDDELL LLP. The address, telephone number and facsimile number have not changed.

                                                   /s/ Scott B. Feder
                                                   Scott B. Feder
                                                   LOCKE LORD BISSELL & LIDDELL LLP
                                                   111 South Wacker Drive
                                                   Chicago, IL 60606-4410
                                                   (312) 443-0261

                                                   Attorney for Mallinckrodt Inc.

Hugh L. Moore
Keith D. Parr
Scott B. Feder
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606-4410
312.443.0700

## CERTIFICATE OF SERVICE

The undersigned on oath states that the foregoing NOTICE OF FIRM NAME CHANGE was served on the following counsel by electronic filing with the Court's ECF system and by placing a true and correct copy in the U.S. Mail on this 4th day of October 2007:

| | |
|---|---|
| John J. Normile, Esq.<br>F. Dominic Cerrito, Esq.<br>Thomas G. Rowan, Esq.<br>Evangeline Shih, Esq.<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017-6702<br>(212) 326-3939<br>(212) 755-7306 (fax)<br>jjnormile@jonesday.com<br>fdcerrito@jonesday.com<br>tgrowan@jonesday.com<br>jbaker@jonesday.com<br><br>**Purdue Pharma L.P., The P.F. Laboratories, Inc., and Purdue Pharmaceuticals L.P.** | Richard A. Inz, Esq.<br>Herbert F Schwartz, Esq.<br>Pablo D. Hendler, Esq.<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>(212) 596-9000<br>richard.inz@ropesgray.com<br>herbert.schwartz@ropesgray.com<br>pablo.hendler@ropesgray.com<br><br>**Purdue Pharma L.P., The Purdue Frederick Company, The P.F. Laboratories, Inc., The Purdue Pharma Company, Purdue Pharmaceuticals, L.P., Euroceltique S.A.** |
| James D. Veltrop, Esq.<br>Chad A. Landmon, Esq.<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103<br>jdv@avhlaw.com<br>cal@avhlaw.com<br>(860) 275-8100<br><br>**Actavis Totowa LLC** | Robert J. Goldman, Esq.<br>ROPES & GRAY LLP<br>525 University Avenue<br>Suite 300<br>Palo Alto, CA 94301<br>robert.goldman@ropesgray.com<br>(650) 617-4000<br><br>**Purdue Pharma L.P., The Purdue Frederick Company, The P.F. Laboratories, Inc., The Purdue Pharma Company, Purdue Pharmaceuticals, L.P., Euroceltique S.A.** |
| John F. Sweeney, Esq.<br>Seth J. Atlas, Esq.<br>MORGAN & FINNEGAN, L.L.P.<br>3 World Financial Center<br>New York, NY 10281<br>jfsweeney@morganfinnegan.com<br>sjatlas@morganfinnegan.com<br>(212) 415-8700<br><br>**KV Pharmaceutical Company** | Allan C. Wasserman<br>LOCKE LORD BISSELL & LIDDELL LLP<br>885 Third Avenue, 26th Floor<br>New York, NY 10022<br>awasserman@lockelord.com<br>(212) 812-8306<br><br>**Mallinckrodt Inc.** |

/s/ Scott B. Feder
Scott B. Feder
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606-4410
(312) 443-0261

*Attorney for Mallinckrodt Inc.*