# JONES DAY

222 EAST 41ST STREET · NEW YORK, NEW YORK 10017

TELEPHONE: (212) 326-3939 · FACSIMILE: (212) 755-7306

Direct Number: (212) 326-3777
jjnormile@jonesday.com

JP006543                                      September 14, 2007
305158-999377

VIA E-MAIL HMOORE@LORDBISSELL.COM

Hugh L. Moore, Esq.
Lord Bissell & Brook LLP
111 South Wacker Drive
Chicago, IL  60606-4410

                    Re:    Purdue Pharma L.P., et al v. Mallinckrodt, Inc.

Dear Hugh:

        In response to your requests during Dr. Kaiko's August 31, 2007 deposition and your
September 4, 2007 letter, please be advised that we will be producing today via overnight courier
a collection of documents responsive to your request number 3 which called for documents
containing individual patient data used by Dr. Kaiko in conducting his various surveys relating to
dosage ranges of morphine.  The documents being produced are from Purdue's files and include
individual patient data that are representative of the data that Dr. Kaiko relied upon in conducting
his various surveys leading up to the filing of the patents-in-suit, as described in his deposition.

        We are still in the process of searching for additional documents responsive to category
number 3.  We are also continuing to search for documents relating to your category numbers 1
and 2 regarding documents reflecting Dr. Kaiko's calculations relating to opiates other than
morphine and documents evidencing requests for transmission of patient data contained within
the Thirlwell article but, to date, have not uncovered any such documents.  Lastly, it is my
understanding that the written discovery requests in the *Boehringer Ingelheim* and *Endo* cases
were included in the discs produced to Mallinckrodt in August.

        If you have any questions regarding the foregoing, please feel free to contact me.

                                        Very truly yours,

                                        John J. Normile

cc:      Robert J. Goldman, Ropes & Gray LLP (via e-mail)
         John F. Sweeney, Morgan & Finnegan, LLP (via e-mail)
         Chad A. Landmon, Axinn, Veltrop & Harkrider LLP (via e-mail)

NYI-4023315v1

ATLANTA  ·  BEIJING  ·  BRUSSELS  ·  CHICAGO  ·  CLEVELAND  ·  COLUMBUS  ·  DALLAS  ·  FRANKFURT  ·  HONG KONG  ·  HOUSTON
IRVINE  ·  LONDON  ·  LOS ANGELES  ·  MADRID  ·  MILAN  ·  MOSCOW  ·  MUNICH  ·  NEW DELHI  ·  NEW YORK  ·  PARIS  ·  PITTSBURGH
SAN DIEGO  ·  SAN FRANCISCO  ·  SHANGHAI  ·  SILICON VALLEY  ·  SINGAPORE  ·  SYDNEY  ·  TAIPEI  ·  TOKYO  ·  WASHINGTON