# EXHIBIT 51

Highly Confidential - Filed Under Seal Pursuant to Protective Order