# EXHIBIT 52

Highly Confidential - Filed Under Seal Pursuant to Protective Order