# EXHIBIT 53

Highly Confidential - Filed Under Seal Pursuant to Protective Order