# EXHIBIT 54

Highly Confidential - Filed Under Seal Pursuant to Protective Order