# EXHIBIT 55

Highly Confidential - Filed Under Seal Pursuant to Protective Order