# EXHIBIT 61

Highly Confidential - Filed Under Seal Pursuant to Protective Order