UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re: OXYCONTIN ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>    Louisiana Wholesale Drug Co., Inc.,<br>    Civil Action No. 04-CV-00229 (SHS)<br><br>    Rochester Drug Cooperative, Inc.,<br>    Civil Action No. 04-CV-00327 (SHS)<br><br>    Meijer, Inc.,<br>    Civil Action No. 04-CV-00494 (SHS)<br><br>    Valley Wholesale Drug Co., Inc.,<br>    Civil Action No. 04-CV-01014 (SHS)<br><br>    SAJ Distributors, Inc.<br>    Civil Action No. 04-CV-01354 (SHS)<br><br>    Walgreen, et.al,<br>    Civil Action No. 04-CV-01446 (SHS)<br><br>    Albertson's, et.al.,<br>    Civil Action No. 04-CV-09649 (SHS)<br><br>    CVS Pharmacy, Inc and Rite Aid Corporation,<br>    Civil Action No. 04-CV-03719 (SHS)<br><br>    NeighborCare, Inc.,<br>    Civil Action No. 04-CV-03156 (SHS)<br><br>    Care Pharmacies, Inc.<br>    Civil Action No. 04-CV-3890 (SHS)<br><br>    Medic Drug, Inc.<br>    Civil Action No. 04-CV-04574 (SHS) | 04-MDL-1603 (SHS)<br><br><u>ECF CASE</u> |

**DIRECT PURCHASER CLASS PLAINTIFFS' AND
<u>NON-CLASS PLAINTIFFS' JOINT MOTION TO LIFT THE STAY</u>**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Direct

Purchaser Class Plaintiffs' and Non-Class Direct Plaintiffs' will move this Court, before the

Honorable Sidney H. Stein, at the United States Courthouse, 500 Pearl Street, Room 1010, New York, New York as soon as counsel may be heard, for an Order lifting the stay in the Direct Purchaser antitrust litigation.

Date: February 22, 2008

        Respectfully submitted,

By: /s/ Bruce E. Gerstein
GARWIN GERSTEIN & FISHER LLP
Bruce E. Gerstein (BG 2726)
Barry S. Taus (BT 7591)
Brett Cebulash (BC 0044)
Kevin Landau (KL 5728)
1501 Broadway, Suite 1416
New York, NY 10036
Tel. 212-398-0055
Fax 212-764-6620
***Co-Lead Counsel for Direct Purchaser Class***

By: /s/ Scott E. Perwin
KENNY NACHWALTER, P.A.
Scott E. Perwin
201 South Biscayne Boulevard
1100 Miami Center
Miami, FL 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
***Counsel for Direct Purchaser Non-Class Plaintiffs Walgreen, Albertson's, et. al.***

**Additional Counsel for Plaintiffs' in Direct Purchaser Class and Non-Class Cases:**

**Louisiana Wholesale Drug Co., Inc., Civil Action No. 04-CV-00229 (SHS)**

| | |
|---|---|
| GARWIN GERSTEIN & FISHER LLP | ODOM & DES ROCHES, L.L.P. |
| Bruce E. Gerstein (BG 2726) | John Gregory Odom |
| Barry S. Taus (BT 7591) | Stuart E. Des Roches |
| Brett Cebulash (BC 0044) | Suite 2020, Poydras Center |
| Kevin Landau (KL 5728) | 650 Poydras Street |
| 1501 Broadway, Suite 1416 | New Orleans, LA 70130 |
| New York, NY 10036 | Tel: (504) 522-0077 |
| Tel: (212) 398-0055 | Fax: (504) 522-0078 |
| Fax: (212) 764-6620 | |
| | |
| SMITH FOOTE, L.L.P. | THE CALVIN LAW FIRM, P.C. |
| David P. Smith | Aubrey Calvin |
| 720 Murray Street | Niels Esperson Building, Suite 2300 |
| P.O. Box 1632 | 808 Travis Street, P.O. Box 61586 |
| Alexandria, LA 71309 | Houston, TX 77002-1586 |
| Tel: (318) 445-4480 | Tel: (713) 224-5771 |
| Fax: (318) 487-1741 | Fax: (713) 225-0038 |

