### CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing **MOTION TO LIFT STAY** and supporting papers were served upon the attorneys of record in this proceeding on February 22, 2008, by filing the same electronically through the Electronic Case Filing ("ECF") system of the United States District Court for the Southern District of New York, which system electronically provides notice of the filing and access to the filing to all counsel of record who are admitted to the Court and have registered for notification of filing through the ECF system.

      /s Bruce E. Gerstein
      Bruce E. Gerstein