James D. Veltrop (JV6620)
Jonathan A. Harris (pro hac vice)
Chad A. Landmon (CL4807)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100 (Telephone)
(860) 275-8101 (Facsimile)
Attorneys for Defendant and Counterclaim Plaintiff
Actavis Totowa LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>OXYCONTIN ANTITRUST LITIGATION | 04-md-1603 (SHS)<br>This document relates to: |
| PURDUE PHARMA L.P.,<br>THE P.F. LABORATORIES, INC., and<br>PURDUE PHARMACEUTICALS L.P.,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>KV PHARMACEUTICAL COMPANY and<br>ACTAVIS TOTOWA LLC,<br><br>    Defendants and Counterclaim Plaintiffs,<br><br>v.<br><br>THE PURDUE FREDERICK COMPANY,<br>THE PURDUE PHARMA COMPANY, and<br>EUROCELTIQUE S.A.,<br><br>    Counterclaim Defendants. | Civil Action No.: 1:07 Civ. 03972 (SHS) |

**ACTAVIS TOTOWA LLC'S NOTICE OF
<u>MOTION TO LIFT THE STAY OF THE PATENT ISSUES</u>**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Actavis Totowa LLC, by and through its attorneys, move this Court, before the Honorable Sidney H. Stein, at the United States Courthouse, 500 Pearl Street, Room 1010, New York, New York, for an Order lifting the stay of the patent infringement and invalidity issues in the above-captioned litigation.

Dated: March 14, 2008

                                              Respectfully submitted,

By:   /s/ Chad A. Landmon
       James D. Veltrop (JV6620)
       Jonathan A. Harris (*pro hac vice*)
       Chad A. Landmon (CL4807)
       AXINN, VELTROP & HARKRIDER LLP
       90 State House Square
       Hartford, CT 06103
       (860) 275-8100 (Telephone)
       (860) 275-8101 (Facsimile)

       *Attorneys for Defendant and Counterclaim Plaintiff Actavis Totowa LLC*