## CERTIFICATE OF SERVICE

   I hereby certify that on March 14, 2008, a true and correct copy of Actavis Totowa LLC's Notice of Motion to Lift the Stay of the Patent Issues and Memorandum of Law in Support of its Motion to Lift the Stay of the Patent Issues was filed electronically and is available on the ECF system for downloading.  I also certify that on March 14, 2008, I caused a copy of these documents to be served on the counsel listed below via electronic mail and first-class mail, postage prepaid:


John J. Normile
JONES DAY
222 East 41st Street
New York, NY 10017


Herbert F. Schwartz
Denise L. Loring
Richard A. Inz
Pablo D. Hendler
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036


Robert J. Goldman
ROPES & GRAY LLP
525 University Avenue Suite 300
Palo Alto, CA 94301
*Attorneys for Purdue Pharma L.P., The P.F. Laboraories, Inc. and Purdue Pharmaceuticals L.P.*


John F. Sweeney
Joseph A. Girolamo
Seth J. Atlas
Andrea L. Wayda
Matthew K. Blackburn
MORGAN & FINNEGAN LLP
3 World Financial Center
New York, NY 10281
*Attorneys for KV Pharmaceutical Company*


Allen C. Wasserman
LORD, BISSELL & BROOK LLP
885 Third Avenue, 26th Floor
New York, NY 10022


Hugh L. Moore
Keith D. Parr
Scott B. Feder
LORD, BISSELL & BROOK LLP
111 South Wacker Drive
Chicago, IL 60606
*Attorneys for Mallinckrodt Inc.*


/s/ Chad A. Landmon
Chad A. Landmon