James D. Veltrop (JV6620)
Jonathan A. Harris (pro hac vice)
Chad A. Landmon (CL4807)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100 (Telephone)
(860) 275-8101 (Facsimile)
Attorneys for Defendant and Counterclaim Plaintiff
Actavis Totowa LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>OXYCONTIN ANTITRUST LITIGATION<br><br>PURDUE PHARMA L.P.,<br>THE P.F. LABORATORIES, INC., and<br>PURDUE PHARMACEUTICALS L.P.,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>KV PHARMACEUTICAL COMPANY and<br>ACTAVIS TOTOWA LLC,<br><br>    Defendants and Counterclaim Plaintiffs,<br><br>    v.<br><br>THE PURDUE FREDERICK COMPANY,<br>THE PURDUE PHARMA COMPANY, and<br>EUROCELTIQUE S.A.,<br><br>    Counterclaim Defendants. | 04-md-1603 (SHS)<br><br>This document relates to:<br><br><br><br>Civil Action No.: 1:07 Civ. 03972 (SHS) |

**ACTAVIS TOTOWA LLC'S
REPLY BRIEF IN SUPPORT OF ITS
<u>MOTION TO LIFT THE STAY OF THE PATENT ISSUES</u>**

No party opposes Actavis' March 14, 2008 Motion to Lift the Stay of the Patent Issues or Actavis' request for a prompt resolution of the patent issues. In fact, in Purdue's March 28, 2008 Response (Docket Item No. 44), Purdue expressly consents to lifting the stay of the patent issues and an expedited discovery schedule. As such, the Court should lift the July 27, 2007 stay of the patent infringement and invalidity claims and schedule a conference to set an accelerated discovery schedule.

In its Response, Purdue states, without justification, that "Actavis' request [to lift the stay] rings hollow because Actavis has failed to provide any discovery to Purdue to date." (Purdue's Response at 1.) Purdue fails to mention, however, that it has not propounded any discovery requests upon Actavis. Of course, the reason for this is clear – the stay established in the July 2007 Scheduling Order prohibited the parties from engaging in any discovery relating to the infringement and validity issues. That being said, to the extent that the production of the documents identified by Purdue may facilitate a speedier resolution of this case, Actavis has begun the process of identifying and collecting such documents and will voluntarily produce non-privileged documents to Purdue on a rolling basis in the near future.

Actavis firmly believes that the remaining issues in this case are narrow and can be resolved by the end of 2008. As such, Actavis requests that the stay of the patent issues be lifted immediately and that an expedited discovery schedule be established to resolve this case once and for all.

Dated: April 2, 2008

Respectfully submitted,

By: /s/ Chad A. Landmon
James D. Veltrop (JV6620)
Jonathan A. Harris (*pro hac vice*)
Chad A. Landmon (CL4807)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100 (Telephone)
(860) 275-8101 (Facsimile)

*Attorneys for Defendant and Counterclaim Plaintiff Actavis Totowa LLC*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 2, 2008, a true and correct copy of Actavis Totowa LLC's Reply Brief in Support of its Motion to Lift the Stay of the Patent Issues was filed electronically and is available on the ECF system for downloading. I also certify that on April 2, 2008, I caused a copy of these documents to be served on the counsel listed below via electronic mail and first-class mail, postage prepaid:

John J. Normile
JONES DAY
222 East 41st Street
New York, NY 10017

Herbert F. Schwartz
Denise L. Loring
Richard A. Inz
Pablo D. Hendler
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036

Robert J. Goldman
ROPES & GRAY LLP
525 University Avenue Suite 300
Palo Alto, CA 94301
*Attorneys for Purdue Pharma L.P., The P.F. Laboraories, Inc. and Purdue Pharmaceuticals L.P.*

John F. Sweeney
Joseph A. Girolamo
Seth J. Atlas
Andrea L. Wayda
Matthew K. Blackburn
MORGAN & FINNEGAN LLP
3 World Financial Center
New York, NY 10281
*Attorneys for KV Pharmaceutical Company*

Allen C. Wasserman
LORD, BISSELL & BROOK LLP
885 Third Avenue, 26th Floor
New York, NY 10022

Hugh L. Moore
Keith D. Parr
Scott B. Feder
LORD, BISSELL & BROOK LLP
111 South Wacker Drive
Chicago, IL 60606

Barry S. White
James K. Stronski
FROMMER, LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
*Attorneys for Mallinckrodt Inc.*

      /s/ Chad A. Landmon
      Chad A. Landmon