KOZYAK TROPIN & THROCKMORTON, P.A.
Adam M. Moskowitz
2800 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2335
Tel:   (305) 372-1800
Fax:   (305) 372-3508

**Rochester Drug Cooperative, Inc., Civil Action No. 04-CV-00327 (SHS)**

| | |
|---|---|
| BERGER & MONTAGUE, P.C. | Steven J. Gutter |
| Daniel Berger | KAHN & GUTTER |
| David F. Sorensen | Paine Webber Plaza, Penthouse 4 |
| Eric L. Cramer | 8211 W. Broward Blvd. |
| 1622 Locust Street | Plantation, FL 33324 |
| Philadelphia, PA 19103 | TEL: (954) 475-8880 |
| Tel.: (215) 875-3000 | FAX: (954) 328-4044 |
| Fax: (215) 875-4671 | |

Donald L. Bilgore
BILGORE, REICH, LEVINE & KANTOR
16 East Main Street, Suite 950
Rochester, NY 14614
TEL: (585) 262-4700
FAX: (585) 262-4118

**Meijer, Inc., Civil Action No. 04-CV-00494 (SHS)**

| | |
|---|---|
| Robert N. Kaplan (RK-3100) | Joseph M. Vanek |
| Richard J. Kilsheimer (RK-6228) | DAAR, FISHER, KANARIS & VANEK, P.C. |
| KAPLAN FOX & KILSHEIMER LLP | 200 South Wacker Drive, Suite 3350 |
| 805 Third Avenue, 22nd Floor | Chicago, IL 60606 |
| New York, NY 10022 | Telephone: 312-474-1400 |
| Telephone: 212-687-1980 | Fax: 312-474-1410 |
| Fax: 212-687-7714 | |
| Paul E. Slater | Michael D. Hausfeld |
| SPERLING & SLATER, P.C. | COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. |
| 55 West Monroe Street, Suite 3300 | 1100 New York Avenue, N.W. |
| Chicago, IL 60603 | Suite 500 West Tower |
| Telephone: 312-641-3200 | Washington, D.C. 20005 |
| Fax: 312-641-6492 | Telephone: 202-408-4600 |
| | Fax: 202-408-4699 |

**Valley Wholesale Drug Co., Inc., Civil Action No. 04-CV-01014 (SHS)**

| | |
|---|---|
| David Boies (No. DB 4399) | Angela K. Drake |
| Richard B. Drubel | LOWTHER JOHNSON ATTORNEYS AT LAW, LLC |
| Kimberly H. Schultz (No. KS 2596) | 901 St. Louis Street, 20th Floor |
| BOIES, SCHILLER & FLEXNER LLP | Springfield, MO 65806 |
| 26 South Main Street | Telephone: (417) 866-7777 |
| Hanover, NH 03755 | Facsimile: (417) 866-1752 |
| Telephone: (603) 643-9090 | |
| Facsimile: (603) 643-9010 | |

**SAJ Distributors, Inc. Civil Action No. 04-CV-01354 (SHS)**

| | |
|---|---|
| Dianne M. Nast | Richard J. Kilsheimer |
| RODANAST, P.C. | KAPLAN FOX & KILSHEIMER LLP |
| 801 Estelle Drive | 805 Third Avenue, 22nd Floor |
| Lancaster, PA 17601 | New York, NY 10022 |
| Telephone: 717-892-3000 | Telephone: 212-687-1980 |
| Facsimile: 717-892-1200 | Facsimile: 212-687-7714 |

| | |
|---|---|
| Michael L. Roberts<br>ROBERTS LAW FIRM, P.A.<br>P.O. Box 241790<br>20 Rahling Circle<br>Little Rock, AK 72223<br>Telephone: 501-821-5575<br>Facsimile: 501-821-4474 | Robert S. Green<br>Jenelle Welling<br>GREEN & JIGARJIAN, LLP<br>235 Pine Street, 15th Floor<br>San Francisco, CA 94104<br>Tel: (415) 477-6700<br>Fax: (415) 477-6710 |

**Walgreen, et.al, Civil Action No. 04-CV-01446 (SHS) and**
**Albertson's, et.al., Civil Action No. 04-CV-09649 (SHS)**

| | |
|---|---|
| Scott E. Perwin<br>KENNY NACHWALTER, P.A.<br>201 South Biscayne Boulevard<br>1100 Miami Center<br>Miami, FL 33131-4327<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861 | Douglas H. Patton<br>DEWSNUP KING & OLSEN<br>36 South State Street<br>Suite 2020<br>Salt Lake City, UT 84111 |

Jerald M. Stein
LAW OFFICE OF JERALD M. STEIN
470 Park Avenue South - Floor 10 North
New York, NY 10016

**CVS Pharmacy, Inc and Rite Aid Corporation, Civil Action No. 04-CV-03719 (SHS)**

| | |
|---|---|
| Steve D. Shadowen<br>HANGLEY ARONCHICK SEGAL &<br>PUDLIN<br>30 North Third Street<br>Suite 700<br>Harrisburg, PA 17101<br>Telephone: 717-364-1010<br>Fax: 717-364-1020 | Joseph T Lukens<br>HANGLEY ARONCHICK SEGAL &<br>PUDLIN<br>One Logan Square, 27th Floor<br>Philadelphia, PA  19103<br>215-496-7032<br>215-568-0300 fax |

Jerald M. Stein
LAW OFFICE OF JERALD M. STEIN
470 Park Avenue South - Floor 10 North
New York, NY 10016

**NeighborCare, Inc., Civil Action No. 04-CV-03156 (SHS)**

Bryan L. Clobes
Jeffrey D. Lerner
MILLER FAUCHER AND CAFFERTY LLP
One Logan Square, Suite 1700
Philadelphia, PA 19103
215-864-2800
215-864-2810 fax

Marvin A. Miller
Patrick E. Cafferty
MILLER FAUCHER AND CAFFERTY LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602
312-782-4880
312-782-4485 fax

N. Nathan Neumann
LAW OFFICE OF N. NATHAN NEUMAN
700 Lake Drive
Ambler, PA 19002-5084
215-646-9520
215-646-9521 fax

Jerald M. Stein
LAW OFFICE OF JERALD M. STEIN
470 Park Avenue South - Floor 10 North
New York, NY 10016
212-481-6698
212-481-6803 fax

**Care Pharmacies, Inc. Civil Action No. 04-CV-3890 (transferred from E.D.Va.)**

Wyatt B. Durrette, Jr.
Barrett Erskine Pope
DURRETTE BRADSHAW PLC
600 E Main St., 20th Fl.
Richmond, VA 23219
(804) 775-9600

David Boies, III
Timothy D. Battin
Mark Schirmer
Kenneth G. Walsh
STRAUS & BOIES LLP
10513 Braddock Rd
Fairfax, VA 22032
(703) 764-8700

Kevin J. O'Connor
LAFOLLETTE GODFREY & KAHN
1 Main St
Madison, WI 53703
(608) 257-3911

**Medic Drug, Inc. Civil Action No. 04-CV-04574 (transferred from D.Conn.)**

Edmund Searby
Walter W. Noss
SCOTT & SCOTT, LLC
33 River Street
Chagrin Falls, OH 44022
440-247-8200
440-247-8275 fax

David R. Scott
Erin Green Comite
SCOTT & SCOTT, LLC
108 Norwich Ave.
P.O. Box 193
Colchester, CT 06415

Bonny E. Sweeney
Christopher M. Burke
COUGHLIN STOIA GELLER
 RUDMAN & ROBBIN LLP
401 B Street, Suite 1700
San Diego, CA 92101
619-231-1058
619-231-7423 fax

Jack Landskroner
THE LANDSKRONER LAW FIRM, LTD.
1360 W. 9th St. Suite 200
Cleveland, OH 44113